**COUNSEL LISTED ON SIGNATURE PAGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LTD., a Cayman Islands corporation,<br><br>Defendant. | Case No. C 04-2000-CW<br><br>ELECTRONIC CASE FILING<br><br>**ORDER GRANTING AS MODIFIED JOINT STIPULATION RE: LIMITED JURISDICTIONAL DISCOVERY TO ASMC** |
| O2 MICRO INTERNATIONAL LTD., a Cayman Islands corporation,<br><br>Counterclaimant,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a California Corporation, and ADVANCED SEMICONDUCTOR MANUFACTURING LIMITED aka ADVANCED SEMICONDUCTOR OF SHANGHAI, a Chinese joint venture,<br><br>Counter Defendants. | |



McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

Pursuant to Civil L.R. 7-11, Defendant and Counterclaimant O2 Micro International and Limited ("O2Micro") and Counter Defendant Advanced Semiconductor Manufacturing Limited aka Advanced Semiconductor of Shanghai ("ASMC") through their respective counsel of record, submit this Joint Stipulation Re: Limited Jurisdictional Discovery to ASMC and proposed order in accordance with the current Case Management schedule entered on or about April 21, 2005.

This Joint Stipulation is based upon the following recitals:

WHEREAS, ASMC has filed a motion to dismiss itself from this action, asserting the Court lacks jurisdiction over ASMC;

WHEREAS, the Court has initially stayed discovery pending receipt of the Court's final disposition relating to ASMC's jurisdictional claims;

WHEREAS, O2 Micro intends to file a response to ASMC's motion to dismiss;

WHEREAS, the date for hearing argument on ASMC's motion to dismiss is currently scheduled for July 15, 2005, requiring O2 Micro to file its response to ASMC's motion to dismiss by June 24;

WHEREAS, O2 Micro's lead counsel, Mr. McMahon is scheduled to be out of the country on the presently scheduled hearing date, and

WHEREAS, the parties believe that it is in the best interests of the Court and the parties to stipulate to limited jurisdictional discovery and to a Case Management schedule that accommodates the taking of such discovery in order to better resolve the jurisdictional issues raised by ASMC, prior to commencing with the timelines of the local Patent Rules;

NOW, THEREFORE, the parties, through their respective counsel of record, jointly propose and stipulate to the following modifications to the Court's case management Order:

1. ASMC will allow O2 Micro to take limited discovery on jurisdictional issues;

2. O2 Micro acknowledges that ASMC retains the right to object to any such discovery propounded;

3. The parties will meet and confer on or prior to June 30, 2005 to discuss appropriate discovery topics and requests and will apprise the Court by letter brief if the parties cannot resolve those issues in good faith by July 10, 2005;

4. The hearing on ASMC's motion to dismiss is continued from July 15, 2005 to October 14, 2005; and

5. The parties agree to complete the jurisdictional discovery by August 31, 2005, O2 Micro will file its opposition to ASMC's motion to dismiss by September 16, 2005, and ASMC will file a response, if any, by October 3, 2005.

This stipulation is entered into without prejudice to either party's right subsequently to request further changes to the schedule.

**IT IS SO STIPULATED.**

Dated: June 23, 2005

By: /s/ Bijal V. Vakil
Terrence P. McMahon
Stephen J. Akerley
Bijal V. Vakil
Shamita D. Etienne
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.813.5000
Facsimile: 650.813.5100

Dated: June 23, 2005

By: /s/ Korula T. Cherian
Korula T. Cherian
Duane H. Mathiowetz
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: 415.848.4900
Facsimile: 415.848.4999

Attorneys for O2 Micro International Ltd

Dated: June 23, 2005

By: /s/ Michael Barclay
Michael Barclay
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.493.9300
Facsimile: 650.565.5100

Attorneys for Monolithic Power Systems, Inc.

Dated: June 23, 2005

By: /s/ Ned N. Isokawa
Ned N. Isokawa
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 2nd St., 24th Floor
San Francisco, CA 94105
Telephone: 415.856.7000
Facsimile: 415.856.7100

Attorneys for Semiconductor Manufacturing Corporation Limited aka Advanced Semiconductor Manufacturing Corporation of Shanghai

MPK 92822-1.073254.0011

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

**ORDER**

The Case management Order is modified to reflect the following:

1. ASMC will allow O2 Micro to take limited discovery on jurisdictional issues;

2. O2 Micro acknowledges that ASMC retains the right to object to any such discovery propounded;

3. The parties will meet and confer on or prior to June 30, 2005 to discuss appropriate discovery topics and requests and will apprise the Court by letter brief if the parties cannot resolve those issues in good faith by July 10, 2005;

4. The hearing on ASMC's motion to dismiss is continued from July 15, 2005 to October 14, 2005; and

5. The parties agree to complete the jurisdictional discovery by August 31, 2005, O2 Micro will file its opposition to ASMC's motion to dismiss by September 16, 2005, and ASMC will file a response, if any, by **SEPTEMBER 30, 2005**.

**IT IS SO ORDERED.**

Dated: **6/28/05**

/s/ CLAUDIA WILKEN

The Honorable Claudia Wilken
United States District Court Judge