1    **COUNSEL LISTED ON SIGNATURE PAGE**

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    OAKLAND DIVISION

11  MONOLITHIC POWER SYSTEMS, INC., a California corporation,

    CASE NO. C 04-02000 CW

12

13          Plaintiff,

    **E-FILING**

14        v.

    **ORDER GRANTING REVISED JOINT STIPULATION RE JURISDICTIONAL DISCOVERY**

15  02 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,

    HONORABLE CLAUDIA WILKEN

16          Defendant.

17  02 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,

18

19          Counterclaimant,

20        v.

21  MONOLITHIC POWER SYSTEMS, INC., a California corporation and ADVANCED SEMICONDUCTOR

22  MANUFACTURING CORPORATION LIMITED aka ADVANCED

23  SEMICONDUCTOR MANUFACTURING CORPORATION

24  OF SHANGHAI, a Chinese joint venture,

25        Counter Defendants.

26

27

28

1   Pursuant to Civil Local Rule 7.11, Defendant and Counterclaimant O2 Micro International

2   Limited ("O2 Micro") and Counter-defendant Advanced Semiconductor Manufacturing

3   Corporation Limited ("ASMC"), through their respective counsel of record, submit this Revised

4   Joint Stipulation Re:  Limited Jurisdictional Discovery to ASMC; [Proposed] Order in accordance

5   with the current Case Management schedule entered on or about April 21, 2005.

6   This Revised Joint Stipulation is based upon the following recitals:

7   WHEREAS, on June 6, 2005, ASMC filed a motion to dismiss for lack of personal

8   jurisdiction ("Motion to Dismiss");

9   WHEREAS, the Court has initially stayed discovery pending receipt of the Court's final

10   disposition of ASMC's Motion to Dismiss;

11   WHEREAS, on June 28, 2005, pursuant to the parties' stipulation, the Court ordered, *inter*

12   *alia*, the following:  (1) O2 Micro may take limited jurisdictional discovery; (2) the parties

13   complete jurisdictional discovery by August 31, 2005; (3) O2 Micro files its opposition to the

14   Motion to Dismiss by September 16, 2005; (4) ASMC files its reply, if any, to the Motion to

15   Dismiss by September 30, 2005; and (4) the hearing on the Motion to Dismiss is continued to

16   October 14, 2005;

17   WHEREAS, ASMC now requests two additional weeks to respond to O2 Micro's

18   jurisdictional discovery requests, including O2 Micro's (1) First Set of Request for Production of

19   Documents and Things and (2) First Set of Interrogatories;

20   WHEREAS, O2 Micro has agreed to ASMC's request for extension of time to respond to

21   O2 Micro's jurisdictional discovery requests.  Because O2 Micro's lead counsel, Terrence P.

22   McMahon, is scheduled to be at another trial, however, O2 Micro is not available for a hearing on

23   the Motion to Dismiss until December 2, 2005;

24   NOW, THEREFORE, the parties, through their respective counsel of record, jointly

25   propose and stipulate to the following modification to the Court's Amended Order Granting Joint

26   Stipulation Re:  Modification to Case Management Order, dated April 21, 2005, and Order

27   Granting as Modified Joint Stipulation re:  Limited Jurisdictional Discovery to ASMC, dated July

28   28, 2005;

-2-

1        1.      The parties will complete jurisdictional discovery by September 14, 2005;

2        2.      O2 Micro will file its opposition to ASMC's Motion to Dismiss by October 13,

3  2005;

4        3.      ASMC will file a reply to the Motion to Dismiss, if any, by November 4, 2005;

5  and

6        4.      The hearing on the Motion to Dismiss is continued to December 2, 2005.

7        IT IS SO STIPULATED.

-3-

REVISED JOINT STIPULATION RE JURISDICTIONAL DISCOVERY; [PROPOSED] ORDER

1   DATED:  August 3, 2005          By:  /s/ Shinyung Oh
                                         _____
2                                        Ned N. Isokawa
                                         Shinyung Oh
3                                        PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                         55 Second Street, 24th Floor
4                                        San Francisco, CA 94105
                                         Telephone:  415.856.7000
5                                        Facsimile:   415.856.7100

6                                        Attorneys for Advanced Semiconductor
                                         Manufacturing Corporation Limited
7

8   DATED:  August 3, 2005          By:  /s/ Bijal V. Vakil
                                         _____
                                         Terrence P. McMahon
9                                        Stephen J. Akerley
                                         Bijal V. Vakil
10                                       Shamita D. Etienne
                                         James Glore
11                                       McDERMOTT WILL & EMERY LLP
                                         3150 Porter Drive
12                                       Palo Alto, CA 94304-1212
                                         Telephone:  650.813.5000
13                                       Facsimile:  650.813.5100

14
    DATED:  August 3, 2005          By:  /s/ Duane H. Mathiowetz
15                                       _____
                                         Korula T. Cherian
16                                       Duane H. Mathiowetz
                                         HOWREY LLP
17                                       525 Market Street, Suite 3600
                                         San Francisco, CA 94105
18                                       Telephone:  415.848.4900
                                         Facsimile:  415.848.4999

