**COUNSEL LISTED ON SIGNATURE PAGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> O2 MICRO INTERNATIONAL LTD., a Cayman Islands corporation, <br><br> Defendant. | Case No.  C 04-2000-CW <br><br> ELECTRONIC CASE FILING <br><br> **ORDER GRANTING REVISED JOINT STIPULATION RE: JURISDICTIONAL DISCOVERY TO ASMC** <br><br> Honorable Claudia Wilken |
| O2 MICRO INTERNATIONAL LTD., a Cayman Islands corporation, <br><br> Counterclaimant, <br> v. <br> MONOLITHIC POWER SYSTEMS, INC., a California Corporation, and ADVANCED SEMICONDUCTOR MANUFACTURING LIMITED aka ADVANCED SEMICONDUCTOR OF SHANGHAI, a Chinese joint venture, <br><br> Counter Defendants. | |

**REVISED JOINT STIPULATION RE JURISDICTIONAL DISCOVERY;[PROPOSED] ORDER**

Case No. C 04-2000-CW

1  Pursuant to Civil Local Rule 7-11, Defendant and Counterclaimant O2 Micro
2  International Limited ("O2 Micro") and Counter-defendant Advanced Semiconductor
3  Manufacturing Corporation Limited ("ASMC"), through their respective counsel of record,
4  submit this Revised Joint Stipulation Re: Jurisdictional Discovery to ASMC; [Proposed] Order in
5  accordance with the Case management schedule entered on or about April 21, 2005 and this
6  Court's order on September 10, 2005.
7  This Revised Joint Stipulation is based upon the following recitals:
8  WHEREAS, on June 6, 2005, ASMC filed a motion to dismiss for lack of personal
9  jurisdiction ("Motion to Dismiss");
10 WHEREAS, on June 28, 2005 pursuant to the parties' earlier stipulation, the Court
11 ordered that O2 Micro may take limited jurisdictional discovery;
12 WHEREAS, on August 8, 2005 pursuant to the parties' revised stipulation, the Court
13 ordered *inter alia*, the following: (1) the parties will complete jurisdictional discovery by
14 September 14, 2005; (2) O2 Micro will file its opposition to ASMC's Motion to Dismiss by
15 October 13, 2005; (3) ASMC will file a reply to the Motion to Dismiss, if any, by November 4,
16 2005; and (5) the hearing on the Motion to Dismiss is continued from October 14, 2005 to
17 December 2, 2005.
18 WHEREAS, the parties now require additional time to fully complete jurisdictional
19 discovery, ASMC requires additional time to complete its production of discovery responses; and
20 to consider the legal relevancy of O2 Micro's requests, and O2 Micro requires additional time to
21 review ASMC's recent and forthcoming discovery responses, and to propound follow up requests
22 and to consider whether to take a Rule 30(b)(6) deposition;
23 WHEREAS, the parties now request a brief extension of time to complete discovery on
24 jurisdictional issues;
25 WHEREAS, the parties agree that all further discovery will be completed by October 21,
26 2005;
27
28

**REVISED JOINT STIPULATION RE JURISDICTIONAL DISCOVERY; [PROPOSED] ORDER**                                 Case No. C 04-2000-CW

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

1  NOW, THEREFORE, the parties through their respective counsel of record, jointly
2  propose and stipulate to the following modification to the Court's Order Granting Revised Joint
3  Stipulation re: Jurisdictional Discovery dated August 10, 2005;
4      1. The parties will complete all further jurisdictional discovery by October 21, 2005;
5      2. O2 Micro will file its opposition to ASMC's Motion to Dismiss by November 4,
6  2005;
7      3. ASMC will file a reply to the Motion to Dismiss, if any, by November 15, 2005;
8      4. The hearing on the Motion to Dismiss will be held on December 2, 2005, as
9  previously ordered.
10  IT IS SO STIPULATED

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**REVISED JOINT STIPULATION RE JURISDICTIONAL DISCOVERY; [PROPOSED] ORDER**

**Case No. C 04-2000-CW**

| | | |
|---|---|---|
| 1 | Dated:  October 6, 2005 | McDERMOTT WILL & EMERY LLP |
| 2 | | |
| 3 | | By:   /s/ Bijal V. Vakil |
| 4 | | Terrence P. McMahon<br>Stephen J. Akerley |
| 5 | | Bijal V. Vakil<br>Shamita Etienne |
| 6 | | 3150 Porter Dr.<br>Palo Alto, CA 94304 |
| 7 | | Telephone:   650.813.5000<br>Facsimile:    650.813.5100 |
| 8 | Dated: October 6, 2005 | HOWREY SIMON ARNOLD & WHITE, LLP |
| 9 | | |
| 10 | | |
| 11 | | By:     /s/ K.T. Cherian |
| 12 | | Korula T. Cherian<br>Duane H. Mathiowetz |
| 13 | | 525 Market Street, Suite 3600<br>San Francisco, CA 941-5 |
| 14 | | Telephone:  415.848.4900<br>Facsimile:    415.848.4999 |
| 15 | | Attorneys for O2 Micro International Ltd |
| 16 | Dated: October 6, 2005 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 17 | | |
| 18 | | By:     /s/ Shinyung Oh |
| 19 | | Ned N. Isokawa<br>Shinyung Oh |
| 20 | | 55 Second Street, 24th Floor |
| 21 | | San Francisco, A 94105<br>Telephone: 415.856.7000 |
| 22 | | Facsimile:   415. |
| 23 | | Attorneys for Advanced Semiconductor<br>Manufacturing Corporation Limited |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**REVISED JOINT STIPULATION RE
JURISDICTIONAL DISCOVERY; [PROPOSED]
ORDER**

**Case No. C 04-2000-CW**

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

| | | |
|---|---|---|
| 1 | Dated: October 6, 2005 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | |
| 3 | | By:   /s/ Michael Barclay |
| 4 | |       Michael Barclay |
| 5 | | 650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone:  650.493.9300 |
| 6 | | Facsimile:   650.565.5100 |
| 7 | | Attorneys for Monolithic Power Systems, Inc. |
| 8 | | |
| 9 | Dated: October 6, 2005 | COOLEY GODWARD LLP |
| 10 | | |
| 11 | | By:   /s/ Thomas Friel |
| 12 | |       Thomas Friel |
| 13 | | 101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 |
| 14 | | Telephone:  415.693.2000<br>Facsimile:   415.693.2222 |
| 15 | | Attorneys for Monolithic Power Systems, Inc. |

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

**REVISED JOINT STIPULATION RE
JURISDICTIONAL DISCOVERY; [PROPOSED]
ORDER**

**Case No. C 04-2000-CW**

**ORDER**

The Court's Order Granting Revised Joint Stipulation re: Jurisdictional Discovery dated August 10, 2005 is modified to reflect the following:

1. The parties will complete additional jurisdictional discovery by October 21, 2005;
2. O2 Micro will file its opposition to ASMC's Motion to Dismiss by November 4, 2005;
3. ASMC will file a reply to the Motion to Dismiss, if any, by November 15, 2005;
4. The hearing on the Motion to Dismiss will be held on December 2, 2005, as previously ordered.

**IT IS SO ORDERED.**

DATED: 10/6/05

/s/ CLAUDIA WILKEN
_____
The Honorable Claudia Wilken
United States District Court Judge

MPK 98561-1.073254.0011

**REVISED JOINT STIPULATION RE JURISDICTIONAL DISCOVERY; [PROPOSED] ORDER**

**Case No. C 04-2000-CW**