*E-FILED*
**March 13, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONOLITHIC POWER SYSTEMS, INC.,                No. C 04-02000 CW  (RS)

    Plaintiff,

v.                                                                            **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE**

O2 MICRO INTERNATIONAL LIMITED, et al.,

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

By letter dated March 9, 2006, Advanced Semiconductor Manufacturing Corporation Limited, through its counsel, Matthew J. Brigham, requested that its representative be excused from personally appearing at the settlement conference scheduled for March 28, 2006.  Defendant, O2 Micro International Limited, opposed the request.

After considering the request and the opposition thereto, Court finds good cause for excusing personal attendance and orders as follows:

The representative of Advanced Semiconductor Manufacturing Corporation Limited shall be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on March 28, 2006.

If the court concludes that the absence of Advanced Semiconductor Manufacturing Corporation Limited's representative is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party, including the representative.

IT IS SO ORDERED.

Dated:  March 13, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Stephen J. Akerley     sakerley@mwe.com, aleonetti@mwe.com

Michael Barclay     mbarclay@wsgr.com

Matthew J. Brigham     mbrigham@cooley.com, prussell@cooley.com; tsalter@cooley.com

James P. Brogan     jbrogan@cooley.com, sbitler@cooley.com; inghramjl@cooley.com

Korula T. Cherian     cheriank@howrey.com, perezl@howrey.com

Thomas J. Friel , Jr     tfriel@cooley.com, fnyland@cooley.com; prussell@cooley.com

James E. Glore     jglore@mwe.com, dvanderbur@mwe.com

Ned N. Isokawa     nedisokawa@paulhastings.com, petermeier@paulhastings.com; arleneurbina@paulhastings.com

Michael A. Ladra     mladra@wsgr.com

Duane H. Mathiowetz     mathiowetzd@howrey.com, pearsons@howrey.com; daytonk@howrey.com

Terrence Patrick McMahon     tmcmahon@mwe.com

Brian E. Mitchell     bmitchell@cooley.com, bmitchell@cooley.com; fnyland@cooley.com

Shinyung Oh     shinyungoh@paulhastings.com, sandradiluzio@paulhastings.com

Bijal Vijay Vakil     bvakil@mwe.com, dvanderbur@mwe.com; emckinney@mwe.com

Louisa Weix     louisaweix@paulhastings.com

Jennifer Yokoyama     jyokoyama@mwe.com, gnakawatase@mwe.com

Kimberly P. Zapata     kzapata@wsgr.com, kshanahan@wsgr.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 13, 2006

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:   /s/ *BAK*