1  COUNSEL LISTED ON SIGNATURE PAGE
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>Defendant. | Case No.  C 04-2000-CW (EDL)<br><br>ELECTRONIC CASE FILING<br><br>**[PROPOSED] ORDER RE JOINT REQUEST FOR HEARING DATE ON MONOLITHIC POWER SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH THIRD-PARTY SUBPOENAS**<br>  AS MODIFIED<br>Court: Honorable Elizabeth D. Laporte<br>Date:  May 23, 2006 [proposed]<br>Time: 9:00 am<br>Dept.: Courtroom E, 15th Floor |
| AND RELATED COUNTERCLAIMS. | |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

**[PROPOSED] ORDER RE HEARING DATE ON**
**MPS'S MOTION FOR PROTECTIVE ORDER**
**CASE NO. C 04-2000 CW (EDL)**

1    The parties have jointly requested that the hearing on MPS's Motion for Protective Order
2    and Motion to Quash be re-set for May 23, 2006 at ~~9:00 a.m.~~ 2:00 p.m.  The Court hereby grants the
3    parties' request.
4    IT IS HEREBY ORDERED that the hearing on MPS's Motion for Protective Order and
5    Motion to Quash be re-set for May 23, 2006 at ~~9:00 a.m.~~ 2:00 p.m.

7    Dated:  March 28        , 2006

9    _____
     Honorable Elizabeth D. Laporte
     United States Magistrate Judge

     IT IS SO ORDERED
     *Elizabeth D. Laporte*
     Judge Elizabeth D. Laporte

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER RE HEARING DATE ON
MPS'S MOTION FOR PROTECTIVE ORDER
CASE NO. C 04-2000 CW (EDL)

1  Submitted by:

2  Dated: March 17, 2006                    COOLEY GODWARD LLP

3

4                                            By: */s/ Matthew J. Brigham*
                                              Matthew J. Brigham
5
                                              THOMAS J. FRIEL, JR. (80065)
6                                             (tfriel@cooley.com)
                                              MATTHEW J. BRIGHAM (191428)
7                                             (mbrigham@cooley.com)
                                              COOLEY GODWARD LLP
8                                             3000 El Camino Real
                                              Five Palo Alto Square
9                                             Palo Alto, CA  94306
                                              Telephone:   (650) 843-5000
10                                            Facsimile:    (650) 857-0663

11                                            JAMES P. BROGAN (155906)
                                              (jbrogan@cooley.com)
12                                            COOLEY GODWARD LLP
                                              380 Interlocken Crescent, Suite 900
13                                            Broomfield, CO   80021-8023
                                              Telephone:   (720) 566-4000
14                                            Facsimile:    (720) 566-4099

15                                            BRIAN E. MITCHELL (190095)
                                              (bmitchell@cooley.com)
16                                            COOLEY GODWARD LLP
                                              101 California Street, 5th Floor
17                                            San Francisco, CA   94111-5800
                                              Telephone:   (415) 693-2000
18                                            Facsimile:    (415) 693-2222

19                                            Attorneys for Plaintiff and Counter-Defendant
                                              Monolithic Power Systems, Inc., and Counter-
20                                            Defendant Advanced Semiconductor
                                              Manufacturing
21                                            Corporation Limited aka Advanced Semiconductor
                                              Manufacturing Corporation of Shanghai
22
                                              WILSON SONSINI GOODRICH & ROSATI
23                                            Professional Corporation

24                                            James A. DiBoise (State Bar No. 083296)
                                              (JDiBoise@wsgr.com)
25                                            Michael Barclay (State Bar No. 088993)
                                              (MBarclay@wsgr.com)
26                                            650 Page Mill Road
                                              Palo Alto, CA 94304-1050
27                                            Telephone:  (650) 493-9300
                                              Facsimile:  (650) 565-5100
28

COOLEY GODWARD LLP                                        **[PROPOSED] ORDER RE HEARING DATE ON**
ATTORNEYS AT LAW                                          **MPS'S MOTION FOR PROTECTIVE ORDER**
SAN FRANCISCO                                             **CASE NO. C 04-2000 CW (EDL)**

Attorneys for Plaintiff and Counter-Defendant
Monolithic Power Systems, Inc.

Dated:  March 17, 2006                             By: */s/ Bijal V. Vakil*_____

McDERMOTT WILL & EMERY LLP
Terrence P. McMahon
Stephen J. Akerley
Bijal V. Vakil
Shamita D. Etienne
3150 Porter Dr.
Palo Alto, CA 94304
Telephone: 650.813.5000
Facsimile: 650.813.5100

HOWREY LLP
Korula T. Cherian
Duane H. Mathiowetz
525 Market Street, Suite 3600
San Francisco, CA 941-5
Telephone: 415.848.4900
Facsimile: 415.848.4999

Attorneys for O2 Micro International Limited

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: March 17, 2006                              By: */s/ Matthew J. Brigham*

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE HEARING DATE ON
MPS'S MOTION FOR PROTECTIVE ORDER
CASE NO. C 04-2000 CW (EDL)