UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  C 04-2000-CW (EDL)<br><br>ELECTRONIC CASE FILING<br><br>**ORDER AMENDING SCHEDULING ORDER** |
|---|---|

Pursuant to the stipulation of the parties, the Court's December 9, 2005 Minute Order and Case Management Order are modified to reflect the deadlines below:

| **MODIFIED DEADLINE** | **ACTION** |
|---|---|
| 4/28/06 | Opening expert reports due on issues on which a party has the burden of proof [FRCP 26(a)(2)] |
| 6/2/06 | Rebuttal expert reports due [FRCP 26(a)(2)] |
| 6/30/06 | Fact and expert discovery cut-off |

No other dates are altered by this change.

Dated: April 4, 2006

/s/ CLAUDIA WILKEN

By: _____
Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE