| | |
|---|---|
| 1 | McDERMOTT WILL & EMERY LLP |
|   | Terrence P. McMahon (State Bar No. 71910) |
| 2 | tmcmahon@mwe.com |
|   | Stephen J. Akerley (State Bar No. 160757) |
| 3 | sakerley@mwe.com |
|   | Bijal V. Vakil (State Bar No. 192878) |
| 4 | bvakil@mwe.com |
|   | Shamita Etienne (State Bar No. 202090) |
| 5 | setienne@mwe.com |
|   | 3150 Porter Drive |
| 6 | Palo Alto, CA  94304-1212 |
|   | Telephone:     650.813.5000 |
| 7 | Facsimile:     650.813.5100 |
| 8 | HOWREY LLP |
|   | Korula T. Cherian (State Bar No. 133967) |
| 9 | cheriank@howrey.com |
|   | Duane H. Mathiowetz (State Bar No. 111831) |
| 10 | mathiowetzD@howrey.com |
|    | 525 Market Street, Suite 3600 |
| 11 | San Francisco, CA 94150 |
|    | Telephone:     415.848.4900 |
| 12 | Facsimile:     415.848.4999 |
| 13 | Attorneys for Defendant and Counterclaimant |
|    | O2 MICRO INTERNATIONAL LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a California Corporation, | CASE NO.  C 04-2000-CW |
| Plaintiff, | ELECTRONIC CASE FILING |
| v. | **ORDER GRANTING O2 MICRO'S REQUEST TO WITHDRAW  ITS RENEWED MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF TEXAS** |
| O2 MICRO INTERNATIONAL LTD., a Cayman Islands corporation, | |
| Defendant. | Honorable Claudia Wilken |

**[PROPOSED] ORDER GRANTING O2 MICRO'S REQUEST TO WITHDRAW**                                                                                 CASE NO. C 04-2000-CW

1
2  O2 MICRO INTERNATIONAL LTD., a
   Cayman Islands corporation,
3              Counterclaimant,
4          v.
5  MONOLITHIC POWER SYSTEMS,
   INC., a California Corporation, and
6  ADVANCED SEMICONDUCTOR
   MANUFACTURING LIMITED aka
7  ADVANCED SEMICONDUCTOR OF
   SHANGHAI, a Chinese joint venture,
8
               Counter Defendants.
9

10         It is hereby ordered that O2 Micro's request to withdraw, without prejudice, its

11  Renewed Motion To Transfer To The Eastern District Of Texas, is GRANTED.

12

13         **IT IS SO ORDERED**

14              4/6

15  Dated: _____, 2006           /s/ CLAUDIA WILKEN

16                                           _____
                                             Honorable Claudia Wilken
17                                           United States District Court Judge

18  MPK 106587-1.073254.0011

---

**[PROPOSED] ORDER GRANTING O2 MICRO'S
REQUEST TO WITHDRAW** — - 2 -            CASE NO. C 04-2000-CW