1  COUNSEL LISTED ON SIGNATURE PAGE
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                            OAKLAND DIVISION
11

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>Defendant. | Case No.  C 04-2000-CW (EDL)<br><br>ELECTRONIC CASE FILING<br><br>[~~PROPOSED~~] ORDER RE SECOND JOINT REQUEST FOR HEARING DATE ON MONOLITHIC POWER SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER  AND MOTION TO QUASH THIRD-PARTY SUBPOENAS   AS MODIFIED<br><br>Court:Honorable Elizabeth D. Laporte<br>Date: May 30, 2006 [proposed]<br>Time: 9:00 am<br>Dept.: Courtroom E, 15th Floor |
| AND RELATED COUNTERCLAIMS. | |

1   The parties have jointly requested that the hearing on MPS' Motion For Protective Order
2   and Motion to Quash be re-set for May 30, 2006 at ~~9:00 a.m.~~ 2:00 p.m.  The Court hereby grants the
3   parties' request.

4   IT IS HEREBY ORDERED that the hearing on MPS' Motion For Protective Order and
5   Motion to Quash be re-set for May 30, 2006 at ~~9:00 a.m.~~ 2:00 p.m.

7   Date: __April 28__, 2006

8   _____
    Honorable Elizabeth D. Laporte
    United States District Court Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Elizabeth D. Laporte

[PROPOSED] ORDER RE HEARING DATE ON          1          CASE NO. C 04-2000 CW (EDL)
MPS' MOTION FOR PROTECTIVE ORDER