1  COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

| | |
|---|---|
| 12  MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | Case No. C 04-2000-CW (EDL) |
| 13 | ELECTRONIC CASE FILING |
| 14          Plaintiff, | **SECOND STIPULATION AND ORDER RE AMENDMENT TO SCHEDULING ORDER** |
| 15     v. | |
| 16  O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation, | |
| 17          Defendant. | |
| 18  AND RELATED COUNTERCLAIMS. | |

19

20

21

22

23

24

25

26

27

28

**SECOND STIPULATION AND
[PROPOSED] ORDER RE AMENDMENT
TO SCHEDULING ORDER**                         CASE NO. C 04-2000 CW (EDL)

1   On December 9, 2005, the Court issued a Minute Order and Case Management Order
2   setting forth, *inter alia*, the following datelines:

| Date | Action |
|---|---|
| 4/14/2006 | Opening expert report due on issues which a party has the burden of proof [FRCP 26 (a)(2)] |
| 5/19/2006 | Rebuttal expert report due [FRCP 26 (a)(2)] |

The parties have agreed to extend these deadlines by two weeks, such that the new deadlines will be:

| Date | Action |
|---|---|
| 4/28/2006 | Opening expert report due on issues which a party has the burden of proof [FRCP 26 (a)(2)] |
| 6/02/2006 | Rebuttal expert report due [FRCP 26 (a)(2)] |

On April 4, 2006, the Court in its Order Amending Scheduling Order, adopted the parties first stipulation to extend these deadlines by two weeks, setting forth the current schedule:

| Date | Action |
|---|---|
| 5/05/2006 | Opening expert report due on issues which a party has the burden of proof [FRCP 26 (a)(2)] |
| 06/09/2006 | Rebuttal expert report due [FRCP 26 (a)(2)] |

No other dates would be altered by this change.

**SECOND STIPULATION AND
[PROPOSED] ORDER RE AMENDMENT        -1-                **CASE NO. C 04-2000 CW (EDL)**
TO SCHEDULING ORDER**

| | |
|---|---|
| Dated:  April 25, 2006 | Respectfully submitted, |
| | COOLEY GODWARD LLP |
| | |
| | By: */s/ Matthew J. Brigham* |
| | Matthew J. Brigham |
| | THOMAS J. FRIEL, JR. (80065) |
| | (tfriel@cooley.com) |
| | MATTHEW J. BRIGHAM (191428) |
| | (mbrigham@cooley.com) |
| | COOLEY GODWARD LLP |
| | 3000 El Camino Real |
| | Five Palo Alto Square |
| | Palo Alto, CA  94306 |
| | Telephone:   (650) 843-5000 |
| | Facsimile:    (650) 857-0663 |
| | |
| | JAMES P. BROGAN (155906) |
| | (jbrogan@cooley.com) |
| | COOLEY GODWARD LLP |
| | 380 Interlocken Crescent, Suite 900 |
| | Broomfield, CO   80021-8023 |
| | Telephone:   (720) 566-4000 |
| | Facsimile:    (720) 566-4099 |
| | |
| | BRIAN E. MITCHELL (190095) |
| | (bmitchell@cooley.com) |
| | COOLEY GODWARD LLP |
| | 101 California Street, 5th Floor |
| | San Francisco, CA   94111-5800 |
| | Telephone:   (415) 693-2000 |
| | Facsimile:    (415) 693-2222 |
| | |
| | Attorneys for Plaintiff and Counter-Defendant Monolithic Power Systems, Inc., and Counter-Defendant Advanced Semiconductor Manufacturing Corporation Limited aka Advanced Semiconductor Manufacturing Corporation of Shanghai |
| | |
| | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| | |
| | James A. DiBoise (State Bar No. 083296) |
| | (JDiBoise@wsgr.com) |
| | Michael Barclay (State Bar No. 088993) |
| | (MBarclay@wsgr.com) |
| | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| | Telephone:  (650) 493-9300 |
| | Facsimile:   (650) 565-5100 |
| | |
| | Attorneys for Plaintiff and Counter-Defendant Monolithic Power Systems, Inc. |

**SECOND STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO SCHEDULING ORDER** — -2- — **CASE NO. C 04-2000 CW (EDL)**

| | | |
|---|---|---|
| 1 | Dated:  April 25, 2006 | By: */s/ Bijal V. Vakil*_____ |
| 2 | | McDERMOTT WILL & EMERY LLP |
| 3 | | Terrence P. McMahon |
| | | Stephen J. Akerley |
| 4 | | Bijal V. Vakil |
| | | Shamita D. Etienne |
| 5 | | 3150 Porter Dr. |
| | | Palo Alto, CA 94304 |
| 6 | | Telephone: 650.813.5000 |
| 7 | | Facsimile: 650.813.5100 |
| 8 | | HOWREY LLP |
| | | Korula T. Cherian |
| 9 | | Duane H. Mathiowetz |
| | | 525 Market Street, Suite 3600 |
| 10 | | San Francisco, CA 941-5 |
| | | Telephone: 415.848.4900 |
| 11 | | Facsimile: 415.848.4999 |

12

13   Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of

14   perjury that concurrence in the filing of the document has been obtained from its signatory.

15   Dated: April 25, 2006                                By: */s/ Bijal V. Vakil*____

16

17   MPK 107608-1.073254.0011

**SECOND STIPULATION AND
[PROPOSED] ORDER RE AMENDMENT                  -3-                  CASE NO. C 04-2000 CW (EDL)
TO SCHEDULING ORDER**

**[Proposed] Order**

Pursuant to the second stipulation of the parties, the Court's Order Amending Scheduling Order, dated April 4, 2006 is modified to reflect the following deadlines below:

| Date | Action |
|---|---|
| 5/05/2006 | Opening expert report due on issues which a party has the burden of proof [FRCP 26 (a)(2)] |
| 06/09/2006 | Rebuttal expert report due [FRCP 26 (a)(2)] |

No other dates are altered by this change.

5/15/06                                                             /s/ CLAUDIA WILKEN

Dated:_____2006            By: _____
                                                         Honorable Claudia Wilken
                                                         United State District Judge

**SECOND STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO SCHEDULING ORDER**   -4-   **CASE NO. C 04-2000 CW (EDL)**