IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., | No. C 04-02000 CW |
|     Plaintiff, | ORDER TAKING MOTION UNDER SUBMISSION |
|   v. | |
| 02 MICRO INTERNATIONAL LIMITED, | |
|     Defendant. | |

    Notice is hereby given that the Court, on its own motion, shall take Monolithic Power Systems and Advanced Semiconductor Manufacturing Corporation's Motion to Amend MPS's and ASMC's Answers and Preliminary Invalidity Contentions under submission on the papers.  Opposition to the motion will be due June 9, and any reply will be due June 16, 2006.  Plaintiffs' Civil L.R. 7-11 Administrative Motion to Set Briefing Schedule for MPS's and ASMC's Motion to Amend Answers and Preliminary Invalidity Contentions is denied as moot.

Dated: 5/26/06

                                                  */s/ Claudia Wilken*
                                                CLAUDIA WILKEN
                                                UNITED STATES DISTRICT JUDGE