| | |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>Terrence P. McMahon (State Bar No. 71910)<br>tmcmahon@mwe.com<br>Stephen J. Akerley (State Bar No. 160757)<br>sakerley@mwe.com<br>Bijal V. Vakil (State Bar No. 192878)<br>bvakil@mwe.com<br>Shamita D. Etienne (State Bar No. 202090)<br>setienne@mwe.com<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone:     650.813.5000<br>Facsimile:     650.813.5100<br><br>HOWREY LLP<br>Korula T. Cherian (State Bar No. 133967)<br>cheriank@howrey.com<br>Duane H. Mathiowetz (State Bar No. 111831)<br>mathiowetzD@howrey.com<br>525 Market Street, Suite 3600<br>San Francisco, CA 94150<br>Telephone:     415.848.4900<br>Facsimile:     415.848.4999<br><br>Attorneys for Defendant and Counterclaimant<br>O2 MICRO INTERNATIONAL LTD. | COOLEY GODWARD LLP<br>Thomas J. Friel, Jr. (State Bar No 80065)<br>tfriel@cooley.com<br>Matthew J. Brigham (State Bar No 191428)<br>mbrigham@cooley.com<br><br>3000 El Camino Real<br>Five Palo Alto Square<br>Palo Alto, CA  94306<br>Telephone:     650. 843-5000<br>Facsimile:     650. 857-0663<br><br>Attorneys for Plaintiff and Counter-<br>Defendant Monolithic Power Systems, Inc.<br>and Counter-Defendant ASMC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>O2 MICRO INTERNATIONAL LTD., a Cayman Islands corporation,<br><br>    Defendant.<br><br>AND COUNTERCLAIMS | CASE NO.  C 04-2000-CW (EDL)<br><br>ELECTRONIC CASE FILING<br><br>**ORDER GRANTING AS MODIFIED STIPULATION EXTENDING TIME TO SUBMIT EXPERT REBUTTAL REPORTS, OPPOSE MOTION TO STRIKE PENDING BEFORE JUDGE LAPORTE AND OPPOSE MOTION TO AMEND PENDING BEFORE JUDGE WILKEN** |

**STIPULATION AND [PROPOSED] ORDER ON DISCOVERY ISSUES AND MOTIONS FOR LEAVE TO AMEND**

CASE NO. C 04-2000-CW (EDL)

1    O2 Micro International, Ltd. ("O2 Micro"), Monolithic Power Systems, Inc. ("MPS"), and
2 ASMC jointly submit the following stipulation regarding the upcoming deadlines in this case.
3 The Court has presently set the following deadlines:

| Date | Pleading |
|---|---|
| June 8, 2006 | Opposition to O2 Micro's Motion to Strike MPS' and ASMC's Expert Reports on Issues Outside the Scope of the Case. |
| June 9, 2006 | Opposition to MPS' and ASMC's Motion for Leave to Amend Answer and Preliminary Invalidity Contentions |
| June 9, 2006 | Rebuttal Expert Reports Infringement, Validity, Enforceability, and Damages |
| June 13, 2006 | Reply re O2 Micro's Motion to Strike MPS' and ASMC's Expert Reports on Issues Outside the Scope of the Case. |
| June 16, 2006 | Reply re MPS' and ASMC's Motion for Leave to Amend Answer and Preliminary Invalidity Contentions |
| June 27, 2006 | Hearing on O2 Micro's Motion to Strike MPS' and ASMC's Expert Reports on Issues Outside the Scope of the Case. |

On May 26, 2006, the Court issued Order Concerning Scheduling in Case No. C-06-02929CW asking the parties to file a joint statement on the scheduling of the related cases C-04-2000CW and C-06-02929CW.  As requested by the Court, the parties are engaged in discussions regarding the scheduling and possible consolidation of these two cases.  These discussions may lead to a modification to the present schedule in this case that impacts the pending motions and

