IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>      Defendant.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C 04-2000 CW<br><br>ORDER SETTING BRIEFING SCHEDULE FOR O2 MICRO'S OBJECTION TO THE MAGISTRATE JUDGE'S DISCOVERY ORDER |

    Defendant O2 Micro International Limited objects to the Magistrate Judge's June 12, 2006 order granting in part its motion to compel.

    Plaintiff Monolithic Power Systems, Inc. shall, within two weeks of the date of this order, file an opposition to O2 Micro's objection.  O2 Micro shall file a reply one week later.  The matter will be taken under submission on the papers.

    IT IS SO ORDERED.

Dated:  7/5/06

                                        CLAUDIA WILKEN<br>
                                        United States District Judge