| | |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>Terrence P. McMahon (State Bar No. 71910)<br>tmcmahon@mwe.com<br>Stephen J. Akerley (State Bar No. 160757)<br>sakerley@mwe.com<br>Bijal V. Vakil (State Bar No. 192878)<br>bvakil@mwe.com<br>Shamita D. Etienne (State Bar No. 202090)<br>setienne@mwe.com<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Telephone:     650.813.5000<br>Facsimile:      650.813.5100<br><br>HOWREY LLP<br>Korula T. Cherian (State Bar No. 133967)<br>cheriank@howrey.com<br>Duane H. Mathiowetz (State Bar No. 111831)<br>mathiowetzD@howrey.com<br>525 Market Street, Suite 3600<br>San Francisco, CA 94150<br>Telephone:     415.848.4900<br>Facsimile:      415.848.4999<br><br>Attorneys for Defendant and Counterclaimant<br>O2 MICRO INTERNATIONAL LTD. | COOLEY GODWARD LLP<br>Thomas J. Friel, Jr. (State Bar No 80065)<br>tfriel@cooley.com<br>Matthew J. Brigham (State Bar No 191428)<br>mbrigham@cooley.com<br><br>3000 El Camino Real<br>Five Palo Alto Square<br>Palo Alto, CA  94306<br>Telephone:     650. 843-5000<br>Facsimile:      650. 857-0663<br><br>Attorneys for Plaintiff and Counter-<br>Defendant Monolithic Power Systems, Inc.<br>and Counter-Defendant ASMC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a California Corporation,<br><br>                       Plaintiff,<br><br>              v.<br><br>O2 MICRO INTERNATIONAL LTD., a Cayman Islands corporation,<br><br>                       Defendant.<br><br>AND COUNTERCLAIMS | CASE NO.  C 04-2000-CW (EDL)<br><br>ELECTRONIC CASE FILING<br><br>**STIPULATION AND ORDER EXTENDING TIME TO TAKE EXPERT DEPOSITIONS** |

**STIPULATION AND [PROPOSED] ORDER ON TIME TO TAKE EXPERT DEPOSITIONS**                                                                           **CASE NO. C 04-2000-CW (EDL)**

1    O2 Micro International, Ltd. ("O2 Micro"), Monolithic Power Systems, Inc. ("MPS"), and
2  ASMC jointly submit the following stipulation regarding the taking of expert depositions in this
3  case.

4    WHEREAS O2 Micro has filed a Motion to Strike MPS' Expert Reports on Issues
5  Outside the Scope of the Case, presently scheduled to be heard by Judge Laporte on August 1,
6  2006; and

7    WHEREAS MPS has filed a Motion for Leave to Amend Its Answer and Preliminary
8  Invalidity Contentions, hearing not presently set; and

9    WHEREAS the Court's ruling on these motions will impact the scope of the issues to be
10 addressed in the expert depositions to be taken in this case; and

11   WHEREAS fact and expert discovery is scheduled to close on June 30, 2006.

12   It is hereby STIPULATED and AGREED that O2 Micro and MPS will schedule and take
13 expert depositions after the Court rules on O2 Micro's Motion to Strike MPS' Expert Reports on
14 Issues Outside the Scope of the Case and MPS' Motion for Leave to Amend Its Answer and
15 Preliminary Invalidity Contentions.

16 IT IS SO STIPULATED.

18 Dated: June 21, 2006                                Respectfully submitted,

19                                                    McDERMOTT WILL & EMERY LLP

21                                                    By:   /s/ Bijal V. Vakil
                                                            Bijal V. Vakil

23                                                    Attorneys for Defendant and Counter-Plaintiff
                                                      O2 Micro International Ltd.

| | |
|---|---|
| 1  Dated: June 21, 2006 | Respectfully submitted, |
| 2 | COOLEY GODWARD LLP |
| 5 | By: /s/ Matthew J. Brigham |
| 6 | Matthew J. Brigham |
| 7 | Attorneys for Plaintiff and Counter-Defendant Monolithic Power Systems, Inc. and Counter-Defendant ASMC |

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

**STIPULATION AND [PROPOSED] ORDER ON EXPERT DEPOSITIONS** — - 3 -    **CASE NO. C 04-2000-C**W (EDL)

## **ORDER**

FOR GOOD CAUSE BEING SHOWN IT IS HEREBY ORDERED that O2 Micro, MPS, and ASMC will schedule expert depositions in this matter once the Court has ruled on (1) O2 Micro's Motion to Strike MPS' Expert Reports on Issues Outside the Scope of the Case; and (2) MPS' Motion for Leave to Amend Its Answer and Preliminary Invalidity Contentions.

/s/ CLAUDIA WILKEN

Dated: July 7, 2006

_____
Honorable Claudia Wilken
United States District Court Judge

MPK 110802-1.073254.0011

**STIPULATION AND [PROPOSED] ORDER ON EXPERT DEPOSITIONS** — - 4 - **CASE NO. C 04-2000-CW** (EDL)