IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., | No. C-04-02000 CW (EDL) |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT REPORTS** |
| v. | |
| 02 MICRO INTERNATIONAL LIMITED, | |
| Defendant. | |

On May 23, 2006, Defendant filed a motion to strike Plaintiff's expert reports. On May 26, 2006, Judge Wilken referred the motion to strike to this Court, which set the hearing for June 27, 2006. On June 8, 2006, the hearing date was continued to August 1, 2006.

Also on May 23, 2006, Plaintiff filed a Motion to Amend the Answers and Preliminary Invalidity Contentions, which was taken under submission on May 26, 2006, and briefing was complete on June 23, 2006. The outcome of the motion to strike depends at least in part on the outcome of the motion to amend, and Judge Wilken has not yet ruled on the motion to amend. Therefore, the Court vacates the hearing on the motion to strike. The parties shall inform the Court no later than three court days after Judge Wilken issues an order on the motion to amend. The Court will resolve the motion to strike at that time and will schedule a hearing if necessary.

**IT IS SO ORDERED.**

Dated: July 20, 2006

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge