| | |
|---|---|
| 1 | Terrence P. McMahon (SBN 71910) |
| | Stephen J. Akerley (SBN 160757) |
| 2 | Bijal V. Vakil (SBN 192878) |
| | Terry W. Ahearn (SBN 216543) |
| 3 | McDERMOTT WILL & EMERY LLP |
| | 3150 Porter Drive |
| 4 | Palo Alto, California  94304 |
| | Telephone:  (650) 813-5000 |
| 5 | Facsimile:  (650) 813-5100 |
| | |
| 6 | K.T. Cherian (SBN 133967) |
| | Duane H. Mathiowetz (SBN 111831) |
| 7 | Henry C. Su (SBN 211202) |
| | HOWREY LLP |
| 8 | 525 Market Street, Suite 3600 |
| | San Francisco, California  94105 |
| 9 | Telephone:  (415) 848-4900 |
| | Facsimile:  (415) 848-4999 |

Attorneys for Defendant and Counterclaimant O2 Micro International Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | Case No. C 04-02000 CW (EDL) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO MODIFY DEADLINE FOR FILING REPLY IN SUPPORT OF O2 MICRO'S OBJECTION TO JUDGE LAPORTE'S JUNE 12, 2006 DISCOVERY ORDER** |
| vs. | |
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

**HOWREY LLP**

[Proposed] Order Granting Jt. Stip.
Case No. C 04-02000 CW (EDL)

1  This Court, having considered the Joint Stipulation filed by O2 Micro International Limited
2  ("O2 Micro") and Monolithic Power Systems, Inc. ("MPS"), modifying the deadline for filing O2
3  Micro's Reply in support of its Objection to Magistrate Judge Laporte's June 12, 2006 Discovery
4  Order, as set forth in this Court's July 5, 2006 Order Setting Briefing Schedule for O2 Micro's
5  Objection to the Magistrate Judge's Discovery Order, hereby GRANTS the parties' request.  O2 Micro
6  shall have up to and including July 27, 2006, to file its Reply.

7  **IT IS SO ORDERED.**

9  Dated: August 1, 2006                                    /s/ CLAUDIA WILKEN

                                                            _____

                                                            CLAUDIA WILKEN
                                                            UNITED STATES DISTRICT JUDGE

**HOWREY LLP**

1

[Proposed] Order Granting Jt. Stip.
Case No. C 04-02000 CW (EDL)