1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>Defendant. | Case No.  C 04-2000-CW (EDL)<br><br>ELECTRONIC CASE FILING<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON MOTION TO COMPEL DEPOSITIONS (D.I. 238)** |
| AND RELATED COUNTERCLAIMS. | |

O2 Micro International Ltd. ("O2 Micro"), Monolithic Power Systems, Inc. ("MPS"), and Advanced Semiconductor Manufacturing Corporation Ltd. ("ASMC") jointly submit the following stipulation regarding the briefing schedule on O2 Micro's Motion to Compel Deposition of MPS and ASMC and to Increase the Number of Depositions (D.I. 238).

WHEREAS, the parties are in negotiations regarding the depositions of MPS and ASMC in this case and in related Case No. C 06-02929 CW; and

WHEREAS, the parties expect that they will be able to resolve the disagreements that prompted O2 Micro to file the Motion to Compel; and

WHEREAS, the parties have not yet completed their discussions and desire to modify the

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME FOR
OPPOSITION TO O2'S MOTION TO COMPEL
CASE NO. C 04-2000 CW (EDL)

1  briefing schedule for the Motion to Compel.

2  It is hereby STIPULATED AND AGREED by O2 Micro, MPS, and ASMC that: (a) the
3  deadline for filing MPS and ASMC's opposition to O2 Micro's Motion to Compel shall be
4  extended from August 1, 2006 to August 4, 2006, and (b) the deadline for filing O2 Micro's reply
5  in support of its Motion to Compel shall be extended from August 8, 2006 to August 11, 2006.

6  Dated: July 28, 2006          COOLEY GODWARD LLP

8  By: */s/ Brian E. Mitchell*
   Brian E. Mitchell

9  THOMAS J. FRIEL, JR. (80065)
   (tfriel@cooley.com)
10 MATTHEW J. BRIGHAM (191428)
   (mbrigham@cooley.com)
11 COOLEY GODWARD LLP
   3000 El Camino Real
12 Five Palo Alto Square
   Palo Alto, CA  94306
13 Telephone:   (650) 843-5000
   Facsimile:   (650) 857-0663
14
15 JAMES P. BROGAN (155906)
   (jbrogan@cooley.com)
   COOLEY GODWARD LLP
16 380 Interlocken Crescent, Suite 900
   Broomfield, CO  80021-8023
17 Telephone:   (720) 566-4000
   Facsimile:   (720) 566-4099
18
19 BRIAN E. MITCHELL (190095)
   (bmitchell@cooley.com)
   COOLEY GODWARD LLP
20 101 California Street, 5th Floor
   San Francisco, CA  94111-5800
21 Telephone:   (415) 693-2000
   Facsimile:   (415) 693-2222
22
23 Attorneys for Plaintiff and Counter-Defendant
   Monolithic Power Systems, Inc., and Counter-
24 Defendant Advanced Semiconductor
   Manufacturing Corporation Limited aka
25 Advanced Semiconductor Manufacturing
   Corporation of Shanghai

26 WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
27
28 James A. DiBoise (State Bar No. 083296)
   (JDiBoise@wsgr.com)

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME FOR OPPOSITION
TO O2'S MOTION TO COMPEL
CASE NO. C 04-2000 CW (EDL)

Michael Barclay (State Bar No. 088993)
(MBarclay@wsgr.com)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff and Counter-Defendant
Monolithic Power Systems, Inc.

Dated:  July 28, 2006                    By: */s/ Henry Su*_____

McDERMOTT WILL & EMERY LLP
Terrence P. McMahon
Stephen J. Akerley
Bijal V. Vakil
Shamita D. Etienne
3150 Porter Dr.
Palo Alto, CA 94304
Telephone: 650.813.5000
Facsimile: 650.813.5100

HOWREY LLP
Korula T. Cherian
Duane H. Mathiowetz
525 Market Street, Suite 3600
San Francisco, CA 941-5
Telephone: 415.848.4900
Facsimile: 415.848.4999

Attorneys for O2 Micro International Limited

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: July 28, 2006                     By: */s/ Brian E. Mitchell*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 2,  _____, 2006          By: _____
                                        Honorable Claudia Wilken
                                        UNITED STATES DISTRICT JUDGE
                                        MAGISTRATE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

257194 v1/CO

STIPULATION EXTENDING TIME FOR OPPOSITION
TO O2'S MOTION TO COMPEL
CASE NO. C 04-2000 CW (EDL)

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO