1   COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  C 04-2000-CW (EDL)<br><br>ELECTRONIC CASE FILING<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER WITHDRAWING O2 MICRO'S MOTION TO STRIKE MPS EXPERT REPORTS ON ISSUES OUTSIDE THE SCOPE OF THE CASE (D.I. 200)**<br><br>**Magistrate Judge Elizabeth D. Laporte** |

WHEREAS, on July 25, 2006, O2 Micro International Ltd. ("O2 Micro"), Monolithic Power Systems, Inc. ("MPS"), ASUSTek Computer, Inc., Advanced Semiconductor Manufacturing Corporation Ltd. ("ASMC"), Michael Hsing, and Compal Electronics filed a stipulation in related Case No. 4:06-CV-02929 CW (D.I. 37) which is attached as Exhibit A;

WHEREAS, the stipulation reflects that the parties agreed good cause exists for the parties to file amended complaints, answers, and infringement and invalidity contentions in Case No. 4:06-CV-02929 CW; and

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO WITHDRAW
MOTION TO STRIKE (D.I. 200)
CASE NO. C 04-2000 CW (EDL)

1  WHEREAS, the stipulation reflects that the parties further agreed that O2 Micro will withdraw its Motion to Strike MPS's Expert Reports on Issues Outside the Scope of the Case filed on May 23, 2006 (D.I. 200).

THEREFORE, O2 MICRO, MPS, and ASMC HEREBY NOTIFY THE COURT pursuant to Civ. L.R. 7-12 that they request the Court to WITHDRAW O2 Micro's Motion to Strike MPS's Expert Reports on Issues Outside the Scope of the Case filed on May 23, 2006 (D.I. 200).

Dated: August 1, 2006                    COOLEY GODWARD LLP

By: */s/ Matthew J. Brigham*
    Matthew J. Brigham

    THOMAS J. FRIEL, JR. (80065)
    (tfriel@cooley.com)
    MATTHEW J. BRIGHAM (191428)
    (mbrigham@cooley.com)
    COOLEY GODWARD LLP
    3000 El Camino Real
    Five Palo Alto Square
    Palo Alto, CA  94306
    Telephone:   (650) 843-5000
    Facsimile:    (650) 857-0663

    JAMES P. BROGAN (155906)
    (jbrogan@cooley.com)
    COOLEY GODWARD LLP
    380 Interlocken Crescent, Suite 900
    Broomfield, CO   80021-8023
    Telephone:   (720) 566-4000
    Facsimile:    (720) 566-4099

    BRIAN E. MITCHELL (190095)
    (bmitchell@cooley.com)
    COOLEY GODWARD LLP
    101 California Street, 5th Floor
    San Francisco, CA   94111-5800
    Telephone:   (415) 693-2000
    Facsimile:    (415) 693-2222

    Attorneys for Plaintiff and Counter-Defendant Monolithic Power Systems, Inc., and Counter-Defendant Advanced Semiconductor Manufacturing Corporation Limited aka Advanced Semiconductor Manufacturing Corporation of Shanghai

    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    James A. DiBoise (State Bar No. 083296)
    (JDiBoise@wsgr.com)

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO WITHDRAW
MOTION TO STRIKE (D.I. 200)
CASE NO. C 04-2000 CW (EDL)

|   |   |
|---|---|
| | Michael Barclay (State Bar No. 088993) |
| | (MBarclay@wsgr.com) |
| | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| | Telephone:  (650) 493-9300 |
| | Facsimile:   (650) 565-5100 |
| | |
| | Attorneys for Plaintiff and Counter-Defendant |
| | Monolithic Power Systems, Inc. |
| Dated:  August 1, 2006 | By: */s/ Henry Su*_____ |
| | |
| | McDERMOTT WILL & EMERY LLP |
| | Terrence P. McMahon |
| | Stephen J. Akerley |
| | Bijal V. Vakil |
| | Shamita D. Etienne |
| | 3150 Porter Dr. |
| | Palo Alto, CA 94304 |
| | Telephone: 650.813.5000 |
| | Facsimile: 650.813.5100 |
| | |
| | HOWREY LLP |
| | Korula T. Cherian |
| | Duane H. Mathiowetz |
| | 525 Market Street, Suite 3600 |
| | San Francisco, CA 941-5 |
| | Telephone: 415.848.4900 |
| | Facsimile: 415.848.4999 |
| | |
| | Attorneys for O2 Micro International Limited |

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August 1, 2006                               By: */s/ Matthew J. Brigham*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 2, 2006            By: _____
                                                    Elizabeth D. Laporte
                                                    UNITED STATES MAGISTRATE JUDGE

257063 v1/CO

[Stamp: GRANTED — Judge Elizabeth D. Laporte — United States District Court, Northern District of California]

**STIPULATION TO WITHDRAW MOTION TO STRIKE (D.I. 200)**
**CASE NO. C 04-2000 CW (EDL)**

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO