COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 04-2000-CW (EDL)<br><br>ELECTRONIC CASE FILING<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING O2 MOTION TO COMPEL DEPOSITIONS (D.I. 238)** |

     O2 Micro International Ltd. ("O2 Micro"), Monolithic Power Systems, Inc. ("MPS"), and Advanced Semiconductor Manufacturing Corporation Ltd. ("ASMC") jointly submit the following stipulation regarding the withdrawal of O2 Micro's Motion to Compel Deposition of MPS and ASMC and to Increase the Number of Depositions (D.I. 238).

     WHEREAS, the parties have engaged in negotiations regarding the depositions of MPS and ASMC in this case and in related Case No. C 06-02929 CW; and

     WHEREAS, the parties have been working to resolve the disagreements that prompted O2 Micro to file the Motion to Compel;

     WHEREAS, in view of the parties' discussions and negotiations, O2 Micro is willing to

withdraw its Motion to Compel without prejudice;

THEREFORE, O2 MICRO, MPS, and ASMC HEREBY NOTIFY THE COURT pursuant to Civ. L.R. 7-12 that they request the Court to WITHDRAW O2 Micro's Motion to Compel Deposition of MPS and ASMC and to Increase the Number of Depositions (D.I. 238).

Dated: August 3, 2006            COOLEY GODWARD LLP

By: */s/ Brian E. Mitchell*
Brian E. Mitchell

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO   80021-8023
Telephone:   (720) 566-4000
Facsimile:   (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD LLP
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Plaintiff and Counter-Defendant Monolithic Power Systems, Inc., and Counter-Defendant Advanced Semiconductor Manufacturing Corporation Limited aka Advanced Semiconductor Manufacturing Corporation of Shanghai

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

James A. DiBoise (State Bar No. 083296)
(JDiBoise@wsgr.com)
Michael Barclay (State Bar No. 088993)
(MBarclay@wsgr.com)

|   |   |
|---|---|
|   | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
|   | Telephone:  (650) 493-9300 |
|   | Facsimile:   (650) 565-5100 |
|   |   |
|   | Attorneys for Plaintiff and Counter-Defendant |
|   | Monolithic Power Systems, Inc. |

Dated:  August 3, 2006             By: */s/ Henry Su*

McDERMOTT WILL & EMERY LLP
Terrence P. McMahon
Stephen J. Akerley
Bijal V. Vakil
Shamita D. Etienne
3150 Porter Dr.
Palo Alto, CA 94304
Telephone: 650.813.5000
Facsimile: 650.813.5100

HOWREY LLP
Korula T. Cherian
Duane H. Mathiowetz
525 Market Street, Suite 3600
San Francisco, CA 941-5
Telephone: 415.848.4900
Facsimile: 415.848.4999

Attorneys for O2 Micro International Limited

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August 3, 2006             By: */s/ Brian E. Mitchell*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __August 4__, 2006    By: Elizabeth D. Laporte
                                 ~~Honorable Claudia Wilken~~
                                 UNITED STATES ~~DISTRICT~~ JUDGE
                                 MAGISTRATE

257194 v2/CO

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

3.                                                      C 04-2000 CW