**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., | No. C-04-02000 CW (EDL) |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| O2 MICRO INTERNATIONAL LIMITED, | |
| Defendant. | |

At approximately 7:00 p.m. on August 4, 2006, Defendant filed a Request for Emergency Hearing. Plaintiff shall file a response no later than August 8, 2006. The Court will inform the parties if a hearing is necessary.

**IT IS SO ORDERED.**

Dated: August 7, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge