1  COUNSEL LISTED ON SIGNATURE PAGE
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>Defendant. | Case No. C 04-2000-CW (EDL)<br><br>ELECTRONIC CASE FILING<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING MPS'S AND ASMC'S MOTION TO AMEND ANSWERS AND PRELIMINARY INVALIDITY CONTENTIONS (D.I. 205)** |
| AND RELATED COUNTERCLAIMS. | |

WHEREAS, on July 25, 2006, O2 Micro International Ltd. ("O2 Micro"), Monolithic Power Systems, Inc. ("MPS"), ASUSTek Computer, Inc., Advanced Semiconductor Manufacturing Corporation Ltd. ("ASMC"), Michael Hsing, and Compal Electronics filed a stipulation in related Case No. 4:06-CV-02929 CW (D.I. 37) which is attached as Exhibit A;

WHEREAS, the stipulation reflects that the parties agreed good cause exists for the parties to file amended complaints, answers, and infringement and invalidity contentions in Case No. 4:06-CV-02929 CW; and

WHEREAS, the stipulation reflects that the parties further agreed that O2 Micro will not oppose MPS and ASMC's Motion to Amend Answers and Preliminary Invalidity Contentions

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION GRANTING MOTION TO
AMEND ANSWERS AND PICS (D.I. 205)
CASE NO. C 04-2000 CW (EDL)

1  filed on May 23, 2006 (D.I. 205).

2  THEREFORE, O2 MICRO, MPS, and ASMC HEREBY NOTIFY THE COURT pursuant to Civ. L.R. 7-12 that they request the Court to GRANT MPS and ASMC's Motion to Amend Answers and Preliminary Invalidity Contentions filed on May 23, 2006 (D.I. 205) and ORDER that MPS and ASMC shall file amended Answers on or before August 3, 2006, and amended Preliminary Invalidity Contentions on or before August 3, 2006.

Dated:  August 1, 2006                COOLEY GODWARD LLP


By: */s/ Matthew J. Brigham*
    Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO   80021-8023
Telephone:   (720) 566-4000
Facsimile:    (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD LLP
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff and Counter-Defendant Monolithic Power Systems, Inc., and Counter-Defendant Advanced Semiconductor Manufacturing Corporation Limited aka Advanced Semiconductor Manufacturing Corporation of Shanghai

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION GRANTING MOTION TO
AMEND ANSWERS AND PICS (D.I. 205)
CASE NO. C 04-2000 CW (EDL)

| | |
|---|---|
| | James A. DiBoise (State Bar No. 083296) |
| | (JDiBoise@wsgr.com) |
| | Michael Barclay (State Bar No. 088993) |
| | (MBarclay@wsgr.com) |
| | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| | |
| | Attorneys for Plaintiff and Counter-Defendant |
| | Monolithic Power Systems, Inc. |
| Dated: August 1, 2006 | By: */s/ Henry Su* |

McDERMOTT WILL & EMERY LLP
Terrence P. McMahon
Stephen J. Akerley
Bijal V. Vakil
Shamita D. Etienne
3150 Porter Dr.
Palo Alto, CA 94304
Telephone: 650.813.5000
Facsimile: 650.813.5100

HOWREY LLP
Korula T. Cherian
Duane H. Mathiowetz
525 Market Street, Suite 3600
San Francisco, CA 941-5
Telephone: 415.848.4900
Facsimile: 415.848.4999

Attorneys for O2 Micro International Limited

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August 1, 2006                    By: */s/ Matthew J. Brigham*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __August 10__, 2006    By: /s/ Claudia Wilken
                                  Honorable Claudia Wilken
                                  UNITED STATES DISTRICT JUDGE

257053 v1/CO

Cooley Godward LLP
Attorneys At Law
San Francisco

**STIPULATION GRANTING MOTION TO
AMEND ANSWERS AND PICS (D.I. 205)
CASE NO. C 04-2000 CW (EDL)**