IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., | No. C-04-02000 CW (EDL) |
| Plaintiff, | **ORDER RE: DEFENDANT'S REQUEST FOR EMERGENCY HEARING** |
| v. | |
| O2 MICRO INTERNATIONAL LIMITED, | |
| Defendant. | |

On August 4, 2006, O2 Micro filed a request for emergency hearing, arguing that MPS failed to comply with the Court's May 30, 2006 discovery order. Specifically, O2 Micro contends that MPS has failed to produce documents in response to O2 Micro's amended document requests and has failed to timely produce a witness for Rule 30(b)(6) deposition. O2 Micro seeks an Order requiring MPS to produce documents, a privilege log and a Rule 30(b)(6) witness no later than August 11, 2006.

MPS produced documents on June 28, 2006 and July 25, 2006 in response to O2 Micro's discovery requests. MPS has not produced a privilege log. MPS states in its response to O2 Micro's emergency hearing request that it will serve a privilege log and final document production "this week." Accordingly, O2 Micro's emergency request for production of documents and a privilege log by August 11, 2006 is granted.

The parties' briefs reflect a series of events that resulted in delay of the Rule 30(b)(6) deposition. On June 5, 2006, O2 Micro served its Rule 30(b)(6) deposition notice, which MPS contends was deficient. It is troubling that it appears that the parties failed to communicate about the deposition notice until late July 2006. By that time, scheduling the deposition was complicated by the witness's vacation schedule, MPS's counsel's paternity leave and a conflict issue raised by

1  O2 Micro with respect to newly added counsel.  Because the Rule 30(b)(6) witness is unavailable
2  until August 14, the Court denies O2 Micro's emergency request to order MPS to produce the
3  witness by August 11.  MPS shall produce its witness for deposition on August 16, 2006.  While the
4  circumstances leading to delay were largely beyond counsels' control, O2 Micro is facing an
5  imminent summary judgment motion filing date and may have grounds to seek a continuance of the
6  filing deadline from Judge Wilken, or, if she prefers, before this Court.

7  O2 Micro's request for preclusive sanctions is denied.

8  **IT IS SO ORDERED.**

9  Dated: August 10, 2006

   *Elijah D. Laporte*
   ELIZABETH D. LAPORTE
   United States Magistrate Judge

2