IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., | No. C-04-02000 CW (EDL) |
| Plaintiff, | **ORDER VACATING AUGUST 22, 2006 HEARING AND REQUIRING JOINT UPDATE** |
| v. | |
| O2 MICRO INTERNATIONAL LIMITED, | |
| Defendant. | |

On July 12, 2006, Monolithic Power Systems (MPS) and Advanced Semiconductor Manufacturing Corporation (ASMC) filed a discovery motion seeking to compel responses to their requests for admissions, requests for production of documents and interrogatories, and set a hearing for August 22, 2006.  Previously, however, on July 6, 2006, O2 Micro had agreed to supplement its responses to MPS' and ASMC's requests for admissions and interrogatories by July 28, 2006.  Inghram-Martinez Decl. Ex. N.  MPS/ASMC states that despite the agreement to supplement, they filed the motion as a protective measure because the deadline for filing motions to compel based on the June 30, 2006 discovery cutoff date was July 12, 2006.  See Civil L.R. 26-2.

O2 Micro did not file an opposition to the MPS/ASMC motion to compel, which was due on August 1, 2006, thereby risking that the Court would simply grant the motion as unopposed. Further, O2 Micro has not responded to the Court's telephone inquiry regarding its apparent failure to file an opposition.  Moreover, MPS/ASMC did not file a reply in support of its motion, which was due on August 8, 2006, to update the Court on what disputes, if any, remained after any supplemental discovery responses.  Accordingly, in view of the inadequate state of the briefing on this motion, the Court vacates the August 22, 2006 hearing.

No later than August 22, 2006, the parties shall file a joint updated statement as to what disputes, if any, remain at issue in the motion to compel. If necessary, the Court will set a hearing to resolve those disputes. If no disputes remain, MPS/ASMC shall withdraw the motion to compel.

**IT IS SO ORDERED.**

Dated: August 17, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge