**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14

MONOLITHIC POWER SYSTEMS, INC.,

       Plaintiff,

  v.

O2 MICRO INTERNATIONAL LIMITED,

       Defendant.

_____/

No. C-04-02000 CW (EDL)

**ORDER GRANTING PLAINTIFFS'
MOTION TO COMPEL (DOCKET
NUMBER 260)**

15
16
17
18
19
20
21

     On July 12, 2006, MPS and ASMC filed a motion seeking to compel responses to their requests for admissions, requests for production of documents and interrogatories.  O2 Micro did not file an opposition to this motion and, when contacted by the Court regarding its failure to do so, did not return the Court's call with a substantive response.  In addition, the motion referenced O2 Micro's agreement to supplement its discovery responses by July 28, 2006.  Accordingly, the Court vacated the August 22, 2006 hearing on the motion and required the parties to file a joint statement regarding the status of this dispute.

22
23
24
25

     On August 22, 2006, the parties filed their joint statement.  O2 Micro acknowledged that it did not oppose the motion to compel, and explained that because it was essentially too busy with other deadlines in this and another related case, it did not supplement its responses by July 28, 2006.

26
27
28

     The Court grants the unopposed motion to compel.  O2 Micro shall supplement its discovery responses to all of the discovery requests at issue in the motion no later than August 28, 2006.  If MPS and ASMC believe in good faith that O2 Micro's discovery responses are still deficient, they

//

may file a motion to enforce this Order no later than fourteen days after O2 Micro's supplemental discovery.

**IT IS SO ORDERED.**

Dated: August 25, 2006

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge