COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR TAKING EXPERT DEPOSITIONS**<br><br>Trial Date: Not Yet Set |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

WHEREAS, O2 Micro International Ltd. ("O2 Micro"), Monolithic Power Systems, Inc. ("MPS"), ASUSTek Computer, Inc., Advanced Semiconductor Manufacturing Corporation Ltd. ("ASMC"), Michael Hsing, and Compal Electronics agree that the deadline for completing depositions of patent-related experts in the '2929 case should be amended because the schedules of the parties and experts involved prevented all depositions from being completed before the deadline.

THEREFORE, O2 MICRO, MPS, ASUSTEK, ASMC, Hsing, and Compal HEREBY NOTIFY THE COURT pursuant to Civ. L.R. 7-12 that they request the Court to modify the

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

JOINT STIPULATION TO EXTEND EXPERT
DEPOSITION DEADLINES
CASE NO. 04-02000 CW

1  deadline for expert discovery to allow depositions of the following experts to occur on or before
2  Friday, September 29, 2006:

3      Gerald Mossinghoff        Lawrence Goffney        Walter Bratic

4      John Jarosz        Harry Manbeck        Gerald Bjorge

6  Dated: September 7, 2006        COOLEY GODWARD LLP

8  By: */s/ Matthew J. Brigham*
       Matthew J. Brigham

10 THOMAS J. FRIEL, JR. (80065)
   (tfriel@cooley.com)
11 MATTHEW J. BRIGHAM (191428)
   (mbrigham@cooley.com)
12 COOLEY GODWARD LLP
   3000 El Camino Real
13 Five Palo Alto Square
   Palo Alto, CA 94306
14 Telephone: (650) 843-5000
   Facsimile: (650) 857-0663

15 JAMES P. BROGAN (155906)
   (jbrogan@cooley.com)
16 COOLEY GODWARD LLP
   380 Interlocken Crescent, Suite 900
17 Broomfield, CO 80021-8023
   Telephone: (720) 566-4000
18 Facsimile: (720) 566-4099

19 BRIAN E. MITCHELL (190095)
   (bmitchell@cooley.com)
20 COOLEY GODWARD LLP
   101 California Street, 5th Floor
21 San Francisco, CA 94111-5800
   Telephone: (415) 693-2000
22 Facsimile: (415) 693-2222

23 LATHAM & WATKINS
   ROBERT STEINBERG (126407)
24 (bob.steinberg@lw.com)
   MARK A. FLAGEL (110635)
25 (mark.flagel@lw.com)
   633 West Fifth Street, Suite 4000
26 Los Angeles, California 90071-2007
   Telephone: (213) 485-1234
27 Facsimile: (213) 891-8763

28 LATHAM & WATKINS

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

**JOINT STIPULATION TO EXTEND EXPERT DEPOSITION DEADLINES
CASE NO. 04-02000 CW**

|  |  |
|---|---|
| 1 | DEAN G. DUNLAVEY (115530) |
| 2 | (dean.dunlavey@lw.com) |
|   | 650 Town Center Drive, 20th Floor |
| 3 | Costa Mesa, California 92626-1925 |
|   | Telephone: (714) 540-1235 |
| 4 | Facsimile: (714) 755-8290 |

Attorneys for Plaintiff and Counter-Defendant Monolithic Power Systems, Inc., and Counter-Defendant Advanced Semiconductor Manufacturing Corporation Limited aka Advanced Semiconductor Manufacturing Corporation of Shanghai

Dated: August 31, 2006      By: */s/ Henry Su* (with permission)

McDERMOTT WILL & EMERY LLP
Terrence P. McMahon
Stephen J. Akerley
Bijal V. Vakil
Shamita D. Etienne
3150 Porter Dr.
Palo Alto, CA 94304
Telephone: 650.813.5000
Facsimile: 650.813.5100

HOWREY LLP
Korula T. Cherian
Duane H. Mathiowetz
525 Market Street, Suite 3600
San Francisco, CA 941-5
Telephone: 415.848.4900
Facsimile: 415.848.4999

Attorneys for O2 Micro International Limited

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

JOINT STIPULATION TO EXTEND EXPERT
DEPOSITION DEADLINES
CASE NO. 04-02000 CW

Dated:  August 31, 2006

By: */s/ Hsiang H. Lin* (with permission)

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kai Tseng
Matthew J. Hult
Sanjeet K. Dutta
Hsiang H. Lin
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: 650.614.7400
Facsimile: 650.614.7401

ATTORNEYS FOR
COMPAL ELECTRONICS, INC.

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August 31, 2006                                          By: */s/ Matthew J. Brigham*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  9/7  , 2006                              /s/  CLAUDIA WILKEN

By:
Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

JOINT STIPULATION TO EXTEND EXPERT
DEPOSITION DEADLINES
CASE NO. 04-02000 CW