COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, *et al.*<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No.  C 04-02000 CW<br><br>**JOINT STIPULATION AND ORDER TO MODIFY CERTAIN DISCOVERY DEADLINES**<br><br>Trial Date: Not Yet Set |

WHEREAS, on July 10, 2006, the Court entered an Amended Order Setting Schedule and Discovery Limits in which it set a deadline of September 1, 2006 for certain expert disclosures concerning non-patent issues;

WHEREAS, Delta Electronics, Inc. and Delta Products Corporation (collectively, "Delta") have served discovery requests upon Monolithic Power Systems, Inc. ("MPS") and MPS has requested additional time to provide the responses;

WHEREAS, Delta does not hereby concede that it bears the burden of proof on any issue that requires expert testimony;

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, MPS and Delta have agreed to extend certain discovery deadlines;

WHEREAS, MPS has agreed to make reasonable efforts to identify and produce nonprivileged contracts and agreements between MPS and Asian Information Technology ("AIT") and between MPS and Yosun that are in MPS's possession, custody, or control;

WHEREAS, MPS and Delta desire to extend MPS's deadlines to respond to DEI's discovery requests and to extend the deadline of DEI to provide certain expert disclosures for which it may bear the burden of proof without Court intervention; and

THEREFORE, MPS and Delta HEREBY NOTIFY THE COURT pursuant to Civ. L.R. 6-2 that they request that DEI's deadline for serving expert reports regarding issues upon which DEI might bear the burden of proof be extended three weeks from September 1, 2006 until September 22, 2006 and that Delta agrees to extend MPS's date to respond to Delta's first set of requests for production, second set of interrogatories, and notice of 30(b)(6) deposition for two weeks, until September 22, 2006.  In addition, MPS and Delta agree that MPS's deadline for filing a rebuttal to Delta's expert report(s), if any, is extended until November 6, 2006.

Respectfully submitted,

Dated:        September 7, 2006        /s/ Thomas A. Connop
_____

Thomas A. Connop
Texas State Bar No. 04702500
(Admitted *pro hac vice*)

Charles E. Phipps
Texas State Bar No. 00794457
(Admitted *pro hac vice*)

LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
PH: (214)740-8000
FX: (214)740-8800
tconnop@lockeliddell.com
cphipps@lockeliddell.com

Bruce Celebrezze
Randall Block
SEDGWICK DETERT MORAN & ARNOLD, LLP
One Market Plaza
Stuart Tower, 8th Floor

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME
CASE NO. 04-2000 CW

San Francisco, California  94105
Telephone:  (415) 627-3439
Facsimile:   (415) 781-2635
bruce.celebrezze@sdma.com

**ATTORNEYS FOR THIRD PARTY
DEFENDANTS DELTA ELECTRONICS, INC.
AND DELTA PRODUCTS CORPORATION**

COOLEY GODWARD LLP


By: */s/ Brian E. Mitchell*
      Brian E. Mitchell

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO   80021-8023
Telephone:     (720) 566-4000
Facsimile:      (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

**ATTORNEYS FOR DEFENDANTS
MONOLITHIC POWER SYSTEMS, INC.,
ADVANCED SEMICONDUCTOR
MANUFACTURING CORPORATION
LIMITED AKA ADVANCED
SEMICONDUCTOR MANUFACTURING
CORPORATION OF SHANGHAI, ASUSTEK
COMPUTER, INC., AND MICHAEL HSING**

3.

1

2   THE FOREGOING JOINT STIPULATION
    IS APPROVED AND IS SO ORDERED.
3                                           /s/ CLAUDIA WILKEN

4            9/11/06
    DATED:_____        _____
5                                           CLAUDIA WILKEN
                                            United States District Judge
6                                           Northern District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    4.