COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., | Case No. C 04-2000 CW (EDL) |
| Plaintiff, | (CONSOLIDATED WITH C 06-2929) |
| v. | **E-FILING** |
| O2 MICRO INTERNATIONAL LIMITED, | STIPULATION AND ORDER ON PAGE LIMIT EXTENSION |
| Defendants. | Judge:   Hon. Claudia Wilken |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

Pursuant to Civil L.R. 7-11, Defendants MPS, ASMC, Compal Electronics, Asustek Computer Inc., and Michael Hsing hereby move to exceed the page limit relating to their combined reply summary judgment brief due September 29, 2006. Defendants request five extra pages. Plaintiff O2 Micro has stipulated to this increase in the page limits.

Dated: September 25, 2006                    COOLEY GODWARD LLP

By: */s/ Matthew J. Brigham*
            Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)

(mbrigham@cooley.com)
COOLEY GODWARD LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

ROBERT STEINBERG (126407)
(bob.steinberg@lw.com)
MARK A. FLAGEL (110635)
(mark.flagel@lw.com)
LATHAM & WATKINS
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

DEAN G. DUNLAVEY (115530)
(dean.dunlavey@lw.com)
LATHAM & WATKINS
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendants Monolithic Power Systems, Inc. ASMC, Asustek Computer, Inc., and Michael Hsing

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

737342 v1/PA

2.

**STIPULATION TO EXCEED PAGE LIMIT**
**CASE NO. C 04-2000 CW**

Dated:  September 22, 2006     By: */s/ Henry Su*

McDERMOTT WILL & EMERY LLP
Terrence P. McMahon
Stephen J. Akerley
Bijal V. Vakil
Shamita D. Etienne
3150 Porter Dr.
Palo Alto, CA 94304
Telephone: 650.813.5000
Facsimile: 650.813.5100

HOWREY LLP
Korula T. Cherian
Duane H. Mathiowetz
525 Market Street, Suite 3600
San Francisco, CA 941-5
Telephone: 415.848.4900
Facsimile: 415.848.4999

Attorneys for O2 Micro International Limited

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: September 22, 2006     By: */s/ Matthew J. Brigham*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  9/25 , 2006     /s/  CLAUDIA WILKEN

By: _____
Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE