| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 60707) |
| | Duane H. Mathiowetz (SBN 111831) |
| 2 | K.T. Cherian (SBN 133967) |
| | Henry C. Su (SBN 211202) |
| 3 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 4 | San Francisco, California  94105 |
| | Telephone:  (415) 848-4900 |
| 5 | Facsimile:  (415) 848-4999 |
| 6 | Attorneys for Plaintiff |
| | O2 MICRO INTERNATIONAL LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | ) ) ) | Case No. C 04-2000 CW (EDL) |
| | ) | Case No. C 06-02929 CW (EDL) |
| Plaintiff, | ) ) | **ORDER GRANTING AS MODIFIED** |
| vs. | ) ) | **STIPULATED REQUEST FOR ORDER CHANGING DATE FOR HEARING ON** |
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | ) ) ) | **MOTIONS FOR SUMMARY JUDGMENT AND ON CLAIM CONSTRUCTION** |
| Defendant. | ) ) | |
| AND RELATED COUNTERCLAIMS. | ) ) ) | |
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| MONOLITHIC POWER SYSTEMS, INC. a California corporation, *et al.,* | ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS | ) ) ) ) | |

**HOWREY LLP**

Case No. C 04-2000 CW
STIPULATED REQ. FOR ORDER CHANGING DATE FOR
HEARING ON MSJS AND ON CLAIM CONSTRUCTION

DM_US\8391847.v1

Pursuant to Local Rule 6-2, the parties hereby stipulate to changing the date for the Court to hear motions for summary judgment and argument regarding claim construction (Dkt # 313 and 363), from October 20, 2006, at 10:00 a.m. to October 27, 2006, at 10:00 a.m. Counsel for O2 Micro requested the change to avoid a scheduling conflict after the Court changed the hearing from October 13, 2006, to October 20, 2006, and counsel for each of the other parties has consented.

Dated: September 26, 2006          HOWREY LLP


By: /s/ Duane H. Mathiowetz
    Duane H. Mathiowetz
    Attorneys for O2 Micro International Limited

Dated: September 26, 2006          COOLEY GODWARD LLP


By: /s/ Matthew J. Brigham
    Matthew J. Brigham
    Attorneys for Monolithic Power Systems, Inc., ASMC, Asustek Computer, Inc., and Michael Hsing

Dated: September 26, 2006          ORRICK HERRINGTON & SUTCLIFFE


By: /s/ Hisiang H. Lin
    Hisiang H. Lin
    Attorneys for Compal Electronics, Inc.

Dated: September 26, 2006          LOCKE LIDDLE & SAPP LLP


By: /s/ Thomas A. Connop
    Thomas A. Connop
    Attorneys for Delta Electronics, Inc.

1  Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury
2  that concurrence in the filing of the document has been obtained from its signatory.
3  Dated:  September 25, 2006                               By:            /s/ Duane H. Mathiowetz
4
5        PURSUANT TO STIPULATION, IT IS SO ORDERED.  **ALL MOTIONS CURRENTLY**
6  **SET FOR OCTOBER 20, 2006, IN THE ABOVE CAPTIONED CASE AND THE CASE**
7  **MANAGEMENT CONFERENCE ARE CONTINUED TO OCTOBER 27, 2006 AT 10:00 A.M.**
8        9/26/06
9  Dated:_____                       /s/ CLAUDIA WILKEN
10                                                     _____
11                                                          Hon. Claudia Wilken
                                                       UNITED STATES DISTRICT COURT JUDGE

**HOWREY LLP**

Case No. C 04-2000 CW                               2
STIPULATED REQ. FOR ORDER CHANGING DATE FOR
HEARING ON MSJS AND ON CLAIM CONSTRUCTION

DM_US\8391847.v1

# CERTIFICATE OF SERVICE

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on September 26, 2006, a true and correct copy of:

**STIPULATED DISMISSAL WITH PREJUDICE OF FIRST COUNT OF O2 MICRO'S THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND UNFAIR COMPETITION**

was served on the following counsel of record for Defendants electronically through this Court's Electronic Case Filing System, in accordance with Civil Local Rule 5-5(b):

| | |
|---|---|
| Thomas J. Friel, Jr.<br>tfriel@cooley.com<br>Matthew J. Brigham<br>mbrigham@cooley.com<br>COOLEY GODWARD LLP<br>3000 El Camino Real<br>Five Palo Alto Square<br>Palo Alto, CA  94306<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 | James P. Brogan<br>jbrogan@cooley.com<br>Chad T. Nitta<br>nittact@cooley.com<br>COOLEY GODWARD LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021-8023<br>Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099 |
| Thomas Allan Connop<br>tconnop@lockeliddell.com<br>Charles Edward Phipps<br>cphipps@lockeliddell.com<br>LOCKE LIDDELL & SAPP, LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX  75201<br>Telephone: (214) 740-8000<br>Facsimile: (214) 740-8800 | Randall G. Block<br>randall.block@sdma.com<br>SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA  94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 |
| Brian E. Mitchell<br>bmitchell@cooley.com<br>COOLEY GODWARD LLP<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800<br>Telephone:  (415) 693-2000<br>Facsimile: (415) 693-2222 | Robert Steinberg<br>bob.steinberg@lw.com<br>Mark A. Flagel<br>mark.flagel@lw.com<br>LATHAM & WATKINS<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA  90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dean G. Dunlavey<br>dean.dunlavey@lw.com | Kaiwen Tseng<br>ktseng@orrick.com |
| 3 | LATHAM & WATKINS<br>650 Town Center Drive, 20th Floor | Sanjeet K. Dutta<br>sdutta@orrick.com |
| 4 | Costa Mesa, CA  92626-1925<br>Telephone: (714) 540-1235 | Matthew J. Hult<br>matthult@orrick.com |
| 5 | Facsimile: (714) 755-8290 | James Lin<br>jlin@orrick.com |
| 6 | | ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 7 | | Menlo Park, CA  94025<br>Telephone: (650) 614-7400 |
| 8 | | Facsimile: (650) 614-7401 |

   /s/ Duane H. Mathiowetz
    Duane H. Mathiowetz

**HOWREY LLP**

Case No. C 04-2000 CW
STIPULATED REQ. FOR ORDER CHANGING DATE FOR
HEARING ON MSJS AND ON CLAIM CONSTRUCTION

DM_US\8391847.v1