KAI TSENG (STATE BAR NO. 193756)
MATTHEW J. HULT (STATE BAR NO. 197137)
SANJEET K. DUTTA (STATE BAR NO. 203463)
HSIANG H. LIN (STATE BAR NO. 241472)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Defendant
COMPAL ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a California corporation, <u>et al.</u>,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | **Case No.  C 06-02929 CW**<br><br>**(Consolidated with Case No. C 04-2000 CW)**<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE OPPOSITION TO DELTA ELECTRONICS, INC. AND DELTA PRODUCTS CORPORATION'S EMERGENCY MOTION FOR HEARING AND DE-DESIGNATION OF "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" DOCUMENT UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-10 AND [~~PROPOSED~~] ORDER SEALING DOCUMENT** |

1    Defendant Compal Electronics, Inc. ("Compal") requests permission to file its Opposition
2    to Delta Electronics, Inc. and Delta Products Corporation's Emergency Motion for Hearing and
3    De-Designation of "Highly Confidential — Attorneys' Eyes Only" Document under seal.
4        A public version of Compal's Opposition to Delta Electronics, Inc. and Delta Products
5    Corporation's Emergency Motion for Hearing and De-Designation of "Highly Confidential —
6    Attorneys' Eyes Only" Document has been electronically filed with the Court. The Opposition
7    contains highly confidential information designated as confidential and is entitled to confidential
8    treatment and should be maintained under seal.

10   Dated: September 13, 2006            KAI TSENG
                                          MATTHEW J. HULT
11                                        SANJEET K. DUTTA
                                          HSIANG H. LIN
12                                        Orrick, Herrington & Sutcliffe LLP

14                                        By:  /s/  Hsiang H. Lin

15                                            Attorneys for Defendant
                                              COMPAL ELECTRONICS, INC.

### ORDER

Having consider Compal's request to file its Opposition to Delta Electronics, Inc. and Delta Products Corporation's Emergency Motion for Hearing and De-Designation of "Highly Confidential — Attorneys' Eyes Only" Document under seal, IT IS SO ORDERED.

Dated: September 29, 2006

Honorable [Elizabeth D. Laporte]
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

OHS West:260090362.1

- 1 -    MAR TO FILE COMPAL'S OPPOSITION TO
         DELTA'S EMERGENCY MOTION FOR HEARING
         UNDER SEAL, CASE NO. C 06-02929 CW