1 | COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, <br><br> Defendant. | Case No. C 04-2000 CW (EDL) <br><br> [CONSOLIDATED WITH C 06-2929] <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE DECLARATION OF THOMAS J. FRIEL, JR. IN SUPPORT OF MONOLITHIC POWER SYSTEMS, INC.'S OPPOSITION TO O2 MICRO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND 30(B)(6) DEPOSITION FROM MPS (DKT #331) AND EXHIBITS UNDER SEAL** |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

## [PROPOSED] ORDER

The Court, having considered Monolithic Power Systems, Inc's. ("MPS") Administrative Motion To File Under Seal, and the Declaration of Matthew Brigham in support, finds that good cause exists pursuant to Civil L.R. 79-5(c) and (d) for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The Clerk shall maintain under seal the following pleadings and materials:

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

PROPOSED ORDER GRANTING
MOTION TO FILE UNDER SEAL
CASE NO. C 04-02000 CW

Exhibit 1. Excerpts from the Deposition of Jeffery Anne Tatum, taken August 16, 2006;

~~Exhibit 2. Audio transcript from the May 30, 2006 hearing on O2 Micro's Motion to Compel MPS Responses to Third Set of Requests for Production of Docs (49-60).~~

**IT IS SO ORDERED.**

Dated: September 29, 2006

IT IS SO ORDERED
AS MODIFIED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

~~Honorable Judge Claudia Wilken~~
Elizabeth D. Laporte
United States Magistrate Judge

736533 v1/PA

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

PROPOSED ORDER GRANTING
MOTION TO FILE UNDER SEAL
CASE NO. C 04-02000 CW