| | |
|---|---|
| 1 | McDERMOTT WILL & EMERY LLP |
| | Terrence P. McMahon (State Bar No. 71910) |
| 2 | tmcmahon@mwe.com |
| | Stephen J. Akerley (State Bar No. 160757) |
| 3 | sakerley@mwe.com |
| | Bijal V. Vakil (State Bar No. 192878) |
| 4 | bvakil@mwe.com |
| | Shamita Etienne (State Bar No. 202090) |
| 5 | setienne@mwe.com |
| | 3150 Porter Drive |
| 6 | Palo Alto, CA 94304-1212 |
| | Telephone: 650.813.5000 |
| 7 | Facsimile: 650.813.5100 |
| 8 | HOWREY LLP |
| | Korula T. Cherian (State Bar No. 133967) |
| 9 | cheriank@howrey.com |
| | Duane H. Mathiowetz (State Bar No. 111831) |
| 10 | mathiowetzD@howrey.com |
| | 525 Market Street, Suite 3600 |
| 11 | San Francisco, CA 94150 |
| | Telephone: 415.848.4900 |
| 12 | Facsimile: 415.848.4999 |
| 13 | Attorneys for Defendant and Counterclaimant |
| | O2 MICRO INTERNATIONAL LTD. |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 19 | MONOLITHIC POWER SYSTEMS, INC., a California Corporation, | CASE NO. C 04-2000-CW (EDL) |
| 20 | | ELECTRONIC CASE FILING |
| 21 | Plaintiff, | [PROPOSED] ORDER GRANTING O2 MICRO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, PURSUANT TO CIV. L.R. 79-5 (B), (C), AND (D), EXHIBITS J, K, L, N, O DECLARATION OF TERRY W. AHEARN ISO MOTION TO COMPEL |
| 22 | v. | |
| 23 | O2 MICRO INTERNATIONAL LTD., a Cayman Islands corporation, | |
| 24 | Defendant. | |
| 25 | | Date: To be determined |
| 26 | | Time: To be determined |
| | | Courtroom: E, 15th Floor |
| 27 | | Magistrate Judge Elizabeth D. Laporte |
| | And counterclaimants | |
| 28 | | |

| | |
|---|---|
| [PROPOSED] ORDER GRANTING O2 MICRO'S REQUEST TO FILE UNDER SEAL | CASE NO. C 04-2000-CW |

Having reviewed the submissions relating to O2 Micro's Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 relating to Filing Material Under Seal, and good cause appearing therefore, it is hereby ordered that:

1.  O2 Micro's Administrative Request to File Under Seal:

    (1) Exhibits J, Bates Number MPS722016390, a letter from Hsing to Sumida regarding termination of the Indemnification Agreement.

    (2) Exhibit K, Bates Number MPS72216391, an email from DiBoise to Meckes regarding termination of the Indemnification Agreement.

    (3) Exhibit L, Bates Number MPS722016393-394, an email from McCabe to Tatum regarding MPS paying Sumida's legal fees.

    (4) Exhibit N, the transcript of the August 16, 2006 30(b)(6) deposition of Ms. Jeffrey Anne Tatum.

    (5) Exhibit O, Bates Number MPS722016961, an email from Tseng to McCabe regarding the payment of Sumida's legal fees and expenses.

is GRANTED.

2.  The Clerk of the Court is directed to allow O2 Micro to file under seal the following pleadings and materials:

    (1) Exhibits J, Bates Number MPS722016390, a letter from Hsing to Sumida regarding termination of the Indemnification Agreement.

    (2) Exhibit K, Bates Number MPS72216391, an email from DiBoise to Meckes regarding termination of the Indemnification Agreement.

    (3) Exhibit L, Bates Number MPS722016393-394, an email from McCabe to Tatum regarding MPS paying Sumida's legal fees.

    (4) Exhibit N, the transcript of the August 16, 2006 30(b)(6) deposition of Ms. Jeffrey Anne Tatum.

    (5) Exhibit O, Bates Number MPS722016961, an email from Tseng to McCabe regarding the payment of Sumida's legal fees and expenses.

[PROPOSED] ORDER GRANTING O2 MICRO'S REQUEST TO FILE UNDER SEAL — - 2 - — CASE NO. C 04-2000-CW

1  Dated: September 29, 2006

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

———————————————
Honorable Elizabeth Laporte
United States Magistrate District Court Judge

MPK 114224-1.073254.0011

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

[PROPOSED] ORDER GRANTING O2 MICRO'S REQUEST TO FILE UNDER SEAL — - 3 - — CASE NO. C 04-2000-CW