COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**[PROPOSED] ORDER GRANTING ASUSTEKS ADMINISTRATIVE REQUEST TO SEAL (CIVIL L.R. 79-59(D))**<br><br>Trial Date: Not Yet Set |

# [~~PROPOSED~~] ORDER

The Court, having considered Asustek's Administrative Request To File Under Seal (Docket Entry 470), and the Declaration of Brian E. Mitchell In Support Of Asustek's Administrative Request To File Under Seal dated September 25, 2006 finds that good cause exists for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The Clerk shall maintain under seal the following pleadings and materials:

1. Exhibit A to the Declaration of Rick Chang in Support of O2 Micro's Motion to Compel Production of Documents.

**IT IS SO ORDERED.**

Dated: _September 29_____, 2006

_____
Honorable Elizabeth D. Laporte

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]

260558 v1/CO