COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**[PROPOSED] ORDER GRANTING O2 MICRO'S ADMINISTRATIVE REQUEST TO SEAL (CIVIL L.R. 79-59(D))**<br><br>Trial Date: Not Yet Set |

**[PROPOSED] ORDER**

The Court, having considered O2 Micro's Administrative Request To File Under Seal (Docket Entry 446), and the Declaration of Chad T. Nitta In Support Of O2 Micro's Administrative Request To File Under Seal dated September 25, 2006 finds that good cause exists for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The Clerk shall maintain under seal the following pleadings and materials:

1. Portions of O2's Reply Brief which quote from or characterize the deposition testimony of Jeffery Anne Tatum and;

2. Exhibits 1, 2, 3, 4, 5, and 6 of the Declaration of Terry Ahern In Support Of O2 Micro's Motion to Compel Production of Documents and 30(b)(6) Deposition.

**IT IS SO ORDERED.**

Dated: ____September 29_____, 2006

_____
Honorable Elizabeth D. Laporte

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA