1    COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12   MONOLITHIC POWER SYSTEMS, INC.,          Case No. C 04-2000 CW (EDL)
     a Delaware corporation,

13                                            [CONSOLIDATED WITH C 06-2929]
                   Plaintiff,

14                                            **[PROPOSED] ORDER GRANTING
          v.                                  MPS'S ADMINISTRATIVE
15                                            REQUEST TO SEAL (CIVIL L.R. 79-
     O2 MICRO INTERNATIONAL LIMITED,          59(D))**
16   a Cayman Islands corporation,

17                 Defendant.                 Trial Date: Not Yet Set

18   AND RELATED COUNTERCLAIMS AND
     CROSS-CLAIMS.
19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO
                                             **[PROPOSED] ORDER GRANTING MOTION TO SEAL
                                             C 04-2000 CW (EDL)**

**[PROPOSED] ORDER**

The Court, having considered MPS's Administrative Request To File Under Seal (Docket Entry 472), and the Declaration of Brian E. Mitchell In Support of MPS's Administrative Request to File Under Seal dated September 25, 2006 finds that good cause exists for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The Clerk shall maintain under seal the following pleadings and materials:

1.      Exhibit 1 to the Declaration of Rick Chang in Support of O2 Micro's Motion to Compel Production of Documents and 30(b)(6) Deposition.


**IT IS SO ORDERED.**


Dated: _____September 29_____, 2006       _____
                                                    Honorable Elizabeth D. Laporte

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

**[PROPOSED] ORDER GRANTING MOTION TO SEAL**
**C 04-2000 CW (EDL)**