| | |
|---|---|
| K.T. Cherian (SBN 133967)<br>Duane H. Mathiowetz (SBN 111831)<br>Henry C. Su (SBN 211202)<br>Rick C. Chang (SBN 209515)<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, California 94105<br>Telephone: (415) 848-4900<br>Facsimile: (415) 848-4999 | |

Attorneys for Plaintiff
O2 MICRO INTERNATIONAL LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>    Plaintiff,<br><br>MONLITHIC POWER SYSTEMS, INC. a California corporation, *et al.,*<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS | Case No. C 04-2000 CW<br><br>Case No. C 06-02929 CW<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBITS TO DECLARATION OF RICK C. CHANG UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-10(b) and [PROPOSED] ORDER SEALING DOCUMENTS** |

**HOWREY LLP**

MISC. ADMIN. REQUEST TO FILE EXHIBITS TO
CHANG DECLARATION UNDER SEAL
Case No. C 04-2000 CW
DM_US\8382666.v1

Plaintiff O2 Micro International Limited, through its counsel, hereby requests the Court to file under seal the following documents:

1. Exhibits I, J, K and L attached to the Declaration of Rick Chang In Support of O2 Micro International Limited's Motion to Compel Asustek's Production of Documents;

2. Exhibits D, E, F and G attached to the Declaration of Rick Chang In Support of O2 Micro International Limited's Motion to Compel Compal's Production of Documents;

3. Exhibits G and H attached to the Declaration of Rick Chang In Support of O2 Micro International Limited's Motion to Compel Monolithic Power Systems' Production of Documents; and

4. Exhibit 3 to the Declaration of Patricia Peden In Support of O2 Micro International Limited's Motion to Compel The Re-Deposition of a Rule 30(B)(6) Witness Prepared to Testify Regarding Topics 3, 34, 35, 41-44 of O2 Micro's First Notice of Deposition of MPS and Topics 1-5 of O2 Micro's Second Notice of Deposition of MPS.

It is necessary and appropriate to file these documents under seal in that reference is made throughout the declarations to information and documents designated by counsel as "Confidential – Attorneys' Eyes Only." The exhibits attached to the declarations are also "Confidential – Attorneys' Eyes Only" documents. It is not practical to remove the confidential information or exhibits from the declarations and make it meaningful.

The only allegedly confidential information attached to or contained within these documents is information designated as such by MPS, Compal and Asustek. Thus, pursuant to Civil L.R. 79-5(d), MPS, Compal and Asustek are to file, within five court days, (i) declarations establishing that the above information is sealable and (ii) a proposed order.

Dated: August 30, 2006                    HOWREY LLP

                                          By:      /s/ Rick C. Chang
                                                   Rick C. Chang

                                          Attorneys for Plaintiff
                                          O2 Micro International Limited

HOWREY LLP

MISC. ADMIN. REQUEST TO FILE EXHIBITS TO CHANGE DECLARATION UNDER SEAL
Case No. C 04-2000 CW
DM_US\8382666.v1

1

**O R D E R**

~~Having considered O2 Micro's request to file the Mathiowetz and Rhyne declarations and exhibits~~ Exhibits D-L of the Chang declaration and Exhibit 3 to the Peden declaration thereto under seal, IT IS SO ORDERED.

Dated: September 29, 2006

~~Honorable~~
~~United States~~

*IT IS SO ORDERED AS MODIFIED*
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

MISC. ADMIN. REQUEST TO FILE EXHIBITS TO -2-
CHANG DECLARATION UNDER SEAL
Case No. C 06-02929
DM_US\8382666.v1

HOWREY LLP

## **CERTIFICATE OF SERVICE**

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on August 30, 2006, a true and correct copy of:

**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBITS TO DECLARATION OF RICK C. CHANG UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-10(b) and [PROPOSED] ORDER SEALING DOCUMENTS**

was served on the following counsel of record for Defendants electronically through this Court's Electronic Case Filing System, in accordance with Civil Local Rule 5-5(b):

| | |
|---|---|
| Thomas J. Friel, Jr.<br>tfriel@cooley.com<br>Matthew J. Brigham<br>mbrigham@cooley.com<br>COOLEY GODWARD LLP<br>3000 El Camino Real<br>Five Palo Alto Square<br>Palo Alto, CA 94306<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 | James P. Brogan<br>jbrogan@cooley.com<br>Chad T. Nitta<br>nittact@cooley.com<br>COOLEY GODWARD LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021-8023<br>Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099 |
| Thomas Allan Connop<br>tconnop@lockeliddell.com<br>Charles Edward Phipps<br>cphipps@lockeliddell.com<br>LOCKE LIDDELL & SAPP, LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201<br>Telephone: (214) 740-8000<br>Facsimile: (214) 740-8800 | Randall G. Block<br>randall.block@sdma.com<br>SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 |
| Brian E. Mitchell<br>bmitchell@cooley.com<br>COOLEY GODWARD LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 | Robert Steinberg<br>bob.steinberg@lw.com<br>Mark A. Flagel<br>mark.flagel@lw.com<br>LATHAM & WATKINS<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dean G. Dunlavey | Kaiwen Tseng |
| | dean.dunlavey@lw.com | ktseng@orrick.com |
| 3 | LATHAM & WATKINS | Sanjeet K. Dutta |
| | 650 Town Center Drive, 20th Floor | sdutta@orrick.com |
| 4 | Costa Mesa, CA 92626-1925 | Matthew J. Hult |
| | Telephone: (714) 540-1235 | matthult@orrick.com |
| 5 | Facsimile: (714) 755-8290 | James Lin |
| | | jlin@orrick.com |
| 6 | | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | | 1000 Marsh Road |
| 7 | | Menlo Park, CA 94025 |
| | | Telephone: (650) 614-7400 |
| 8 | | Facsimile: (650) 614-7401 |

        /s/ Rick C. Chang
         Rick C. Chang

**HOWREY LLP**

MISC. ADMIN. REQUEST TO FILE EXHIBITS TO         -2-
CHANG DECLARATION UNDER SEAL
Case No. C 06-02929
DM_US\8382666.v1