K.T. Cherian (SBN 133967)
Duane H. Mathiowetz (SBN 111831)
Henry C. Su (SBN 211202)
Rick C. Chang (SBN 209515)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff
O2 MICRO INTERNATIONAL LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 04-2000 CW<br>Case No. C 06-02929 CW<br>[consolidated]<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBITS TO DECLARATION OF RICK CHANG UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-10(b) and [PROPOSED] ORDER SEALING DOCUMENTS** |
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>MONLITHIC POWER SYSTEMS, INC. a Delaware corporation, *et al.,*<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS | Date: October 3, 2006<br>Time: 2:00pm<br>Place: Courtroom E, 15th Floor<br>Judge: Honorable Magistrate Judge<br>　　　　Elizabeth D. Laporte |

**HOWREY LLP**

MISC. ADMIN. REQUEST TO FILE EXHIBITS TO
CHANG DECLARATION UNDER SEAL
Case No. C 04-2000 CW
DM_US\8387087.v1

1  Plaintiff O2 Micro International Limited, through its counsel, hereby requests the Court to file
2  under seal the following documents:
3  1. Exhibits 2, 3, 4, 5, 7, 9, 10 attached to the Declaration of Rick Chang In Support of O2
4  Micro International Limited's Opposition to MPS, ASMC, ASUSTeK, and Hsing's
5  Motion to Compel Discovery Responses From O2 Micro.
6  It is necessary and appropriate to file these documents under seal in that reference is made
7  throughout the declarations to information and documents designated by counsel as "Confidential –
8  Attorneys' Eyes Only." The exhibits attached to the declarations are also "Confidential – Attorneys'
9  Eyes Only" documents. It is not practical to remove the confidential information or exhibits from the
10 declarations and make it meaningful.
11 The allegedly confidential information attached to or contained within these documents is
12 information designated as such by MPS, Compal, ASUSTeK and O2 Micro. Thus, pursuant to Civil
13 L.R. 79-5(d), MPS, Compal, ASUSTeK and O2 Micro are to file, within five court days, (i)
14 declarations establishing that the above information is sealable and (ii) a proposed order.

16 Dated: September 12, 2006    HOWREY LLP

18                              By:    /s/ Rick C. Chang
19                                     Rick C. Chang

20                              Attorneys for Plaintiff
                                O2 Micro International Limited

**HOWREY LLP**

MISC. ADMIN. REQUEST TO FILE EXHIBITS TO        1
CHANG DECLARATION UNDER SEAL
Case No. C 04-2000 CW
DM_US\8387087.v1

**O R D E R**

Having considered O2 Micro's request to file the Chang exhibits thereto under seal, IT IS SO ORDERED.

Dated: September 29, 2006

Honorable
United States Judge Elizabeth D. Laporte

IT IS SO ORDERED

MISC. ADMIN. REQUEST TO FILE EXHIBITS TO
CHANG DECLARATION UNDER SEAL
Case No. C 04-2000 CW
DM_US\8387087.v1

1

# **CERTIFICATE OF SERVICE**

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on September 12, 2006, a true and correct copy of:

**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBITS TO DECLARATION OF RICK CHANG UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-10(b) and [PROPOSED] ORDER SEALING DOCUMENTS**

was served on the following counsel of record for Defendants electronically through this Court's Electronic Case Filing System, in accordance with Civil Local Rule 5-5(b):

Thomas J. Friel, Jr.
tfriel@cooley.com
Matthew J. Brigham
mbrigham@cooley.com
COOLEY GODWARD LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

James P. Brogan
jbrogan@cooley.com
Chad T. Nitta
nittact@cooley.com
COOLEY GODWARD LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Thomas Allan Connop
tconnop@lockeliddell.com
Charles Edward Phipps
cphipps@lockeliddell.com
LOCKE LIDDELL & SAPP, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

Randall G. Block
randall.block@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Brian E. Mitchell
bmitchell@cooley.com
COOLEY GODWARD LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Robert Steinberg
bob.steinberg@lw.com
Mark A. Flagel
mark.flagel@lw.com
LATHAM & WATKINS
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

HOWREY LLP

MISC. ADMIN. REQUEST TO FILE EXHIBITS TO CHANG DECLARATION UNDER SEAL
Case No. C 04-2000 CW
DM_US\8387087.v1

-1-

| | | |
|---|---|---|
| 1 | | |
| 2 | Dean G. Dunlavey<br>dean.dunlavey@lw.com | Kaiwen Tseng<br>ktseng@orrick.com |
| 3 | LATHAM & WATKINS<br>650 Town Center Drive, 20th Floor | Sanjeet K. Dutta<br>sdutta@orrick.com |
| 4 | Costa Mesa, CA 92626-1925<br>Telephone: (714) 540-1235 | Matthew J. Hult<br>matthult@orrick.com |
| 5 | Facsimile: (714) 755-8290 | James Lin<br>jlin@orrick.com |
| 6 | | ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 7 | | Menlo Park, CA 94025<br>Telephone: (650) 614-7400 |
| 8 | | Facsimile: (650) 614-7401 |

      /s/ Rick C. Chang
       Rick C. Chang

HOWREY LLP

MISC. ADMIN. REQUEST TO FILE EXHIBITS TO
CHANG DECLARATION UNDER SEAL
Case No. C 04-2000 CW
DM_US\8387087.v1

-2-