| | |
|---|---|
| 1 | K.T. Cherian (SBN 133967) |
| | Duane H. Mathiowetz (SBN 111831) |
| 2 | Henry C. Su (SBN 211202) |
| | Rick C. Chang (SBN 209515) |
| 3 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 848-4900 |
| 5 | Facsimile: (415) 848-4999 |
| 6 | Attorneys for Plaintiff |
| | O2 MICRO INTERNATIONAL LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | ) ) ) | Case No. C 04-2000 CW<br>Case No. C 06-02929 CW<br>[consolidated] |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBITS TO DECLARATION OF RICK CHANG UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-10(b) and [PROPOSED] ORDER SEALING DOCUMENTS** |
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | ) ) ) ) | |
| Defendant. | ) ) | |
| AND RELATED COUNTERCLAIMS. | ) ) ) | Date: October 3, 2006<br>Time: 9:00 a.m.<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| MONLITHIC POWER SYSTEMS, INC. a Delaware corporation, *et al.,* | ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS | ) ) ) ) | |

**HOWREY LLP**

DM_US\8388896.v1

MISC. ADMIN. AMENDED REQUEST TO FILE
EXHIBITS TO CHANG DEC. UNDER SEAL
Case No. C 04-2000 CW

Plaintiff O2 Micro International Limited, through its counsel, hereby requests the Court to file under seal the following documents:

1. Exhibit 1 attached to the DECLARATION OF RICK CHANG IN SUPPORT OF O2 MICRO'S INTERNATIONAL LTD'S REPLY BRIEF IS SUPPORT OF ITS MOTION TO COMPEL THE RE-DEPOSITION OF A RULE 30(B)(6) WITNESS PREPARED TO TESTIFY REGARDING TOPICS 3, 34, 35, 41-44 OF O2 MICRO'S FIRST NOTICE OF DEPOSITION AND TOPICS 1-5 OF O2 MICRO'S SECOND NOTICE OF DEPOSITION TO MPS;

2. Exhibit A attached to the SUPPLEMENTAL DECLARATION OF RICK CHANG IN SUPPORT OF O2 MICRO INTERNATIONAL'S REPLY IN SUPPORT OF MOTION TO COMPEL ASUSTeK'S PRODUCTION OF DOCUMENTS;

3. Exhibit B attached to the SUPPLEMENTAL DECLARATION OF RICK CHANG IN SUPPORT OF O2 MICRO INTERNATIONAL'S REPLY IN SUPPORT OF MOTION TO COMPEL MONOLITHIC POWER SYSTEMS, INC.'S PRODUCTION OF DOCUMENTS.

It is necessary and appropriate to file these documents under seal in that reference is made throughout the declaration to information and documents designated by counsel as "Confidential – Attorneys' Eyes Only." The exhibits attached to the declarations are also "Confidential – Attorneys' Eyes Only" documents. It is not practical to remove the confidential information or exhibits from the declarations and make it meaningful.

The allegedly confidential information attached to or contained within these documents is information designated as such by MPS, Compal, ASUSTeK and O2 Micro. Thus, pursuant to Civil L.R. 79-5(d), MPS, Compal, ASUSTeK and O2 Micro are to file, within five court days, (i) declarations establishing that the above information is sealable and (ii) a proposed order.

HOWREY LLP

DM_US\8388896.v1

1     MISC. ADMIN. AMENDED REQUEST TO FILE EXHIBITS TO CHANG DEC. UNDER SEAL
Case No. C 04-2000 CW

1  Dated: September 19, 2006					HOWREY LLP

						By: _____/s/ Rick Chang_____
										Rick Chang

						Attorneys for Plaintiff
						O2 Micro International Limited

**HOWREY LLP**

DM_US\8388896.v1

-2-					CERTIFICATE OF SERVICE
					Case No. C 04-2000 CW

# **O R D E R**

Having considered O2 Micro's request to file the Chang exhibits thereto under seal,

IT IS SO ORDERED.

Dated: September 29, 2006

~~Honorable Claudia Wilken~~
~~United States District Judge~~
 Elizabeth D. Laporte
 United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

**CERTIFICATE OF SERVICE**

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on September 19, 2006, a true and correct copy of:

**MISCELLANEOUS ADMINISTRATIVE AMENDED REQUEST TO FILE EXHIBITS TO DECLARATION OF RICK CHANG UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-10(b) and [PROPOSED] ORDER SEALING DOCUMENTS**

was served on the following counsel of record for Defendants electronically through this Court's Electronic Case Filing System, in accordance with Civil Local Rule 5-5(b):

| | |
|---|---|
| Thomas J. Friel, Jr.<br>tfriel@cooley.com<br>Matthew J. Brigham<br>mbrigham@cooley.com<br>COOLEY GODWARD LLP<br>3000 El Camino Real<br>Five Palo Alto Square<br>Palo Alto, CA 94306<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 | James P. Brogan<br>jbrogan@cooley.com<br>Chad T. Nitta<br>nittact@cooley.com<br>COOLEY GODWARD LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021-8023<br>Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099 |
| Thomas Allan Connop<br>tconnop@lockeliddell.com<br>Charles Edward Phipps<br>cphipps@lockeliddell.com<br>LOCKE LIDDELL & SAPP, LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201<br>Telephone: (214) 740-8000<br>Facsimile: (214) 740-8800 | Randall G. Block<br>randall.block@sdma.com<br>SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 |
| Brian E. Mitchell<br>bmitchell@cooley.com<br>COOLEY GODWARD LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 | Robert Steinberg<br>bob.steinberg@lw.com<br>Mark A. Flagel<br>mark.flagel@lw.com<br>LATHAM & WATKINS<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |

HOWREY LLP

DM_US\8388896.v1

-1-

CERTIFICATE OF SERVICE
Case No. C 04-2000 CW

| | |
|---|---|
| Dean G. Dunlavey<br>dean.dunlavey@lw.com<br>LATHAM & WATKINS<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 | Kaiwen Tseng<br>ktseng@orrick.com<br>Sanjeet K. Dutta<br>sdutta@orrick.com<br>Matthew J. Hult<br>matthult@orrick.com<br>James Lin<br>jlin@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401 |

   /s/ Rick Chang
    Rick Chang

HOWREY LLP

DM_US\8388896.v1

-2-

CERTIFICATE OF SERVICE
Case No. C 04-2000 CW