1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CERTAIN DEPOSITIONS** |

WHEREAS, O2 Micro International Ltd. ("O2 Micro"), Monolithic Power Systems, Inc. ("MPS"), ASUSTek Computer, Inc., Advanced Semiconductor Manufacturing Corporation Ltd. ("ASMC"), Michael Hsing, and Compal Electronics agree that the deadline for completing certain depositions should be amended because the schedules of the parties and deponents involved prevented all depositions from being completed before the deadline, and because it will be more efficient to postpone certain depositions until after the Court rules on discovery motions that are currently pending before it which may obviate the need for such depositions.

THEREFORE, O2 Micro, MPS, ASUSTeK, ASMC, Hsing, and Compal hereby notify the Court pursuant to Civ. L.R. 7-12 that they request the Court to modify the discovery deadlines for

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

1.

JOINT STIPULATION TO EXTEND CERTAIN
DEPOSITION DEADLINES
CASE NO. C 04-02000 CW (EDL)

depositions in this case to allow the depositions of the following individuals to occur on or before the deadlines stated below:

**1. Experts on PTO Practice and Procedure**

The depositions of Gerald Mossinghoff, Lawrence Goffney, Gerald Bjorge, and Harry Manbeck shall occur within 45 days of the Court's ruling on the parties' respective motions to strike these experts.

**2. Damages Experts**

The depositions of Walter Bratic and John Jarosz shall occur on or before November 15, 2006.

**3. Michael Hsing and Kwang Hua Liu**

The depositions of Michael Hsing and Kwang Hua Liu, which may include patent and non-patent topics of examination, shall occur on or before January 1, 2007.

Dated:  October 2, 2006                                    COOLEY GODWARD LLP


By: */s/ Matthew J. Brigham*
       Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:      (650) 843-5000
Facsimile:       (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO   80021-8023
Telephone:      (720) 566-4000
Facsimile:       (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD LLP

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIPULATION TO EXTEND CERTAIN
DEPOSITION DEADLINES
CASE NO. C 04-02000 CW (EDL)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:       (415) 693-2000
Facsimile:        (415) 693-2222

Attorneys for Monolithic Power Systems, Inc., Advanced Semiconductor Manufacturing Corporation Limited, ASUSTeK Computer, Inc., and Michael Hsing

ROBERT STEINBERG (126407)
(bob.steinberg@lw.com)
MARK A. FLAGEL (110635)
(mark.flagel@lw.com)
LATHAM & WATKINS
633 West Fifth Street, Suite 4000
Los Angeles, California  90071-2007
Telephone:       (213) 485-1234
Facsimile:        (213) 891-8763

DEAN G. DUNLAVEY (115530)
(dean.dunlavey@lw.com)
LATHAM & WATKINS
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone:       (714) 540-1235
Facsimile:        (714) 755-8290

Attorneys for Monolithic Power Systems, Inc.

| | | |
|---|---|---|
| 1 | Dated: September 29, 2006 | By: */s/ Henry Su* (with permission) |
| 2 | | |
| 3 | | McDERMOTT WILL & EMERY LLP |
| | | Terrence P. McMahon |
| 4 | | Stephen J. Akerley |
| | | Bijal V. Vakil |
| 5 | | Shamita D. Etienne |
| | | 3150 Porter Dr. |
| 6 | | Palo Alto, CA 94304 |
| | | Telephone: 650.813.5000 |
| 7 | | Facsimile: 650.813.5100 |
| 8 | | |
| | | HOWREY LLP |
| 9 | | Korula T. Cherian |
| | | Duane H. Mathiowetz |
| 10 | | 525 Market Street, Suite 3600 |
| | | San Francisco, CA 941-5 |
| 11 | | Telephone: 415.848.4900 |
| | | Facsimile: 415.848.4999 |
| 12 | | |
| 13 | | Attorneys for O2 Micro International Limited |
| 14 | Dated: September 29, 2006 | |
| | | By: */s/ Hsiang H. Lin* (with permission) |
| 15 | | |
| | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 16 | | Kai Tseng |
| | | Matthew J. Hult |
| 17 | | Sanjeet K. Dutta |
| | | Hsiang H. Lin |
| 18 | | 1000 Marsh Road |
| | | Menlo Park, CA 94025-1015 |
| 19 | | Telephone: 650.614.7400 |
| | | Facsimile: 650.614.7401 |
| 20 | | |
| 21 | | ATTORNEYS FOR |
| | | COMPAL ELECTRONICS, INC. |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

4.

**JOINT STIPULATION TO EXTEND CERTAIN DEPOSITION DEADLINES**
**CASE NO. C 04-02000 CW (EDL)**

| | |
|---|---|
| 1 | Dated: October 2, 2006 |
| 2 | By: */s/ Thomas A. Connop* (with permission) |

                                                        Thomas A. Connop
Charles Phipps
Locke, Liddell & Sapp
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: (214) 740-8687
Facsimile: (214) 756-8547

Bruce D. Celebrezze
Randall Block
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Stuart Tower, 8th Floor
San Francisco, CA 94105
Telephone:   (415) 781-7900
Facsimile:   (415) 781-2635

ATTORNEYS FOR
DELTA ELECTRONICS, INC.

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 2, 2006                                      By: */s/ Matthew J. Brigham*

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

5.

JOINT STIPULATION TO EXTEND CERTAIN
DEPOSITION DEADLINES
CASE NO. C 04-02000 CW (EDL)

1

**ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Dated: ___10/4___, 2006    By: _[signature: Claudia Wilken]_

5                                Honorable Claudia Wilken
                                 UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28