COUNSEL LISTED ON SIGNATURE PAGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, *et al.*<br><br>Defendant.<br><br>AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS | Case No.: C-04-2000 CW<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO RESET HEARING DATE FOR DELTA ELECTRONICS, INC.'S AND DELTA PRODUCTS CORPORATION'S MOTION FOR HEARING AND DE-DESIGNATION OF "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" DOCUMENT** |

Please take notice that pursuant to Local Civil Rule 7-7(a), the parties hereby submit this Stipulated Motion to Reset Hearing Date, asking the Court to reset the hearing date for Third-Party Defendants Delta Electronics, Inc.'s and Delta Products Corporation's Motion for Hearing and De-Designation of "Highly Confidential – Attorney's Eyes Only" Document (Dkt #385), noticed for October 10, 2006, at 10:00 a.m. in Courtroom E, 15th Floor, before the Honorable Magistrate Judge Elizabeth D. Laporte, to allow the parties to engage in further discussions in an attempt to resolve the issue without Court intervention. The parties will engage in such negotiation in good faith and

inform the Court within two weeks whether a final resolution has been reached or request a new hearing date and briefing schedule.

Respectfully submitted,

Dated: October 4, 2006    /s/ Thomas A. Connop
Thomas A. Connop
Texas State Bar No. 04702500
(Admitted *pro hac vice*)
Charles E. Phipps
Texas State Bar No. 00794457
(Admitted *pro hac vice*)
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
PH: (214)740-8000
FX: (214)740-8800
tconnop@lockeliddell.com
cphipps@lockeliddell.com

Bruce Celebrezze
Randall Block
SEDGWICK DETERT MORAN & ARNOLD, LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 627-3439
Facsimile: (415) 781-2635
bruce.celebrezze@sdma.com

**ATTORNEYS FOR THIRD PARTY DEFENDANTS DELTA ELECTRONICS, INC. AND DELTA PRODUCTS CORPORATION**

Dated: October 4, 2006    /s/ Kai Tseng (*with permission*)
Kai Tseng (State Bar No. 193756)
Matthew J. Hult (State Bar No. 197137)
Sanjeet K. Dutta (State Bar No. 203463)
Hsiang H. Lin (State Bar No. 241472)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

**ATTORNEYS FOR DEFENDANT COMPAL ELECTRONICS, INC.**

2

Dated: October 4, 2006  /s/ Brian E. Mitchell (*with permission*)
Brian E. Mitchell (State Bar No. 190095)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Thomas J. Friel, Jr. (State Bar No. 80065)
Matthew J. Brigham (State Bar No. 191428)
COOLEY GODWARD KRONISH LLP
3000 E. Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

James P. Brogan (State Bar No. 155906)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT MONOLITHIC POWER SYSTEMS, INC. AND COUNTER-DEFENDANT ADVANCED SEMICONDUCTOR MANUFACTURING CORPORATION LIMITED AKA ADVANCED SEMICONDUCTOR MANUFACTURING CORPORATION OF SHANGHAI, ASUSTEK COMPUTER INC., AND MICHAEL HSING**

1 **ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Date: <u>October 5, 2006</u>                                  

5                                       Honorable Magistrate Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Civil L.R. 5-6 on October 4, 2006. As such, this motion was served on all counsel who are deemed to have consented to electronic service. Civil L.R. 5-6.

/s/ Thomas A. Connop
Thomas A. Connop