COUNSEL LISTED ON SIGNATURE PAGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, *et al.*<br><br>Defendant.<br><br>AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS | Case No.: C-04-2000 CW<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATED MOTION TO RESET HEARING DATE FOR DELTA PRODUCTS CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

Please take notice that pursuant to Local Civil Rule 7-7(a), the parties hereby submit this Stipulated Motion to Reset Hearing Date, asking the Court to reset the hearing date for Third-Party Defendant Delta Products Corporation's Motion for Summary Judgment (Dkt #298), noticed for October 27, 2006, at 10:00 a.m. in Courtroom 2, 4th Floor, before the Honorable Claudia Wilken, to allow the parties to engage in further discussions in an attempt to resolve the issue without Court intervention. The parties will engage in such negotiation in good faith and inform the Court within two weeks whether a final resolution has been reached or request a new hearing date and briefing schedule.

Respectfully submitted,

Dated: October 4, 2006          /s/ Thomas A. Connop
                                Thomas A. Connop
                                Texas State Bar No. 04702500
                                (Admitted *pro hac vice*)
                                Charles E. Phipps
                                Texas State Bar No. 00794457
                                (Admitted *pro hac vice*)
                                LOCKE LIDDELL & SAPP LLP
                                2200 Ross Avenue, Suite 2200
                                Dallas, Texas 75201
                                PH: (214)740-8000
                                FX: (214)740-8800
                                tconnop@lockeliddell.com
                                cphipps@lockeliddell.com

                                Bruce Celebrezze
                                Randall Block
                                SEDGWICK DETERT MORAN & ARNOLD, LLP
                                One Market Plaza
                                Steuart Tower, 8th Floor
                                San Francisco, California  94105
                                Telephone:  (415) 627-3439
                                Facsimile:   (415) 781-2635
                                bruce.celebrezze@sdma.com

                                **ATTORNEYS FOR THIRD PARTY DEFENDANT,
                                DELTA PRODUCTS CORPORATION**

Dated: October 4, 2006          /s/ Kai Tseng (*with permission*)
                                Kai Tseng (State Bar No. 193756)
                                Matthew J. Hult (State Bar No. 197137)
                                Sanjeet K. Dutta (State Bar No. 203463)
                                Hsiang H. Lin (State Bar No. 241472)
                                ORRICK, HERRINGTON & SUTCLIFFE LLP
                                1000 Marsh Road
                                Menlo Park, CA  94025-1015
                                Telephone:  (650) 614-7400
                                Facsimile:   (650) 614-7401

                                **ATTORNEYS FOR DEFENDANT
                                COMPAL ELECTRONICS, INC.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **THE MOTION IS DENIED WITHOUT PREJUDICE TO RE-NOTICING IT TO BE HEARD NO LATER THAN DECEMBER 1, 2006.**

**10/6/06**

Date: _____

_____
Honorable Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Civil L.R. 5-6 on October 4, 2006. As such, this motion was served on all counsel who are deemed to have consented to electronic service. Civil L.R. 5-6.

/s/ Thomas A. Connop
Thomas A. Connop