1 | COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, *et al.*<br><br>Defendant.<br><br>AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS | Case No.: C-04-2000 CW<br><br>[Consolidated with C 06-2929]<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO RESET HEARING DATE FOR DELTA ELECTRONICS, INC.'S MOTION FOR HEARING AND TO COMPEL THE DISCLOSURE OF TRADE SECRETS BY MONOLITHIC POWER SYSTEMS, INC.** |

Please take notice that pursuant to Local Civil Rule 7-7(a), the parties hereby submit this Stipulated Motion to Reset Hearing Date, asking the Court to reset the hearing date for Third-Party Defendants Delta Electronics, Inc.'s Motion for Hearing and to Compel Disclosure of Trade Secrets by Monolithic Power Systems, Inc. (Dkt #358), noticed for October 10, 2006, at 2:00 p.m. in Courtroom E, 15th Floor, before the Honorable Magistrate Judge Elizabeth D. Laporte, to allow the parties to engage in further discussions in an attempt to resolve the issue without Court intervention. The parties will engage in such negotiation in good faith and inform the Court within two weeks whether a final resolution has been reached or request a new hearing date and briefing schedule.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: October 9, 2006 | /s/ Thomas A. Connop |
| 3 |   | Thomas A. Connop |
|   |   | Texas State Bar No. 04702500 |
| 4 |   | (Admitted *pro hac vice*) |
|   |   | Charles E. Phipps |
| 5 |   | Texas State Bar No. 00794457 |
|   |   | (Admitted *pro hac vice*) |
| 6 |   | LOCKE LIDDELL & SAPP LLP |
|   |   | 2200 Ross Avenue, Suite 2200 |
| 7 |   | Dallas, Texas 75201 |
|   |   | PH: (214)740-8000 |
| 8 |   | FX: (214)740-8800 |
| 9 |   | tconnop@lockeliddell.com |
|   |   | cphipps@lockeliddell.com |
| 10 |   |   |
| 11 |   | Bruce Celebrezze |
|   |   | Randall Block |
| 12 |   | SEDGWICK DETERT MORAN & ARNOLD, LLP |
|   |   | One Market Plaza |
| 13 |   | Steuart Tower, 8th Floor |
|   |   | San Francisco, California 94105 |
| 14 |   | Telephone: (415) 627-3439 |
|   |   | Facsimile: (415) 781-2635 |
| 15 |   | bruce.celebrezze@sdma.com |
| 16 |   |   |
| 17 |   | **ATTORNEYS FOR THIRD PARTY** |
|   |   | **DEFENDANTS DELTA ELECTRONICS, INC.** |
| 18 |   | **AND DELTA PRODUCTS CORPORATION** |
| 19 |   |   |
| 20 | Dated: October 9, 2006 | /s/ Brian E. Mitchell (*with permission*) |
|   |   | Brian E. Mitchell (State Bar No. 190095) |
| 21 |   | COOLEY GODWARD KRONISH LLP |
|   |   | 101 California Street, 5th Floor |
| 22 |   | San Francisco, CA 94111-5800 |
|   |   | Telephone: (415) 693-2000 |
| 23 |   | Facsimile: (415) 693-2222 |
| 24 |   |   |
|   |   | Thomas J. Friel, Jr. (State Bar No. 80065) |
| 25 |   | Matthew J. Brigham (State Bar No. 191428) |
|   |   | COOLEY GODWARD KRONISH LLP |
| 26 |   | 3000 E. Camino Real |
|   |   | Five Palo Alto Square |
| 27 |   | Palo Alto, CA 94306 |
| 28 |   | Telephone: (650) 843-5000 |
|   |   | Facsimile: (650) 857-0663 |

| | |
|---|---|
| 1 | |
| 2 | James P. Brogan (State Bar No. 155906) |
|   | COOLEY GODWARD KRONISH LLP |
| 3 | 380 Interlocken Crescent, Suite 900 |
|   | Broomfield, CO  80021-8023 |
| 4 | Telephone:  (720) 566-4000 |
|   | Facsimile:   (720) 566-4099 |

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT MONOLITHIC POWER SYSTEMS, INC.**

Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 9, 2006                              By: /s/ Brian E. Mitchell

3

1 **ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Date: October 10, 2006

5     Honorable Magistrate Judge Elizabeth D. Laporte
    UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

4

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Civil L.R. 5-6 on October 9, 2006. As such, this motion was served on all counsel who are deemed to have consented to electronic service. Civil L.R. 5-6.

/s/ Brian E. Mitchell

1011734 v1/SF