COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 04-02000 CW (EDL)<br><br>Case No. C 06-02929 CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESET HEARING DATE FOR PARTIES' RESPECTIVE MOTIONS TO STRIKE THE EXPERT REPORTS OF HARRY F. MANBECK, JR. AND GERALD H. BJORGE (DKT. NO. 480) AND GERALD J. MOSSINGHOFF AND LAWRENCE J. GOFFNEY (DKT. NO. 484)**<br><br>Date: October 30, 2006<br>Time: 2:00 p.m.<br>Courtroom: E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |
| AND RELATED COUNTERCLAIMS. | |
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, *et al.*,<br><br>Defendants. | |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS. | |

**HOWREY LLP**

JT. STIP. & [PROPOSED] ORDER TO RESET HEARING DATE
Case No. C 04-02000 CW (EDL)

1       Pursuant to Civil Local Rule 7-7(b), Plaintiff O2 Micro International Limited ("O2 Micro") and Defendants Monolithic Power Systems, Inc., Advanced Semiconductor Manufacturing Corporation Limited, ASUSTek Computer, Inc. and Michael Hsing (collectively, "Defendants") hereby stipulate to and request that this Court continue the October 30, 2006, 2:00 p.m. hearing date set for the following Motions:

    (1) Defendants' Motion to Strike O2 Micro Experts Harry F. Manbeck, Jr. and Gerald H. Bjorge (**Doc. No. 480**)

    (2) O2 Micro's Motion to Strike All of the Expert Reports of Gerald J. Mossinghoff and Lawrence J. Goffney, or in the Alternative, to Strike the Expert Reports of Gerald J. Mossinghoff (**Doc. No. 484**)

Both of these Motions are pending before the Honorable Magistrate Judge Elizabeth D. Laporte. The parties wish to engage in further good faith discussions in an attempt to resolve the issue without Court intervention, and will file a letter within two weeks of the date of this stipulation indicating whether a final resolution has been reached or a new hearing date will be required.

Dated: October 9, 2006                   HOWREY LLP

                                                 /s/ Henry C. Su
                                                 Henry C. Su

                                                 Henry C. Bunsow (SBN 60707)
                                                 bunsowh@howrey.com
                                                 Duane H. Mathiowetz (SBN 111831)
                                                 mathiowetzd@howrey.com
                                                 K.T. Cherian (SBN 133967)
                                                 cheriank@howrey.com
                                                 Henry C. Su (SBN 211202)
                                                 suh@howrey.com
                                                 HOWREY LLP
                                                 525 Market Street, Suite 3600
                                                 San Francisco, California 94105
                                                 Telephone: (415) 848-4900
                                                 Facsimile: (415) 848-4999

                                                 Attorneys for Plaintiff
                                                 O2 MICRO INTERNATIONAL LIMITED

| | |
|---|---|
| Dated: October 9, 2006 | COOLEY GODWARD KRONISH LLP |
| | |
| | /s/ Matthew J. Brigham |
| | Matthew J. Brigham |
| | |
| | Thomas J. Friel, Jr. (SBN 80065) |
| | tfriel@cooley.com |
| | Matthew J. Brigham (SBN 191428) |
| | mbrigham@cooley.com |
| | COOLEY GODWARD KRONISH LLP |
| | 3000 E. Camino Real |
| | Five Palo Alto Square |
| | Palo Alto, California 94306 |
| | Telephone: (650) 843-5000 |
| | Facsimile: (650) 857-0663 |
| | |
| | Brian E. Mitchell (SBN 190095) |
| | bmitchell@cooley.com |
| | COOLEY GODWARD KRONISH LLP |
| | 101 California Street, 5th Floor |
| | San Francisco, California 94111-5800 |
| | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| | |
| | James P. Brogan (SBN 155906) |
| | Jbrogan@cooley.com |
| | COOLEY GODWARD KRONISH LLP |
| | 380 Interlocken Crescent, Suite 900 |
| | Broomfield, Colorado 80021-8023 |
| | Phone: (720) 566-4000 |
| | Facsimile: (720) 566-4099 |
| | |
| | Attorneys for Defendants |
| | MONOLITHIC POWER SYSTEMS, INC., |
| | ADVANCED SEMICONDUCTOR |
| | MANUFACTURING CORPORATION |
| | LIMITED, ASUSTEK COMPUTER INC. AND |
| | MICHAEL HSING |

