COUNSEL LISTED ON SIGNATURE PAGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, *et al.*<br><br>Defendant. | Case No.: C-04-2000 CW (EDL)<br><br>[Consolidated with C-06-2929]<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARING DATE FOR PLAINTIFF O2 MICRO INTERNATIONAL LTD.'S MOTION TO COMPEL THE DISCLOSURE OF TRADE SECRETS BY MONOLITHIC POWER SYSTEMS, INC. (DKT. #375)** |
| AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS | |

O2 Micro International Ltd. ("O2 Micro") and Monolithic Power Systems, Inc. ("MPS") hereby stipulate as follows:

1. Plaintiff O2 Micro International Ltd.'s Motion to Compel Disclosure of Trade Secrets by Monolithic Power Systems, Inc. (Dkt #375) is currently noticed for October 10, 2006, at 2:00 p.m. in Courtroom E, 15th Floor, before the Honorable Magistrate Judge Elizabeth D. Laporte.

2. However, the parties have continued to engage in discussions in an attempt to resolve the issue raised by O2 Micro's motion without Court intervention.

3. Depositions of O2 Micro witnesses, which relate to MPS's trade secret misappropriation claim, are scheduled for the week of October 16, 2006. O2 Micro has also agreed to provide supplemental interrogatory responses relating to this claim at the same time.

4. MPS has agreed to supplement its trade secret disclosure within ten days following these depositions and supplemental interrogatory responses.

5. To the extent any dispute remains as to the sufficiency of MPS's supplemental disclosure, the parties will engage in further negotiation in good faith in an attempt to resolve any outstanding issues. The parties will inform the Court if resolution cannot be reached within two weeks after MPS's supplemental disclosure, and will request a new hearing date.

STIPULATED:

Dated: October 10, 2006                By: */s/ Henry Su* (with permission)

HOWREY LLP
Korula T. Cherian
(cheriank@howrey.com)
Duane H. Mathiowetz
(mathiowetzd@howrey.com)
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: 415.848.4900
Facsimile: 415.848.4999

Attorneys for O2 Micro International Limited

Dated: October 10, 2006                COOLEY GODWARD KRONISH LLP

By: */s/ Brian E. Mitchell*
    Brian E. Mitchell

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)

2

|   |   |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | 3000 El Camino Real<br>Five Palo Alto Square<br>Palo Alto, CA 94306 |
| 3 | Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 |

COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

LATHAM & WATKINS
ROBERT STEINBERG (126407)
(bob.steinberg@lw.com)
MARK A. FLAGEL (110635)
(mark.flagel@lw.com)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS
DEAN G. DUNLAVEY (115530)
(dean.dunlavey@lw.com)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff and Counter-Defendant
Monolithic Power Systems, Inc.

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 10, 2006          By: /s/ Brian E. Mitchell

1012018 v2/SF

3

Stipulation & [Proposed] Order to
Reset Hearing Date
Case No. C 04-2000 CW (EDL)

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 |   |
| 4 | Date: October 10, 2006 |
| 5 | _____ |
|   | Honorable Magistrate Judge Elizabeth D. Laporte |
|   | UNITED STATES DISTRICT COURT JUDGE |

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

4

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned certifies that the foregoing document was filed electronically in compliance |
| 3 | with Civil L.R. 5-6 on October 10, 2006. As such, this motion was served on all counsel who are |
| 4 | deemed to have consented to electronic service. Civil L.R. 5-6. |
| 5 | /s/ Brian E. Mitchell |

5