| | |
|---|---|
| 1 | K.T. Cherian (SBN 133967)<br>  cheriank@howrey.com |
| 2 | Duane H. Mathiowetz (SBN 111831)<br>  mathiowetzd@howrey.com |
| 3 | Henry C. Su (SBN 211202)<br>  suh@howrey.com |
| 4 | Rick C. Chang (SBN 209515)<br>  changr@howrey.com |
| 5 | HOWREY LLP<br>525 Market Street, Suite 3600 |
| 6 | San Francisco, California 94105<br>Telephone: (415) 848-4900 |
| 7 | Facsimile: (415) 848-4999 |
| 8 | Attorneys for Consolidated Plaintiff O2 MICRO INTERNATIONAL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| MONOLITHIC POWER SYSTEMS, INC. a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[Consolidated with C 06-2929 CW (EDL)]<br><br>**[PROPOSED] ORDER GRANTING IN PART O2 MICRO INTERNATIONAL'S MOTION TO COMPEL OF DOCUMENTS AND 30(B)(6) DEPOSITION FROM MPS (DKT. #331)**<br><br>Judge: Hon. Magistrate Judge Elizabeth D. Laporte<br><br>Date: October 3, 2006<br>Time: 2:00 p.m.<br>Ctrm: E, 15th Floor | |

Having considered the pleadings and papers filed and the arguments presented at the October 3, 2006 hearing on this matter, the Court hereby GRANTS in part O2 Micro's Motion to Compel Production of Documents and 30(b)(6) Deposition From MPS (Dkt. # 331). It is hereby ORDERED THAT:

    1.    MPS shall produce all remaining documents and, to the extent necessary, redacted versions of documents containing privileged information, that are responsive to O2 Micro's Fourth Request for Production of Documents and Things, Request Nos. 77-85; and

HOWREY LLP

Case No. C 04-2000 CW (EDL)
[PROPOSED] ORDER GRANTING IN PART O2 MICRO'S MTC
PROD OF DOCS & 30(B)(6) DEPO FROM MPS(DKT. #331)
DM_US\8397874.v1

2. MPS shall provide a witness to testify on behalf of MPS on Topics 2, 3, 4, 5, and 8 in O2 Micro's Amended Second Rule 30(b)(6) Notice of Deposition Regarding MPS's Control Over the Sumida Action.

**IT IS SO ORDERED.**

Dated: October 10, 2006

Hon. Magistrate Judge Elizabeth D. Laporte
United States District Court

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

HOWREY LLP

Case No. C 04-2000 CW (EDL)
[PROPOSED] ORDER GRANTING IN PART O2 MICRO'S MTC
PROD OF DOCS & 30(B)(6) DEPO FROM MPS(DKT. #331)
DM_US\8397874.v1

-2-