K.T. Cherian (SBN 133967)
 cheriank@howrey.com
Duane H. Mathiowetz (SBN 111831)
 mathiowetzd@howrey.com
Henry C. Su (SBN 211202)
 suh@howrey.com
Rick C. Chang (SBN 209515)
 changr@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Consolidated Plaintiff O2 MICRO INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[Consolidated with C 06-2929 CW (EDL)]<br><br>**[~~PROPOSED~~] ORDER GRANTING IN PART O2 MICRO INTERNATIONAL'S MOTION TO COMPEL ASUSTEK COMPUTER INC.'S PRODUCTION OF DOCUMENTS (DKT. #341)**<br><br>Judge: Hon. Magistrate Judge Elizabeth D. Laporte<br><br>Date: October 3, 2006<br>Time: 2:00 p.m.<br>Ctrm: E, 15th Floor |

Having considered the pleadings and papers filed and the arguments presented at the October 3, 2006 hearing on this matter, the Court hereby GRANTS in part O2 Micro's Motion to Compel the production of documents from ASUSTeK Computer Inc. ("ASUSTeK") (Dkt. #341). It is hereby ORDERED that:

1. ASUSTeK will (1) produced all e-mail communications and technical documents referring or relating to the accused MPS products, or (2) provide declarations from the engineers that it employs, as identified during the deposition of Kevin Tseng, establishing that they have searched for

**HOWREY LLP**

Case No. C 04-2000 CW (EDL)
[~~PROPOSED~~] ORDER GRANTING IN PART O2 MICRO'S MTN
TO COMPEL ASUSTEK'S PROD OF DOCS (DKT. #341)

1  all such e-Mail communications and technical documents and produced all that were found, or (3) a
2  combination of (1) and (2);

3      2.    ASUSTeK will produce representative samples of purchase orders, shipping documents
4  and packing slips evidencing MPS inverter controllers purchased by ASUSTeK from 2001 to the
5  present (representative samples provided on a month by month basis);

6      4.    ASUSTeK will produce financial document relating to sales to Apple, Epson, Hitachi
7  and HP/Compaq, or, in the alternative, provide a declaration stating that is does not sell accused
8  products to Apple, Epson, Hitachi and HP/Compaq; and

9      5.    ASUSTeK will produce business plans since 2001 related to the sale of products
10 incorporating accused MPS products to the United States, including those identified in the deposition
11 of Chung Wen ("Joyce") Liao.

12 **IT IS SO ORDERED.**

13 Dated: __October 10, 2006__

    Hon. Magistrate Judge Elizabeth D. Laporte
    United States District Court

*[Stamp: IT IS SO ORDERED, Judge Elizabeth D. Laporte, United States District Court, Northern District of California]*

**HOWREY LLP**

Case No. C 04-2000 CW (EDL)
[PROPOSED] ORDER GRANTING IN PART O2 MICRO'S MTN
TO COMPEL ASUSTEK'S PROD OF DOCS (DKT. #341)

-2-