UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>02 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>[~~PROPOSED~~] ORDER DENYING PLAINTIFF O2 MICRO INTERNATIONAL LTD.'S MOTION TO COMPEL THE RE-DEPOSITION OF A RULE 30(B)(6) WITNESS OF DEFENDANT MONOLITHIC POWER SYSTEMS, INC. (DKT. #337)<br><br>Date: October 3, 2006<br>Time: 2:00 p.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Hon. Magistrate Judge Elizabeth D. Laporte |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[~~PROPOSED~~] ORDER DENYING MOTION TO
COMPEL MPS PROD. OF DOCS., ETC.
C 04-2000 CW (EDL)

## ORDER

Having considered the pleadings and papers filed and the arguments presented at the October 3, 2006 hearing on this matter, the Court hereby DENIES Plaintiff O2 Micro International Ltd.'s ("O2 Micro's") Motion to Compel the Re-Deposition of a Rule 30(b)(6) Witness Prepared to Testify Regarding Topics 3, 34, 35, and 41-44 of O2 Micro's First Notice of Deposition of Defendant Monolithic Power Systems, Inc. ("MPS") and Topics 1 through 5 of O2 Micro's Second Notice of Deposition to MPS on the grounds that moving party failed to satisfy appropriate meet and confer requirements prior to filing its motion.

**IT IS SO ORDERED.**

Dated: October 10, 2006

_____
Hon. Magistrate Judge Elizabeth D. Laporte

IT IS SO ORDERED
Judge Elizabeth D. Laporte

SUBMITTED BY:

Dated: October __, 2006

COOLEY GODWARD KRONISH LLP

By: /s/ Brian E. Mitchell
Brian E. Mitchell

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER DENYING MOTION TO
COMPEL RE-DEPOSITION OF 30(B)(6) WITNESS
C 04-2000 CW (EDL)

| | |
|---|---|
| 1 | JAMES P. BROGAN (155906) |
| 2 | (jbrogan@cooley.com) |
|   | COOLEY GODWARD KRONISH LLP |
| 3 | 380 Interlocken Crescent, Suite 900 |
|   | Broomfield, CO  80021-8023 |
| 4 | Telephone:      (720) 566-4000 |
|   | Facsimile:       (720) 566-4099 |

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:      (415) 693-2000
Facsimile:       (415) 693-2222

LATHAM & WATKINS
ROBERT STEINBERG (126407)
(bob.steinberg@lw.com)
MARK A. FLAGEL (110635)
(mark.flagel@lw.com)
633 West Fifth Street, Suite 4000
Los Angeles, California  90071-2007
Telephone:      (213) 485-1234
Facsimile:       (213) 891-8763

LATHAM & WATKINS
DEAN G. DUNLAVEY (115530)
(dean.dunlavey@lw.com)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone:      (714) 540-1235
Facsimile:       (714) 755-8290

Attorneys for Plaintiff and Counter-Defendant
Monolithic Power Systems, Inc.

1011884 v1/SF

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER DENYING MOTION TO
COMPEL RE-DEPOSITION OF 30(B)(6) WITNESS
C 04-2000 CW (EDL)