1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>02 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendants.<br><hr><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>[PROPOSED] ORDER DENYING PLAINTIFF O2 MICRO INTERNATIONAL LTD.'S MOTION TO COMPEL DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S PRODUCTION OF DOCUMENTS, DEPOSITION TESTIMONY, RESPONSES TO INTERROGATORIES, AND RESPONSES TO REQUESTS FOR ADMISSION (DKT. #343)<br><br>Date: October 3, 2006<br>Time: 2:00 p.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Hon. Magistrate Judge Elizabeth D. Laporte |
|---|---|

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DENYING MOTION TO
COMPEL MPS PROD. OF DOCS., ETC.
C 04-2000 CW (EDL)

**ORDER**

Having considered the pleadings and papers filed and the arguments presented at the October 3, 2006 hearing on this matter, the Court hereby DENIES Plaintiff O2 Micro International Ltd.'s ("O2 Micro's") Motion to Compel documents, deposition testimony, responses to interrogatories, and responses to requests for admissions from Defendant Monolithic Power Systems, Inc. ("MPS") on the grounds that moving party failed to satisfy appropriate meet and confer requirements prior to filing its motion. Regardless, the parties have been requested to continue to meet and confer as to the categories of documents for which MPS had sought clarification prior to O2 Micro's motion having been filed, which MPS's counsel represented at the hearing that he would do in good faith.

**IT IS SO ORDERED.**

Dated: October 10, 2006

Hon. Magistrate Judge Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

SUBMITTED BY:

Dated: October __, 2006

COOLEY GODWARD KRONISH LLP

By: /s/ Brian E. Mitchell
   Brian E. Mitchell

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER DENYING MOTION TO
COMPEL MPS PROD. OF DOCS., ETC.
C 04-2000 CW (EDL)

| | |
|---|---|
| 1 | |
| 2 | JAMES P. BROGAN (155906)<br>(jbrogan@cooley.com)<br>COOLEY GODWARD KRONISH LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021-8023<br>Telephone:     (720) 566-4000<br>Facsimile:      (720) 566-4099 |

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:     (720) 566-4000
Facsimile:      (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

LATHAM & WATKINS
ROBERT STEINBERG (126407)
(bob.steinberg@lw.com)
MARK A. FLAGEL (110635)
(mark.flagel@lw.com)
633 West Fifth Street, Suite 4000
Los Angeles, California  90071-2007
Telephone:     (213) 485-1234
Facsimile:      (213) 891-8763

LATHAM & WATKINS
DEAN G. DUNLAVEY (115530)
(dean.dunlavey@lw.com)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone:     (714) 540-1235
Facsimile:      (714) 755-8290

Attorneys for Plaintiff and Counter-Defendant
Monolithic Power Systems, Inc.

1011387 v2/SF

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER DENYING MOTION TO
COMPEL MPS PROD. OF DOCS., ETC.
C 04-2000 CW (EDL)