KAI TSENG (STATE BAR NO. 193756)
MATTHEW J. HULT (STATE BAR NO. 197137)
SANJEET K. DUTTA (STATE BAR NO. 203463)
HSIANG H. LIN (STATE BAR NO. 241472)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendant
COMPAL ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a California corporation, <u>et al.</u>,<br><br>Defendants. | **Case No. C 06-02929 CW (EDL)**<br><br>**(Consolidated with Case No. C 04-2000 CW (EDL))**<br><br>**[~~COMPAL ELECTRONICS, INC.'S ALTERNATIVE PROPOSED~~] ORDER GRANTING IN PART AND DENYING IN PART O2 MICRO INTERNATIONAL LIMITED'S MOTION TO COMPEL COMPAL ELECTRONICS, INC.'S PRODUCTION OF DOCUMENTS (DKT. # 339)**<br><br>Date: October 3, 2006<br>Time: 2:00PM<br>Courtroom: Courtroom E, 15th Floor<br>Judge: Hon. Magistrate Judge Elizabeth D. Laporte |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | |

**[~~COMPAL'S ALTERNATIVE PROPOSED~~] ORDER RE O2 MICRO'S MOTION TO COMPEL (DKT # 339)**
**CASE NO. C 06-02929 CW (EDL)**

# ORDER

Having considered the pleadings and papers filed and the arguments presented at the October 3, 2006 hearing on this matter, the Court hereby GRANTS O2 Micro's Motion to Compel Compal's Production of Documents (Dkt. #339). It is hereby ORDERED that Compal shall produce:

1. Updated Notebook Sales and Cost Reports for USA Area summaries from January 1, 2005 to the fact discovery cut-off of August 18, 2006;

2. Updated Quantity of Inverters Purchased (Monthly by Inverter Chip Model Number) from January 1, 2005 to the fact discovery cut-off of August 18, 2006;

3. Updated Notebook Sales Report for USA area from January 1, 2005 to the fact discovery cut-off of August 18, 2006; and

4. Updated Notebook Configuration Report from January 1, 2005 to the fact discovery cut-off of August 18, 2006.

Compal shall have until January 3, 2007 to complete production of documents listed in (1) to (4) above.

The parties have stipulated regarding inspection of Compal's electronically searchable summaries at Orrick's offices in Menlo Park, CA, thus this issue is moot.

The Court denies O2 Micro's request for further responses to its Requests for Admission Nos. 1 and 2 for not satisfying the appropriate meet and confer requirements prior to filing its motion.

**It is SO ORDERED.**

Dated: October 11, 2006

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

- 1 -

[COMPAL'S ALTERNATIVE PROPOSED] ORDER RE
O2 MICRO'S MOTION TO COMPEL (DKT # 339)
CASE NO. C 06-02929 CW (EDL)

OHS West:260106404.1