1  Henry Bunsow
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Duane H. Mathiowetz (SBN 111831)
   mathiowetzd@howrey.com
4  Henry C. Su (SBN 211202)
   suh@howrey.com
5  HOWREY LLP
   525 Market Street, Suite 3600
6  San Francisco, California 94105
   Telephone: (415) 848-4900
7  Facsimile: (415) 848-4999

8  Attorneys for Plaintiff
   O2 MICRO INTERNATIONAL LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br>vs.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, *et al.,*<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS. | Case No. C 04-02000 CW (EDL)<br><br>Case No. C 06-02929 CW<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF FIRST COUNT OF O2 MICRO'S THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND UNFAIR COMPETITION** |

HOWREY LLP

DM_US\8395684

STIPULATED DISMISSAL OF 1ST COUNT OF 3RD
AMENDED COMPLAINT
Case No. C 04-02000 CW (EDL)

O2 Micro International Limited ("O2 Micro"), plaintiff in Case No. C 06 2929 CW, does hereby stipulate to dismissal of Count One of Plaintiff's Third Amended Complaint for Patent Infringement and Unfair Competition.  The dismissal is with prejudice to O2 Micro reasserting United States Patent No. 6,804,129 ("the '129 patent") against the named defendants as to those products identified in O2 Micro's Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions Pursuant to Patent Rule 3-1.  Specifically, O2 Micro covenants not to assert or reassert its '129 patent against named defendants for infringement by MPS full bridge inverter controllers (and products incorporating said controllers) made, used, imported, offered for sale or sold previously or currently having product designations MP1010, MP1010B, MP1011, MP1012, MP1013, MP1015, MP1016, MP1018, MP1022, MP1023, MP1024, MP1025, MP1026, MP1027, MP1029, MP1030, MP1031, MP1032, MP1035 and MP1038, evaluation boards EV0001, EV0002, EV0003, EV0004, EV0014, EV0017, EV0019, EV0027, EV0031 and EV0037 incorporating certain of those inverter controllers, Asustek products incorporating the MP1010B, MP1011, MP1015 and/or MP1037 inverter controller chips, and Compal's products incorporating the MP1010, MP1010B, MP1015, MP1016, and/or MP1037 inverter chips.  O2 Micro does not intend this stipulation to apply to any parties other than those expressly identified herein and does not intend this stipulation to have preclusive effect (such as collateral estoppel or res judicata) as to any issue or claim asserted in the future except as expressly set forth herein.

Dated:  October 11, 2006                                          HOWREY LLP


                                                                   By:   /s/Henry C. Su
                                                                              Henry C. Su
                                                                         Attorneys for Plaintiff
                                                                         O2 Micro International Limited

| | | |
|---|---|---|
| 1 | Dated: October 11, 2006 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | By: /s/Matthew J. Brigham |
| 4 | | Matthew J. Brigham |
| 5 | | Attorneys for Defendants Monolithic Power Systems, Inc., ASMC, Asustek Computer, Inc., and Michael Hsing |
| 6 | | |
| 7 | Dated: October 11, 2006 | ORRICK HERRINGTON & SUTCLIFFE |
| 8 | | |
| 9 | | By: /s/Kaiwen Tseng |
| 10 | | Kaiwen Tseng |
| 11 | | Attorneys for Defendant Compal Electronics, Inc. |
| 12 | Dated: October 11, 2006 | LOCKE LIDDLE & SAPP LLP |
| 13 | | |
| 14 | | By: /s/Thomas A. Connop |
| 15 | | Thomas A. Connop |
| 16 | | Attorneys for Third-Party Defendants Delta Electronics, Inc. and Delta Products Corp. |

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Dated: October 5, 2006          By: /s/Henry C. Su

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/11/06

*[signature]*

Hon. Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on October 11, 2006, a true and correct copy of:

**STIPULATED DISMISSAL WITH PREJUDICE OF FIRST COUNT OF O2 MICRO'S THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND UNFAIR COMPETITION**

was served on the following counsel of record for Defendants electronically through this Court's Electronic Case Filing System, in accordance with Civil Local Rule 5-5(b):

Thomas J. Friel, Jr.
tfriel@cooley.com
Matthew J. Brigham
mbrigham@cooley.com
COOLEY GODWARD LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

James P. Brogan
jbrogan@cooley.com
Chad T. Nitta
nittact@cooley.com
COOLEY GODWARD LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Thomas Allan Connop
tconnop@lockeliddell.com
Charles Edward Phipps
cphipps@lockeliddell.com
LOCKE LIDDELL & SAPP, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

Randall G. Block
randall.block@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Brian E. Mitchell
bmitchell@cooley.com
COOLEY GODWARD LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile: (415) 693-2222

Robert Steinberg
bob.steinberg@lw.com
Mark A. Flagel
mark.flagel@lw.com
LATHAM & WATKINS
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Dean G. Dunlavey
dean.dunlavey@lw.com
LATHAM & WATKINS
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Kaiwen Tseng
ktseng@orrick.com
Sanjeet K. Dutta
sdutta@orrick.com
Matthew J. Hult
matthult@orrick.com
James Lin
jlin@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

  /s/ Henry C. Su
   Henry C. Su

HOWREY LLP

DM_US\8395684.v3

STIPULATED DISMISSAL OF 1ST COUNT OF 3RD
AMENDED COMPLAINT
Case No. C 04-2000 CW