1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a California corporation, <u>et al.</u>,<br><br>Defendants. | Case No.  C 06-02929 CW (EDL)<br><br>**(Consolidated with Case No. C 04-2000 CW (EDL))**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CERTAIN DEPOSITIONS** |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | |

WHEREAS, Monolithic Power Systems, Inc. ("MPS") and Compal Electronics, Inc. ("Compal") agree that the deadline for completing certain depositions for non-patent issues noticed by MPS and Compal should be amended because the schedules of the parties and deponents involved, and MPS' and Compal's efforts to resolve their disputes in this case, prevented all depositions from being completed before the deadline.

1   THEREFORE, MPS and Compal hereby notify the Court pursuant to Civil Local

2   Rule 7-12 that they request the Court to modify the discovery deadlines for depositions noticed by

3   MPS and Compal in this case to allow the following depositions to occur on or before December

4   15, 2006:

5       Michael Hsing        Saria Tseng        Leonard Kao

6       Frankie Hsieh        Fiona Wang        Daniel Hsu

7       Rule 30(b)(6) deposition of MPS by Compal

8       Rule 30(b)(6) deposition of Compal by MPS

10  Dated:  October 25, 2006                          COOLEY GODWARD KRONISH LLP

12                                              By: */s/ Brian E. Mitchell (with permission)*
13                                                   Brian E. Mitchell

14  THOMAS J. FRIEL, JR. (80065)
    (tfriel@cooley.com)
15  MATTHEW J. BRIGHAM (191428)
    (mbrigham@cooley.com)
16  COOLEY GODWARD LLP
    3000 El Camino Real
17  Five Palo Alto Square
    Palo Alto, CA  94306
18  Telephone:     (650) 843-5000
    Facsimile:     (650) 857-0663

19  JAMES P. BROGAN (155906)
    (jbrogan@cooley.com)
20  COOLEY GODWARD LLP
    380 Interlocken Crescent, Suite 900
21  Broomfield, CO  80021-8023
    Telephone:     (720) 566-4000
22  Facsimile:     (720) 566-4099

23  BRIAN E. MITCHELL (190095)
    (bmitchell@cooley.com)
24  COOLEY GODWARD LLP
    101 California Street, 5th Floor
25  San Francisco, CA  94111-5800
    Telephone:     (415) 693-2000
26  Facsimile:     (415) 693-2222

27  Attorneys for Monolithic Power Systems, Inc.,
    Advanced Semiconductor Manufacturing
28  Corporation Limited, ASUSTeK Computer,

- 2 -

**JOINT STIPULATION TO EXTEND
CERTAIN DEPOSITION DEADLINES
CASE NO. C 06-02929 CW (EDL)**

Inc., and Michael Hsing

ROBERT STEINBERG (126407)
(bob.steinberg@lw.com)
MARK A. FLAGEL (110635)
(mark.flagel@lw.com)
LATHAM & WATKINS
633 West Fifth Street, Suite 4000
Los Angeles, California  90071-2007
Telephone:        (213) 485-1234
Facsimile:         (213) 891-8763

DEAN G. DUNLAVEY (115530)
(dean.dunlavey@lw.com)
LATHAM & WATKINS
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone:        (714) 540-1235
Facsimile:         (714) 755-8290

Attorneys for
MONOLITHIC POWER SYSTEMS, INC.

Dated:  October 25, 2006

By: */s/ Hsiang H. Lin*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kai Tseng
Matthew J. Hult
Sanjeet K. Dutta
Hsiang H. Lin
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: 650.614.7400
Facsimile: 650.614.7401

Attorneys for
COMPAL ELECTRONICS, INC.

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 25, 2006            By: */s/ Hsiang H. Lin*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/26 , 2006     By: *Claudia Wilken*
Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

OHS West:260114150.1