1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR CERTAIN DEPOSITIONS** |

O2 Micro International Ltd. ("O2 Micro") and Monolithic Power Systems, Inc. ("MPS") agree that the deadline for completing certain depositions should be amended because the schedules of the parties and deponents involved prevented all depositions from being completed before the deadline. The parties are also still negotiating the appropriateness of certain of the noticed depositions.

As a result, O2 Micro and MPS hereby notify the Court pursuant to Civ. L.R. 7-12 that they request the Court to modify the discovery deadlines for depositions in this case to allow the depositions of the following individuals to occur (if at all) on or before the deadlines stated below:

**1. Damages Experts**

The deposition of John Jarosz shall occur on or before November 16, 2006.

**2. Non-Patent Issue Deponents**

The previously noticed depositions of Joe Lin, Yung-Lin Lin, Perry Kuo, Saria Tseng, Jeffery Anne Tatum, and the two 30(b)(6) Deposition Notices served on O2 Micro, shall occur (if at all) on or before December 15, 2006.  O2 Micro also contends that it is entitled to another deposition on topics 1-12 from the Second 30(b)(6) Deposition Notice served on MPS on July 19, 2006, which shall also occur (if at all) on or before December 15, 2006.

In light of these modified deadlines, the parties also request that the deadlines for filing motions to compel set forth in Civil Local Rule 26-2 be triggered off of the December 15, 2006 date rather than November 1, 2006.

No other deadlines or limits are modified by this stipulation.  This stipulation does not preclude a party from challenging the other party's right to take one or more of the depositions listed above.

Dated:  November 6, 2006                                        COOLEY GODWARD KRONISH LLP


By: */s/ Matthew J. Brigham*
　　　Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:       (650) 843-5000
Facsimile:        (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO   80021-8023
Telephone:       (720) 566-4000
Facsimile:        (720) 566-4099

BRIAN E. MITCHELL (190095)

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIPULATION TO EXTEND CERTAIN
DEPOSITION DEADLINES
CASE NO. C 04-02000 CW (EDL)

1  (bmitchell@cooley.com)
   COOLEY GODWARD LLP
2  101 California Street, 5th Floor
   San Francisco, CA   94111-5800
3  Telephone:      (415) 693-2000
   Facsimile:       (415) 693-2222
4
   Attorneys for Monolithic Power Systems, Inc.,
5  Advanced Semiconductor Manufacturing
   Corporation Limited, ASUSTeK Computer,
6  Inc., and Michael Hsing

7  ROBERT STEINBERG (126407)
   (bob.steinberg@lw.com)
8  MARK A. FLAGEL (110635)
   (mark.flagel@lw.com)
9  LATHAM & WATKINS
   633 West Fifth Street, Suite 4000
10 Los Angeles, California  90071-2007
   Telephone:      (213) 485-1234
11 Facsimile:       (213) 891-8763

12 DEAN G. DUNLAVEY (115530)
   (dean.dunlavey@lw.com)
13 LATHAM & WATKINS
   650 Town Center Drive, 20th Floor
14 Costa Mesa, California 92626-1925
   Telephone:      (714) 540-1235
15 Facsimile:       (714) 755-8290

16 Attorneys for Monolithic Power Systems, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

**JOINT STIPULATION TO EXTEND CERTAIN
DEPOSITION DEADLINES
CASE NO. C 04-02000 CW (EDL)**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  November 1, 2006 | By: */s/ Henry Su* (with permission) |
| 3 | | McDERMOTT WILL & EMERY LLP |
| | | Terrence P. McMahon |
| 4 | | Stephen J. Akerley |
| | | Bijal V. Vakil |
| 5 | | Shamita D. Etienne |
| | | 3150 Porter Dr. |
| 6 | | Palo Alto, CA 94304 |
| | | Telephone: 650.813.5000 |
| 7 | | Facsimile: 650.813.5100 |

Dated:  November 1, 2006

By: */s/ Henry Su* (with permission)

McDERMOTT WILL & EMERY LLP
Terrence P. McMahon
Stephen J. Akerley
Bijal V. Vakil
Shamita D. Etienne
3150 Porter Dr.
Palo Alto, CA 94304
Telephone: 650.813.5000
Facsimile: 650.813.5100

HOWREY LLP
Korula T. Cherian
Duane H. Mathiowetz
525 Market Street, Suite 3600
San Francisco, CA 941-5
Telephone: 415.848.4900
Facsimile: 415.848.4999

Attorneys for O2 Micro International Limited

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

4.

**JOINT STIPULATION TO EXTEND CERTAIN DEPOSITION DEADLINES
CASE NO. C 04-02000 CW (EDL)**

1
2   Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of
3   perjury that concurrence in the filing of the document has been obtained from its signatory.
4   Dated: November 1, 2006                              By: */s/ Matthew J. Brigham*

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

5.

**JOINT STIPULATION TO EXTEND CERTAIN DEPOSITION DEADLINES**
**CASE NO. C 04-02000 CW (EDL)**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/6, 2006          By: /s/ Claudia Wilken

Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

6.

**JOINT STIPULATION TO EXTEND CERTAIN DEPOSITION DEADLINES**
**CASE NO. C 04-02000 CW (EDL)**