COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR CERTAIN DEPOSITIONS** |

WHEREAS, Monolithic Power Systems, Inc. ("MPS") and Delta Electronics, Inc. ("Delta") agree that the deadline for completing certain depositions should be amended because the schedules of the parties and deponents involved prevented all depositions from being completed before the deadline.

THEREFORE, MPS and Delta hereby notify the Court pursuant to Civ. L.R. 7-12 that they request the Court to modify the discovery deadlines for depositions in this case to allow the depositions of the following individuals to occur on or before the deadlines stated below:

1  The depositions of Delta employee MJ Yang and Delta's Rule 30(b)(6) representative
2  shall occur on or before January 1, 2007.

3  Dated:  December 14, 2006                             COOLEY GODWARD KRONISH LLP

                                                        By: */s/ Matthew J. Brigham*
                                                            Matthew J. Brigham

                                                        THOMAS J. FRIEL, JR. (80065)
                                                        (tfriel@cooley.com)
                                                        MATTHEW J. BRIGHAM (191428)
                                                        (mbrigham@cooley.com)
                                                        COOLEY GODWARD KRONISH LLP
                                                        3000 El Camino Real
                                                        Five Palo Alto Square
                                                        Palo Alto, CA  94306
                                                        Telephone:      (650) 843-5000
                                                        Facsimile:      (650) 857-0663

                                                        JAMES P. BROGAN (155906)
                                                        (jbrogan@cooley.com)
                                                        COOLEY GODWARD KRONISH LLP
                                                        380 Interlocken Crescent, Suite 900
                                                        Broomfield, CO   80021-8023
                                                        Telephone:      (720) 566-4000
                                                        Facsimile:      (720) 566-4099

                                                        BRIAN E. MITCHELL (190095)
                                                        (bmitchell@cooley.com)
                                                        COOLEY GODWARD KRONISH LLP
                                                        101 California Street, 5th Floor
                                                        San Francisco, CA   94111-5800
                                                        Telephone:      (415) 693-2000
                                                        Facsimile:      (415) 693-2222

                                                        Attorneys for Monolithic Power Systems, Inc.,
                                                        Advanced Semiconductor Manufacturing
                                                        Corporation Limited, ASUSTeK Computer,
                                                        Inc., and Michael Hsing

                                                        ROBERT STEINBERG (126407)
                                                        (bob.steinberg@lw.com)
                                                        MARK A. FLAGEL (110635)
                                                        (mark.flagel@lw.com)
                                                        LATHAM & WATKINS
                                                        633 West Fifth Street, Suite 4000
                                                        Los Angeles, California  90071-2007
                                                        Telephone:      (213) 485-1234
                                                        Facsimile:      (213) 891-8763

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIPULATION TO EXTEND CERTAIN
DEPOSITION DEADLINES
CASE NO. C 04-02000 CW (EDL)

DEAN G. DUNLAVEY (115530)
(dean.dunlavey@lw.com)
LATHAM & WATKINS
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone:   (714) 540-1235
Facsimile:    (714) 755-8290

Attorneys for Monolithic Power Systems, Inc.

Dated:  December 11, 2006

By: */s/ Thomas A. Connop* (with permission)

Thomas A. Connop
Charles Phipps
Locke, Liddell & Sapp
2200 Ross Avenue, Suite 2200
Dallas, TX  75201-6776
Telephone: (214) 740-8687
Facsimile: (214) 756-8547

Bruce D. Celebrezze
Randall Block
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Stuart Tower, 8th Floor
San Francisco, CA  94105
Telephone:   (415) 781-7900
Facsimile:    (415) 781-2635

ATTORNEYS FOR
DELTA ELECTRONICS, INC.

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: December 11, 2006                              By: */s/ Matthew J. Brigham*

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

JOINT STIPULATION TO EXTEND CERTAIN
DEPOSITION DEADLINES
CASE NO. C 04-02000 CW (EDL)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/14, 2006    By: *Claudia Wilken*

Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

743047 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

4.

JOINT STIPULATION TO EXTEND CERTAIN
DEPOSITION DEADLINES
CASE NO. C 04-02000 CW (EDL)