IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>02 MICRO INTERNATIONAL LIMITED,<br><br>    Defendant.<br>_____/ | No. 04-02000 CW<br>**(consolidated with C-06-2929 CW)**<br><br>ORDER GRANTING AS MODIFIED JOINT STIPULATION TO EXTEND DEADLINE FOR CERTAIN DEPOSITIONS AND MODIFY SUMMARY JUDGMENT MOTION SCHEDULE |

    Having considered the Joint Stipulation to Extend Deadline for Certain Depositions and Modify Summary Judgment Motion Schedule, the Court grants the stipulation to extend the discovery deadline for certain depositions to January 5, 2007, and modifies the summary judgment schedule wherein Compal shall file its opening summary judgment brief by January 5, 2007.  MPS shall file its opposition and any cross-motion contained within a single brief limited to 25 pages on January 19, 2007.  Compal's reply and opposition to the cross motion contained within a single brief limited to 25 pages will be due January 26, 2007, and any surreply by MPS will be due February 2, 2007.

    IT IS SO ORDERED.

        12/14/06

Dated _____        _____
                                    CLAUDIA WILKEN
                                    United States District Judge