UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>O2 MICRO INTERNATIONAL LIMITED,<br><br>    Defendant.<br>_____<br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS.<br>_____/ | No. 04-2000 CW  (EDL)<br><br>ORDER GRANTING MPS, ASMC, ASUSTEK, AND HSING'S MOTION FOR ISSUANCE OF THIRD PARTY SUBPOENA PURSUANT TO 28 U.S.C. § 1783 |

    The Court has reviewed Movants MPS, ASMC, ASUSTEK and Hsing's administrative motion for issuance of third-party subpoena to Kwang Hua Liu pursuant to 28 U.S.C. § 1783, O2 Micro's Response thereto, and the reply papers. O2 Micro points out correctly that the Movants did not follow the proper procedure by presenting its request for issuance of a subpoena as a motion for administrative relief. The Court nonetheless recognizes the urgency of the timing and need for an immediate decision, and construes the administrative motion as a motion for shortened time, grants the request for shortened time, and concludes that the papers on file are sufficient to decide the issues presented. The Court cautions the parties, however, that in the future, such improper administrative motions will not be entertained.

    Movants have demonstrated that, under the circumstances presented to the Court, the issuance of a subpoena pursuant to § 1783 to compel Dr. Kwang Hua Liu's appearance at a deposition in the

United States before January 1, 2007, is necessary in the interest of justice. As Taiwan is not a signatory to the Hague Convention, service of the subpoena shall be effected in accordance with Federal Rule of Civil Procedure 4(f)(2)(C)(ii). See Trueposition, Inc. v. Sunon, Inc., 2006 WL 1686635 at *5-6 (E.D. Pa., June 14, 2006); Power Integrations, Inc. v. System General Corp., 2004 WL 2806168, at *1 (N.D.Cal. Dec. 7, 2004). Movants shall prepare the subpoena for issuance by the Clerk of Court, designating the time and place for Dr. Liu's appearance, and shall provide the Clerk of Court with an address label and appropriate postage for Global Express international mail/return receipt requested, addressed to Dr. Liu at his Taiwan address. The Clerk of Court shall deposit the subpoena in the U.S. Mail. Movants shall also serve a copy of the subpoena on Dr. Liu's local counsel at Fenwick & West.

As the parties have represented to the Court that Dr. Liu has already planned a visit to California between December 22, 2006 and January 1, 2007, the Court finds that payment of attendance fees and local mileage in accordance with 28 U.S.C. § 1821 is sufficient to reimburse Dr. Liu's local travel and attendance expenses related to the deposition. The Court estimates these expenses to total $100, without prejudice to allowing Dr. Liu to demonstrate a higher amount of expenses. Movants shall tender this amount to Dr. Liu on the day of the deposition.

This order disposes of Docket No. 618.

IT IS SO ORDERED.

Dated: December 14, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge