COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CERTAIN DEPOSITIONS** |

WHEREAS, Monolithic Power Systems, Inc. ("MPS") and O2 Micro International Ltd. ("O2 Micro") agree that the deadline for completing certain depositions should be amended because the schedules of the parties and deponents involved prevented all depositions from being completed before the deadline.

THEREFORE, MPS and O2 Micro hereby notify the Court pursuant to Civ. L.R. 7-12 that they request the Court to modify the discovery deadlines for depositions in this case to allow the depositions of the following individuals to occur on or before the deadlines set forth below:

- January 5, 2007 for O2 Micro (pursuant to FRCP 30(b)(6)) and Yung-Lin Lin pursuant to the Amended Deposition Notices served on December 6, 2006.

- January 9, 2007 for O2 Micro (pursuant to FRCP 30(b)(6)) and Perry Kuo pursuant to the Deposition Notices served on October 13, 2006.

In light of these modified deadlines, the parties also request that the deadlines for filing motions to compel set forth in Civil Local Rule 26-2 be triggered off of the January 9, 2007 date rather than December 15, 2006.

This stipulation does not prohibit either party from filing a motion to compel or motion for protective order relating to these depositions.

Dated:  December 15, 2006                                COOLEY GODWARD KRONISH LLP


By: */s/ Matthew J. Brigham*
      Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:       (650) 843-5000
Facsimile:         (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO   80021-8023
Telephone:       (720) 566-4000
Facsimile:         (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:       (415) 693-2000
Facsimile:         (415) 693-2222

Attorneys for Monolithic Power Systems, Inc., Advanced Semiconductor Manufacturing Corporation Limited, ASUSTeK Computer,

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIP. TO EXTEND CERTAIN DEPOSITION
DEADLINES
CASE NO. C 04-02000 CW (EDL)

|   |   |
|---|---|
| 1 | Inc., and Michael Hsing |
| 2 | ROBERT STEINBERG (126407) |
|   | (bob.steinberg@lw.com) |
| 3 | MARK A. FLAGEL (110635) |
|   | (mark.flagel@lw.com) |
| 4 | LATHAM & WATKINS |
|   | 633 West Fifth Street, Suite 4000 |
| 5 | Los Angeles, California  90071-2007 |
|   | Telephone:      (213) 485-1234 |
| 6 | Facsimile:      (213) 891-8763 |

DEAN G. DUNLAVEY (115530)
(dean.dunlavey@lw.com)
LATHAM & WATKINS
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone:      (714) 540-1235
Facsimile:      (714) 755-8290

Attorneys for Monolithic Power Systems, Inc.

Dated:  December 15, 2006          By: */s/ Henry Su* (with permission)
                                    HOWREY LLP
                                    Korula T. Cherian
                                    Duane H. Mathiowetz
                                    Henry C. Su
                                    525 Market Street, Suite 3600
                                    San Francisco, CA 941-5
                                    Telephone: 415.848.4900
                                    Facsimile: 415.848.4999

Attorneys for O2 Micro International Limited

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: December 15, 2006                         By: */s/ Matthew J. Brigham*

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

JOINT STIP. TO EXTEND CERTAIN DEPOSITION
DEADLINES
CASE NO. C 04-02000 CW (EDL)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/19 , 2006   By: /s/ Claudia Wilken

Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

743058 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

4.

JOINT STIP. TO EXTEND CERTAIN DEPOSITION
DEADLINES
CASE NO. C 04-02000 CW (EDL)