IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., | No. 04-02000 CW |
| Plaintiff, | ORDER FOR FURTHER MEDIATION |
| v. | |
| 02 MICRO INTERNATIONAL LIMITED, | |
| Defendant. / | |

Having considered Defendant's request for further mediation and Plaintiff's opposition thereto,

IT IS HEREBY ORDERED that parties continue to mediate with Judge Cahill.

Dated 12/20/06

CLAUDIA WILKEN
United States District Judge