1  COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

| | |
|---|---|
| 12 MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | CASE NO. C 04-2000 CW (EDL) |
| 13 | [CONSOLIDATED WITH C 06-2929] |
| 14   Plaintiff, | **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS BETWEEN MONOLITHIC POWER SYSTEMS, INC. AND DELTA ELECTRONICS, INC.** |
| 15   v. | |
| 16 O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | |
| 17   Defendant. | Trial Date:   April 30, 2007 |
| 18 | |
| 19 AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

20

21      Monolithic Power Systems, Inc. ("MPS") and Delta Electronics, Inc. ("DEI") jointly

22 submit the following stipulation regarding the dismissal with prejudice as to all pending claims

23 and causes of action between one another.

24      WHEREAS DEI filed a cross-claim against MPS in the case captioned *O2 Micro*

25 *International Ltd. v. Monolithic Power Systems, Inc., et al.*, Case No. 2:04-CV-359 TJW on or

26 about November 7, 2005 in the United States District Court for the Eastern District of Texas

27 ("the Texas action");

28

1  WHEREAS MPS filed an answer and counterclaim against DEI in the Texas action on or
2  about December 19, 2005 and an amended answer and counterclaim against DEI on or about
3  January 9, 2006;

4  WHEREAS the Texas action was transferred to this district in or about March 2006,
5  whereupon it was given the case number C 06-02929 CW and subsequently consolidated with
6  Case No. C 04-02000 CW;

7  WHEREAS DEI and MPS have agreed to a settlement of the matters in dispute between
8  them and have stipulated to the entry of this Order of Dismissal;

9  IT IS THEREFORE STIPULATED THAT:

10  1.  All claims asserted in this lawsuit by DEI against MPS and by MPS against DEI
11  are hereby dismissed with prejudice.

12  2.  Each party shall bear its own costs, expenses and attorneys' fees.

13

14  Dated:  December 14, 2006                COOLEY GODWARD KRONISH LLP

15

16                                            By /s/ *Matthew J. Brigham*
                                                 Matthew J. Brigham
17

18                                            THOMAS J. FRIEL, JR. (80065)
                                              (tfriel@cooley.com)
19                                            MATTHEW J. BRIGHAM (191428)
                                              (mbrigham@cooley.com)
20                                            COOLEY GODWARD KRONISH LLP
                                              3000 El Camino Real
21                                            Five Palo Alto Square
                                              Palo Alto, California 94306
22                                            Telephone:  (650) 843-5000
                                              Facsimile:   (650) 857-0663
23
                                              JAMES P. BROGAN (155906)
24                                            (jbrogan@cooley.com)
                                              COOLEY GODWARD KRONISH LLP
25                                            380 Interlocken Crescent, Suite 900
                                              Broomfield, Colorado 80021-8023
26                                            Telephone:  (720) 566-4000
                                              Facsimile:   (720) 566-4099
27
                                              BRIAN E. MITCHELL (190095)
28                                            (bmitchell@cooley.com)

| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | 101 California Street, 5th Floor<br>San Francisco, California 94111-5800 |
| 3 | Telephone:  (415) 693-2000<br>Facsimile:   (415) 693-2222 |
| 4 | |
| 5 | LATHAM & WATKINS LLP |
| 6 | DEAN G. DUNLAVEY (115530) |
| 7 | (dean.dunlavey@lw.com)<br>LATHAM & WATKINS LLP |
| 8 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, California 92626-1925 |
| 9 | Telephone:  (714) 540-1235<br>Facsimile:   (714) 755-8290 |
| 10 | |
| 11 | ROBERT STEINBERG (126407)<br>(bob.steinberg@lw.com) |
| 12 | MARK A. FLAGEL (110635)<br>(mark.flagel@lw.com) |
| 13 | LATHAM & WATKINS LLP<br>633 West Fifth Street, Suite 4000 |
| 14 | Los Angeles, California 90071-2007<br>Telephone:  (213) 485-1234 |
| 15 | Facsimile:   (213) 891-8763 |
| 16 | Attorneys for Monolithic Power Systems, Inc. |
| 17 | Dated:  December 14, 2006                LOCKE LIDDELL & SAPP LLP |
| 18 | |
| 19 | By /s/ *Thomas Connop* |
| 20 |         Thomas Connop |
| 21 | THOMAS A. CONNOP<br>(Admitted Pro Hac Vice) |
| 22 | 2200 Ross Avenue, Suite 2000<br>Dallas, Texas 75201 |
| 23 | Telephone:  (214) 740-8000<br>Facsimile:   (214) 740-8800 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |


SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE (102181)
RANDALL BLOCK (121330)
KAREN SHELAR (230560)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Delta Electronics, Inc.

 Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated:  December 14, 2006      By /s/ *Matthew J. Brigham*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 20, 2006      _____
                   Hon. Claudia Wilken
                   United States District Judge

743044 v1/PA