| | |
|---|---|
| 1 | COUNSEL LISTED ON SIGNATURE PAGE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a California corporation, <u>et al.</u>,<br><br>Defendants. | Case No.  C 06-02929 CW (EDL)<br><br>(Consolidated with Case No. C 04-2000 CW (EDL))<br><br>**RULE 41 STIPULATION AND ORDER OF DISMISSAL** |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Compal Electronics, Inc., Delta Electronics, Inc. and Delta Products Corporation (collectively, the "Parties") hereby stipulate that all claims and defenses between the Parties in the above-referenced action, including all claims asserted in any complaint, third-party complaint, or counterclaims filed in the above-referenced action by any of the Parties to this Stipulation shall be dismissed with prejudice. Each party shall bear its own fees and costs.

| | | |
|---|---|---|
| 1 | Dated: December 13, 2006 | /s/ *Thomas A. Connop (with permission)* |
| 2 | | Thomas A. Connop |
| | | Texas State Bar No. 04702500 |
| 3 | | (Admitted *pro hac vice*) |
| 4 | | Charles E. Phipps |
| | | Texas State Bar No. 00794457 |
| 5 | | (Admitted *pro hac vice*) |

LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
PH: (214)740-8000
FX: (214)740-8800
tconnop@lockeliddell.com
cphipps@lockeliddell.com

Bruce Celebrezze
Randall Block
SEDGWICK DETERT MORAN & ARNOLD, LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California  94105
Telephone:  (415) 627-3439
Facsimile:   (415) 781-2635
bruce.celebrezze@sdma.com

**ATTORNEYS FOR THIRD PARTY DEFENDANTS DELTA ELECTRONICS, INC. AND DELTA PRODUCTS CORPORATION**

Dated: December 13, 2006        /s/ *Kai Tseng*

Kai Tseng (State Bar No. 193756)
Matthew J. Hult (State Bar No. 197137)
Sanjeet K. Dutta (State Bar No. 203463)
Hsiang H. Lin (State Bar No. 241472)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401

**ATTORNEYS FOR THIRD PARTY PLAINTIFF COMPAL ELECTRONICS, INC.**

1                   **SO ORDERED, PURSUANT TO LOCAL RULE 77-2:**

2   DATED: 12/20/06

3                                 */s/ Claudia Wilken*

4                      **HONORABLE CLAUDIA WILIKEN**
                        **UNITED STATES DISTRICT JUDGE**

6   OHS West:260142290.1