1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | CASE NO. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF COMPAL ELECTRONICS, INC.'S CROSS-COMPLAINT AGAINST MONOLITHIC POWER SYSTEMS, INC.**<br><br>Trial Date:    April 30, 2007 |

Compal Electronics, Inc. ("Compal") and Monolithic Power Systems, Inc. ("MPS") jointly submit the following stipulation regarding the dismissal without prejudice as to all pending claims and causes of action by Compal against MPS.

WHEREAS Compal filed a cross-complaint against MPS in the case captioned *O2 Micro International Ltd. v. Monolithic Power Systems, Inc., et al.*, Case No. 2:04-CV-359 TJW on or about August 15, 2005 in the United States District Court for the Eastern District of Texas ("the Texas action");

WHEREAS MPS filed an answer disputing all of Compal's claims and causes of action;

WHEREAS the Texas action was transferred to this district in or about March 2006, whereupon it was given the case number C 06-02929 CW and subsequently consolidated with Case No. C 04-02000 CW;

WHEREAS Compal and MPS have stipulated to the entry of this Order of Dismissal;

IT IS THEREFORE STIPULATED THAT:

All claims asserted in this lawsuit by Compal against MPS, including, without limitation, Compal's claims against MPS for breach of warranty of title and non-infringement, breach of warranty of merchantability, breach of warranty of fitness for a particular purpose, and indemnity, are hereby dismissed without prejudice.

Dated:  December 22, 2006                COOLEY GODWARD KRONISH LLP


By /s/ *Matthew J. Brigham*
    Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, California 94306
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, Colorado 80021-8023
Telephone:  (720) 566-4000
Facsimile:   (720) 566-4099

2

**Stipulation and [Proposed] Order of Dismissal of
Compal's Cross-Complaint Against MPS
Case Number: C 04-2000 CW (EDL)**

| | |
|---|---|
| 1 | BRIAN E. MITCHELL (190095) |
| 2 | (bmitchell@cooley.com)<br>COOLEY GODWARD KRONISH LLP |
| 3 | 101 California Street, 5th Floor<br>San Francisco, California 94111-5800 |
| 4 | Telephone:  (415) 693-2000<br>Facsimile:   (415) 693-2222 |
| 5 | LATHAM & WATKINS LLP |
| 6 | DEAN G. DUNLAVEY (115530) |
| 7 | (dean.dunlavey@lw.com)<br>LATHAM & WATKINS LLP |
| 8 | 650 Town Center Drive, 20th Floor<br>Costa Mesa, California 92626-1925 |
| 9 | Telephone:  (714) 540-1235<br>Facsimile:   (714) 755-8290 |
| 10 | LATHAM & WATKINS LLP |
| 11 | ROBERT STEINBERG (126407) |
| 12 | (bob.steinberg@lw.com)<br>MARK A. FLAGEL (110635) |
| 13 | (mark.flagel@lw.com)<br>LATHAM & WATKINS LLP |
| 14 | 633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071-2007 |
| 15 | Telephone:  (213) 485-1234<br>Facsimile:   (213) 891-8763 |
| 16 | Attorneys for Monolithic Power Systems, Inc. |

| | | |
|---|---|---|
| 18 | Dated:  December 22, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 20 | | By /s/ *Kai Tseng* |
| 21 | |     Kai Tseng |
| 22 | | KAI TSENG (193756)<br>MATTHEW J. HULT (197137) |
| 23 | | SANJEET K. DUTTA (203463)<br>HSIANG H. LIN (241472) |
| 24 | | 1000 Marsh Road<br>Menlo Park, California 94025 |
| 25 | | Telephone:  (650) 614-7400<br>Facsimile:  (650) 614-7401 |
| 26 | | Attorneys for Compal Electronics, Inc. |

3

**Stipulation and [Proposed] Order of Dismissal of Compal's Cross-Complaint Against MPS
Case Number: C 04-2000 CW (EDL)**

1    Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of
2 perjury that concurrence in the filing of the document has been obtained from its signatory.
3 Dated:  December 22, 2006                By /s/ *Matthew J. Brigham*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  January 3, 2007

*[signature: Claudia Wilken]*

Hon. Claudia Wilken
United States District Judge

743664 v2/PA

4

**Stipulation and [Proposed] Order of Dismissal of
Compal's Cross-Complaint Against MPS
Case Number: C 04-2000 CW (EDL)**