1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>    Plaintiff,<br>    vs.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, *et al.*,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS. | Case No. C 04-02000 CW (EDL)<br><br>Case No. C 06-02929 CW<br><br>**JOINT STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS**<br><br>Date:  February 16, 2007<br>Time   10:00 a.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

**HOWREY LLP**

JT. STIP. & [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE
Case No. C 04-02000 CW (EDL)

1  Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff O2 Micro International Limited ("O2
2  Micro") and Defendants Monolithic Power Systems, Inc. and Michael Hsing (collectively,
3  "Defendants") hereby stipulate to and request that this Court amend the briefing schedule set forth in
4  its July 10, 2006 Amended Order Setting Schedule and Discovery Limits (Doc. No. 06-cv-02929-19)
5  for summary judgment motions on non-patent issues, as follows:

| Current Deadline | Proposed Deadline | Event |
|---|---|---|
| Fri., January 5, 2007 | **Mon., January 8, 2007** | Plaintiff's opening summary judgment brief (unless the parties decide that Defendants should file first) |
| Fri., January 19, 2007 | **Mon., January 22, 2007** | Defendants' (preferably joint) opposition to summary judgment and cross motion |
| Fri., January 26, 2007 | **Sat., January 27, 2007** | Plaintiff's reply brief to summary judgment motion and opposition to cross motion |

15  The adjustments proposed above are supported by the accompanying Declaration of Henry C. Su.  No
16  other deadlines or dates are changed.

17  Dated:  January 8, 2007                                HOWREY LLP

 /s/ Henry C. Su
Henry C. Su

Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
Duane H. Mathiowetz (SBN 111831)
mathiowetzd@howrey.com
K.T. Cherian (SBN 133967)
cheriank@howrey.com
Henry C. Su (SBN 211202)
suh@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Counsel for Plaintiff O2 MICRO
INTERNATIONAL LIMITED

| | | |
|---|---|---|
| 1 | Dated: January 8, 2007 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | /s/ Matthew J. Brigham |
| | | Matthew J. Brigham |
| 4 | | |
| | | Thomas J. Friel, Jr. (SBN 80065) |
| 5 | | tfriel@cooley.com |
| | | Matthew J. Brigham (SBN 191428) |
| 6 | | mbrigham@cooley.com |
| | | COOLEY GODWARD KRONISH LLP |
| 7 | | 3000 E. Camino Real |
| | | Five Palo Alto Square |
| 8 | | Palo Alto, California  94306 |
| | | Telephone:  (650) 843-5000 |
| 9 | | Facsimile:  (650) 857-0663 |
| 10 | | James P. Brogan (SBN 155906) |
| | | Jbrogan@cooley.com |
| 11 | | COOLEY GODWARD KRONISH LLP |
| | | 380 Interlocken Crescent, Suite 900 |
| 12 | | Broomfield, Colorado 80021-8023 |
| | | Phone:  (720) 566-4000 |
| 13 | | Facsimile:  (720) 566-4099 |
| 14 | | Brian E. Mitchell (SBN 190095) |
| | | bmitchell@cooley.com |
| 15 | | COOLEY GODWARD KRONISH LLP |
| | | 101 California Street, 5th Floor |
| 16 | | San Francisco, California  94111-5800 |
| | | Telephone:  (415) 693-2000 |
| 17 | | Facsimile:  (415) 693-2222 |
| 18 | | Dean G. Dunlavey (115530) |
| | | dean.dunlavey@lw.com |
| 19 | | LATHAM & WATKINS LLP |
| | | 650 Town Center Drive, 20th Floor |
| 20 | | Costa Mesa, California 92626-1925 |
| | | Telephone: (714) 540-1235 |
| 21 | | Facsimile: (714) 755-8290 |
| 22 | | |
| | | Robert Steinberg (126407) |
| 23 | | bob.steinberg@lw.com |
| | | Mark A. Flagel (110635) |
| 24 | | mark.flagel@lw.com |
| | | LATHAM & WATKINS LLP |
| 25 | | 633 West Fifth Street, Suite 4000 |
| 26 | | Los Angeles, California 90071-2007 |
| | | Telephone: (213) 485-1234 |
| 27 | | Facsimile: (213) 891-8763 |
| 28 | | Counsel for Defendants MONOLITHIC POWER |
| | | SYSTEMS, INC. AND MICHAEL HSING |

HOWREY LLP

JT. STIP. & [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE          2
Case No. C 04-02000 CW (EDL)

| | | |
|---|---|---|
| 1 | Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury | |
| 2 | that concurrence in the filing of the document has been obtained from each of its signatories. | |
| 3 | | |
| 4 | Dated: January 8, 2007 | By: /s/Henry C. Su |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1/8/07
Dated:_____

*[signature: Claudia Wilken]*

_____
CLAUDIA WILKEN
United States District Judge

**CERTIFICATE OF SERVICE**

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on January 8, 2007, a true and correct copy of:

**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS**

was served on the following counsel of record for Defendants electronically through this Court's Electronic Case Filing System, in accordance with Civil Local Rule 5-5(b):

| | |
|---|---|
| Thomas J. Friel, Jr.<br>tfriel@cooley.com<br>Matthew J. Brigham<br>mbrigham@cooley.com<br>COOLEY GODWARD LLP<br>3000 El Camino Real<br>Five Palo Alto Square<br>Palo Alto, CA  94306<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 | James P. Brogan<br>jbrogan@cooley.com<br>Chad T. Nitta<br>nittact@cooley.com<br>COOLEY GODWARD LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021-8023<br>Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099 |
| Thomas Allan Connop<br>tconnop@lockeliddell.com<br>Charles Edward Phipps<br>cphipps@lockeliddell.com<br>LOCKE LIDDELL & SAPP, LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX  75201<br>Telephone: (214) 740-8000<br>Facsimile: (214) 740-8800 | Randall G. Block<br>randall.block@sdma.com<br>SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA  94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 |
| Brian E. Mitchell<br>bmitchell@cooley.com<br>COOLEY GODWARD LLP<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800<br>Telephone:  (415) 693-2000<br>Facsimile: (415) 693-2222 | Robert Steinberg<br>bob.steinberg@lw.com<br>Mark A. Flagel<br>mark.flagel@lw.com<br>LATHAM & WATKINS<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA  90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |

HOWREY LLP

CERTIFICATE OF SERVICE
Case No. C 04-02000 CW (EDL)

| | |
|---|---|
| Dean G. Dunlavey<br>dean.dunlavey@lw.com<br>LATHAM & WATKINS<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA  92626-1925<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 | Kaiwen Tseng<br>ktseng@orrick.com<br>Sanjeet K. Dutta<br>sdutta@orrick.com<br>Matthew J. Hult<br>matthult@orrick.com<br>James Lin<br>jlin@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401 |

  /s/Henry C. Su
   Henry C. Su

**HOWREY LLP**

CERTIFICATE OF SERVICE
Case No. C 04-02000 CW (EDL)