1  COUNSEL LISTED ON SIGNATURE PAGE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | Case No. C 04-2000 CW (EDL) |
| Plaintiff, | [CONSOLIDATED WITH C 06-2929] |
| v. | **JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR CERTAIN DEPOSITION** |
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

WHEREAS, Monolithic Power Systems, Inc. ("MPS") and O2 Micro International Ltd. ("O2 Micro") agree that the deadline for completing a certain deposition should be amended because the schedules of the parties and deponent involved prevented the deposition from being completed before the deadline.

THEREFORE, MPS and O2 Micro hereby notify the Court pursuant to Civ. L.R. 7-12 that they request the Court to modify the discovery deadlines for depositions in this case to allow the deposition of the following individual to occur on or before the deadline set forth below:

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

JOINT STIP. TO EXTEND CERTAIN DEPOSITION
DEADLINES
CASE NO. C 04-02000 CW (EDL)

- January 31, 2007 for O2 Micro (pursuant to FRCP 30(b)(6)) and Perry Kuo pursuant to the Deposition Notices served on October 13, 2006.

In light of this modified deadline, the parties also request that the deadline for filing motions to compel directed at the deposition above be triggered off of the January 31, 2007 date rather than the current date of January 9, 2007.

Dated: January 11, 2007                                         COOLEY GODWARD KRONISH LLP


By: */s/ Matthew J. Brigham*
       Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:       (650) 843-5000
Facsimile:         (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO   80021-8023
Telephone:       (720) 566-4000
Facsimile:         (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:       (415) 693-2000
Facsimile:         (415) 693-2222

ROBERT STEINBERG (126407)
(bob.steinberg@lw.com)
MARK A. FLAGEL (110635)
(mark.flagel@lw.com)
LATHAM & WATKINS
633 West Fifth Street, Suite 4000
Los Angeles, California  90071-2007
Telephone:       (213) 485-1234
Facsimile:         (213) 891-8763

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIP. TO EXTEND CERTAIN DEPOSITION
DEADLINES
CASE NO. C 04-02000 CW (EDL)

Case 4:04-cv-02000-CW   Document 668   Filed 01/11/07   Page 3 of 4

DEAN G. DUNLAVEY (115530)
(dean.dunlavey@lw.com)
LATHAM & WATKINS
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone:	(714) 540-1235
Facsimile:	(714) 755-8290

Attorneys for Monolithic Power Systems, Inc.

Dated:  January 9, 2007                    By: */s/ Henry Su* (with permission)
HOWREY LLP
Korula T. Cherian
Duane H. Mathiowetz
Henry C. Su
525 Market Street, Suite 3600
San Francisco, CA 941-5
Telephone: 415.848.4900
Facsimile: 415.848.4999

Attorneys for O2 Micro International Limited

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: January 9, 2007                                        By: */s/ Matthew J. Brigham*

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

**JOINT STIP. TO EXTEND CERTAIN DEPOSITION DEADLINES**
**CASE NO. C 04-02000 CW (EDL)**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/11 , 2007        By: /s/ Claudia Wilken
                              Honorable Claudia Wilken
                              UNITED STATES DISTRICT JUDGE

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

4.

**JOINT STIP. TO EXTEND CERTAIN DEPOSITION DEADLINES**
**CASE NO. C 04-02000 CW (EDL)**