IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>            Defendant.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/<br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, <u>et al.</u>,<br><br>            Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS.<br>_____/ | No. C 04-2000 CW<br><br>(consolidated with No. C 06-2929 CW)<br><br>ORDER CONCERNING COURT-APPOINTED EXPERT |

     At the hearing on October 27, 2006, the Court informed the parties that, if this case went to trial, the Court would order a court-appointed expert to testify on the technology at issue.  See

1  Fed. R. Evid. 706.  Therefore, the parties are ordered to submit a
2  statement to this Court within a week from the date of this order.
3      The parties shall inform the Court whether their clients are
4  willing to waive a jury.  In addition, the parties shall meet and
5  confer concerning the individual that the Court will select as the
6  court-appointed expert.  If they cannot agree on the individual,
7  the parties shall try to agree on the process for selecting the
8  individual and shall inform the Court of the agreed process.  If
9  the parties cannot agree on a process, O2 Micro shall provide MPS,
10 ASMC and ASUSTeK with two nominees; MPS, ASMC and ASUSTeK shall
11 provide O2 Micro with two nominees.  The parties will provide the
12 Court with commentary, no more than five pages per side, on why the
13 Court should select one of their nominees, and not one of the
14 opposing side's nominees.
15     The parties are also ordered to submit a proposed schedule,
16 including when the parties will provide the court-appointed expert
17 with information, and what information will be provided, when the
18 court-appointed expert's report should be due and when the parties
19 will depose the court-appointed expert.
20     The Court will consider the parties' statement and then issue
21 an order.
22     IT IS SO ORDERED.

25 Dated: 1/17/07

   CLAUDIA WILKEN
26 United States District Judge