COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CERTAIN DEPOSITION** |

WHEREAS, Monolithic Power Systems, Inc. ("MPS") and O2 Micro International Ltd. ("O2 Micro") agree that the deadline for completing a certain deposition should be amended because the schedules of the parties and deponent involved prevented the deposition from being completed before the deadline.

THEREFORE, MPS and O2 Micro hereby notify the Court pursuant to Civ. L.R. 7-12 that they request the Court to modify the discovery deadlines for depositions in this case to allow the deposition of the following individual to occur on or before the deadline set forth below:

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

JOINT STIP. TO EXTEND CERTAIN DEPOSITION
DEADLINES
CASE NO. C 04-02000 CW (EDL)

- February 27, 2007 for O2 Micro (pursuant to FRCP 30(b)(6)) and Perry Kuo pursuant to the Deposition Notices served on October 13, 2006.

In light of this modified deadline, the parties also request that the deadline for filing motions to compel directed at the deposition above be triggered off of the February 27, 2007 date rather than the current date of January 31, 2007.

Dated: January 31, 2007                                   COOLEY GODWARD KRONISH LLP


By: */s/ Matthew J. Brigham*
　　　Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:       (650) 843-5000
Facsimile:        (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO   80021-8023
Telephone:       (720) 566-4000
Facsimile:        (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:       (415) 693-2000
Facsimile:        (415) 693-2222

ROBERT STEINBERG (126407)
(bob.steinberg@lw.com)
MARK A. FLAGEL (110635)
(mark.flagel@lw.com)
LATHAM & WATKINS
633 West Fifth Street, Suite 4000
Los Angeles, California  90071-2007
Telephone:       (213) 485-1234
Facsimile:        (213) 891-8763

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIP. TO EXTEND CERTAIN DEPOSITION
DEADLINES
CASE NO. C 04-02000 CW (EDL)

|   |   |
|---|---|
|   | DEAN G. DUNLAVEY (115530) |
|   | (dean.dunlavey@lw.com) |
|   | LATHAM & WATKINS |
|   | 650 Town Center Drive, 20th Floor |
|   | Costa Mesa, California 92626-1925 |
|   | Telephone:    (714) 540-1235 |
|   | Facsimile:    (714) 755-8290 |
|   | Attorneys for Monolithic Power Systems, Inc. |
| Dated:  January 31, 2007 | By: */s/ Henry Su* (with permission) |
|   | HOWREY LLP |
|   | Korula T. Cherian |
|   | Duane H. Mathiowetz |
|   | Henry C. Su |
|   | 525 Market Street, Suite 3600 |
|   | San Francisco, CA 941-5 |
|   | Telephone: 415.848.4900 |
|   | Facsimile: 415.848.4999 |
|   | Attorneys for O2 Micro International Limited |

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: January 31, 2007                                        By: */s/ Matthew J. Brigham*

3.   JOINT STIP. TO EXTEND CERTAIN DEPOSITION DEADLINES
CASE NO. C 04-02000 CW (EDL)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: <u>    2/1    </u>, 2007    By: _____
Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

746307 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

4.

**JOINT STIP. TO EXTEND CERTAIN DEPOSITION DEADLINES**
**CASE NO. C 04-02000 CW (EDL)**