IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>            Defendant.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/<br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, <u>et al.</u>,<br><br>            Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS.<br>_____/ | No. C 04-2000 CW<br><br>(consolidated with No. C 06-2929 CW)<br><br>ORDER APPOINTING COURT-APPOINTED EXPERT AND ADDRESSING OTHER MATTERS |

    On January 17, 2007, the Court ordered the parties to meet and confer concerning the individual that the Court will select as the court-appointed expert.  The parties have agreed upon an

individual: Dr. Seth R. Sanders, a Professor in the Department of Electrical Engineering and Computer Science at the University of California, Berkeley.  The parties, however, do not agree upon the scope of Dr. Sander's role as court-appointed expert or the materials he should receive.  The Court has considered the parties' positions on these issues and orders the following:

Subject to his agreement to do so, Dr. Sanders will serve as the court-appointed expert.  The parties will retain Dr. Sanders. O2 Micro shall pay for half of Dr. Sanders' fees and expenses; MPS, ASMC and ASUSTeK shall pay for the other half.  Each side will deposit a retainer, in an amount to be set by the Court, in the Cooley Godward Kronish and Howrey trust accounts respectively, which Dr. Sanders may bill.

Within a week from the date of this order, the parties will provide to Dr. Sanders the following materials: U.S. Patent No. 6,396,722 (the '722 patent), the prosecution history of that patent, any re-examination requests concerning the '722 patent, any office action(s) from those requests, claim construction briefs, technical expert witness reports, technical expert witness deposition transcripts, technical documentation for the accused products, prior art, infringement contentions/claim charts and invalidity contentions/charts and whatever other information he requests to be fully informed as to all of the technical matters in dispute.

Dr. Sanders will submit to the Court and the parties a report on the technical issues of this case, including infringement and validity issues, within thirty-five days of receiving the

2

materials. If the parties wish to depose Dr. Sanders, they may do so within ten days of receiving the report.

Dr. Sanders and the parties are ordered to appear before the Court for a conference on February 16, 2007 at 10:00 a.m, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California. At the conference the Court will inform Dr. Sanders of his duties and the parties shall have opportunity to participate. <u>See</u> Fed. R. Civ. P. 706(a).

IT IS SO ORDERED.

Dated: 2/2/07

CLAUDIA WILKEN
United States District Judge