19                                       Attorneys for O2 Micro International Ltd.

20
    DATED:  August 3, 2005          By:  /s/ Michael Barclay
21                                       _____
                                         Michael Barclay
22                                       WILSON SONSINI GOODRICH & ROSATI
                                         650 Page Mill Road
23                                       Palo Alto, CA 94304
                                         Telephone:  650.493.9300
24                                       Facsimile:  650.565.5100

25                                       Attorneys for Monolithic Power Systems, Inc.

26

27

28

-4-

REVISED JOINT STIPULATION RE JURISDICTIONAL DISCOVERY; [PROPOSED] ORDER

**ORDER**

The Amended Order Granting Joint Stipulation Re: Modification to Case Management Order, dated April 21, 2005, and Order Granting as Modified Joint Stipulation re: Limited Jurisdictional Discovery to ASMC, dated July 28, 2005 are modified to reflect the following:

1.    The parties will complete jurisdictional discovery by September 14, 2005;

2.    ASMC continues to retain the right to object to any such jurisdictional discovery propounded by O2 Micro;

3.    O2 Micro will file its opposition to ASMC's Motion to Dismiss by October 13, 2005;

4.    ASMC will file a reply to the Motion to Dismiss, if any, by November 4, 2005; and

5.    The hearing on the Motion to Dismiss is continued from October 14, 2005 to December 2, 2005.

**IT IS SO ORDERED.  THE FURTHER CASE MANAGEMENT CONFERENCE IS ALSO RESCHEDULED FROM 12/16/05 TO 12/2/05 AT 10:00 A.M.  JOINT FCMC STATEMENT DUE ONE WEEK PRIOR TO CONFERENCE.**

DATED:  Aug. 10, 2005                           /s/ CLAUDIA WILKEN
                                                         The Honorable Claudia Wilken
                                                         United States District Court Judge

-5-

REVISED JOINT STIPULATION RE JURISDICTIONAL DISCOVERY; [PROPOSED] ORDER

Case No. C 04-02000 CW

1    **DECLARATION OF SHINYUNG OH PURSUANT TO GENERAL ORDER 45 § X**

2    I, Shinyung Oh, declare as follows:

3    1.    I am an attorney at the law firm of Paul, Hastings, Janofsky & Walker LLP,

4    counsel of record for counter-defendant Advanced Semiconductor Manufacturing Corporation

5    Limited in the action entitled *Monolithic Power Systems, Inc. v. O2 Micro International Ltd.*,

6    Case No. C 04-2000-CW pending before this Court.  I am a member in good standing of the State

7    Bar of California and am admitted to practice in the United States District Court for the Northern

8    District of California.  I have personal knowledge of the facts set forth in this Declaration and, if

9    called as a witness, I could and would testify competently to such facts under oath.

10    2.    I attest that the conformed signature of Bijal V. Vakil, counsel of record for O2

11    Micro International, Inc., appearing in the signature block of the REVISED JOINT

12    STIPULATION RE: LIMITED JURISDICTIONAL DISCOVERY TO ASMC; [PROPOSED]

13    ORDER is Mr. Vakil's signature, and that Mr. Vakil has authorized me to file the REVISED

14    JOINT STIPULATION RE: LIMITED JURISDICTIONAL DISCOVERY TO ASMC;

15    [PROPOSED] ORDER.

16    3.    I attest that the conformed signature of Duane H. Mathiowetz, counsel of record

17    for O2 Micro International, Inc., appearing in the signature block of the REVISED JOINT

18    STIPULATION RE: LIMITED JURISDICTIONAL DISCOVERY TO ASMC; [PROPOSED]

19    ORDER is Mr. Mathiowetz's signature, and that Mr. Mathiowetz has authorized me to file the

20    REVISED JOINT STIPULATION RE: LIMITED JURISDICTIONAL DISCOVERY TO

21    ASMC; [PROPOSED] ORDER.

22    4.    I attest that the conformed signature of Michael Barclay, counsel of record for

23    Monolithic Power Systems, Inc., appearing in the signature block of the REVISED JOINT

24    STIPULATION RE: LIMITED JURISDICTIONAL DISCOVERY TO ASMC; [PROPOSED]

25    ORDER is Mr. Barclay's signature, and that Mr. Barclay has authorized me to file the REVISED

26    JOINT STIPULATION RE: LIMITED JURISDICTIONAL DISCOVERY TO ASMC;

27    [PROPOSED] ORDER.

28    I declare under penalty of perjury under the laws of the United States that the foregoing is

1    true and correct.  Executed on August 3, 2005 in San Francisco, California.

2

3                                                    /s/ Shinyung Oh
                                                     Shinyung Oh

4

5    SF/374235.3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-7-

REVISED JOINT STIPULATION RE JURISDICTIONAL DISCOVERY; [PROPOSED] ORDER

Case No. C 04-02000 CW