**STIPULATION AND [PROPOSED] ORDER ON
DISCOVERY ISSUES AND MOTIONS FOR LEAVE
TO AMEND**                          - 2 -                          **CASE NO. C 04-2000-C**W (EDL)

the schedule for rebuttal expert reports. Accordingly, O2 Micro, MPS, and ASMC request the following extensions of time to allow those discussions to occur:

| Current Date | Proposed Date | Pleading |
| --- | --- | --- |
| June 8, 2006 | June 16, 2006 | Opposition to O2 Micro's Motion to Strike MPS' and ASMC's Expert Reports on Issues Outside the Scope of the Case. |
| June 9, 2006 | June 16, 2006 | Opposition to MPS' and ASMC's Motion for Leave to Amend Answer and Preliminary Invalidity Contentions |
| June 9, 2006 | June 16, 2006 | Rebuttal Expert Reports Infringement, Validity, Enforceability, and Damages |
| June 13, 2006 | June 21, 2006 | Reply re O2 Micro's Motion to Strike MPS' and ASMC's Expert Reports on Issues Outside the Scope of the Case. |
| June 16, 2006 | June 23, 2006 | Reply re MPS' and ASMC's Motion for Leave to Amend Answer and Preliminary Invalidity Contentions |
| June 27, 2006 | **AUGUST 1, 2006 as modified by Court** | Hearing on O2 Micro's Motion to Strike MPS' and |

**STIPULATION AND [PROPOSED] ORDER ON DISCOVERY ISSUES AND MOTIONS FOR LEAVE TO AMEND**      - 3 -      **CASE NO. C 04-2000-CW** (EDL)

| **Current Date** | **Proposed Date** | **Pleading** |
|---|---|---|
| | | ASMC's Expert Reports on Issues Outside the Scope of the Case. |

No other dates will be effected by this stipulation.

IT IS SO STIPULATED.

Dated: June 6, 2006                    Respectfully submitted,

McDERMOTT WILL & EMERY LLP


By:    /s/ Bijal V. Vakil
           Bijal V. Vakil


Attorneys for Defendant and Counter-Plaintiff
O2 Micro International Ltd.

Dated: June 6, 2006                    Respectfully submitted,

COOLEY GODWARD LLP



By: /s/ Matthew J. Brigham
         Matthew J. Brigham


Attorneys for Plaintiff and Counter-Defendant Monolithic Power Systems, Inc. and Counter-Defendant ASMC

**STIPULATION AND [PROPOSED] ORDER ON DISCOVERY ISSUES AND MOTIONS FOR LEAVE TO AMEND**                - 4 -                **CASE NO. C 04-2000-CW (EDL)**

# ORDER

FOR GOOD CAUSE BEING SHOWN IT IS HEREBY ORDERED that O2 Micro, MPS, and ASMC will have until June 16, 2006 to file the following pleadings:

    (a)    Opposition to O2 Micro's Motion to Strike MPS' and ASMC's Expert Reports on Issues Outside the Scope of the Case;

    (b)    Opposition to MPS' and ASMC's Motion for Leave to Amend Answer and Preliminary Invalidity Contentions; and

    (c)    Rebuttal Expert Reports on Infringement, Validity, Enforceability, and Damages.

The Reply re O2 Micro's Motion to Strike MPS' and ASMC's Expert Reports on Issues Outside of the Scope of the Case will be due on June 21, 2006.  The Reply re MPS' and ASMC's Motion for Leave to Amend Answer and Preliminary Invalidity Contentions will be due on June 23, 2006. **The hearing before Magistrate Judge Laporte on O2 Micro's Motion to Strike MPS' and ASMC's Expert Reports on Issues Outside the Scope of the Case is continued to August 1, 2006**.

/s/ CLAUDIA WILKEN

Dated: June 8, 2006

_____
Honorable Claudia Wilken
United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER ON DISCOVERY ISSUES AND MOTIONS FOR LEAVE TO AMEND**     - 5 -     **CASE NO. C 04-2000-C**W (EDL)