HOWREY LLP

JT. STIP. & [PROPOSED] ORDER TO RESET HEARING DATE
Case No. C 04-02000 CW (EDL)

2

1  Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury
2  that concurrence in the filing of the document has been obtained from each of its signatories.

4  Dated: October 9, 2006                              By: /s/Henry C. Su

6                                          **ORDER**

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

9  Dated: October 10, 2006

   _____
   Elizabeth D. Laporte
   United States Magistrate Judge

   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Elizabeth D. Laporte]

**HOWREY LLP**

JT. STIP. & [PROPOSED] ORDER TO RESET HEARING DATE
Case No. C 04-02000 CW (EDL)

3

# CERTIFICATE OF SERVICE

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on October 9, 2006, a true and correct copy of:

**JOINT STIPULATION AND [PROPOSED] ORDER TO RESET HEARING DATE FOR PARTIES' RESPECTIVE MOTIONS TO STRIKE THE EXPERT REPORTS OF HARRY F. MANBECK, JR. AND GERALD H. BJORGE (DKT. NO. 480) AND GERALD J. MOSSINGHOFF AND LAWRENCE J. GOFFNEY (DKT. NO. 484)**

was served on the following counsel of record for Defendants electronically through this Court's Electronic Case Filing System, in accordance with Civil Local Rule 5-5(b):

| | |
|---|---|
| Thomas J. Friel, Jr.<br>tfriel@cooley.com<br>Matthew J. Brigham<br>mbrigham@cooley.com<br>COOLEY GODWARD LLP<br>3000 El Camino Real<br>Five Palo Alto Square<br>Palo Alto, CA 94306<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 | James P. Brogan<br>jbrogan@cooley.com<br>Chad T. Nitta<br>nittact@cooley.com<br>COOLEY GODWARD LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021-8023<br>Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099 |
| Thomas Allan Connop<br>tconnop@lockeliddell.com<br>Charles Edward Phipps<br>cphipps@lockeliddell.com<br>LOCKE LIDDELL & SAPP, LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201<br>Telephone: (214) 740-8000<br>Facsimile: (214) 740-8800 | Randall G. Block<br>randall.block@sdma.com<br>SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 |
| Brian E. Mitchell<br>bmitchell@cooley.com<br>COOLEY GODWARD LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 | Robert Steinberg<br>bob.steinberg@lw.com<br>Mark A. Flagel<br>mark.flagel@lw.com<br>LATHAM & WATKINS<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |

HOWREY LLP

CERTIFICATE OF SERVICE
Case No. C 04-02000 CW (EDL)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dean G. Dunlavey | Kaiwen Tseng |
| | dean.dunlavey@lw.com | ktseng@orrick.com |
| 3 | LATHAM & WATKINS | Sanjeet K. Dutta |
| | 650 Town Center Drive, 20th Floor | sdutta@orrick.com |
| 4 | Costa Mesa, CA  92626-1925 | Matthew J. Hult |
| | Telephone: (714) 540-1235 | matthult@orrick.com |
| 5 | Facsimile: (714) 755-8290 | James Lin |
| | | jlin@orrick.com |
| 6 | | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | | 1000 Marsh Road |
| 7 | | Menlo Park, CA  94025 |
| | | Telephone: (650) 614-7400 |
| 8 | | Facsimile: (650) 614-7401 |

    /s/Henry C. Su
    Henry C. Su

**HOWREY LLP**

CERTIFICATE OF SERVICE
Case No. C 04-02000 CW (EDL)