1   Henry C. Bunsow (SBN 060707)
    bunsowh@howrey.com
2   K.T. Cherian (SBN 133967)
    cheriank@howrey.com
3   Duane H. Mathiowetz (SBN 111831)
    mathiowetzd@howrey.com
4   Henry C. Su (SBN 211202)
    suh@howrey.com
5   Ronald S. Wynn (SBN 105034)
    wynnr@howrey.com
6   HOWREY LLP
    525 Market Street, Suite 3600
7   San Francisco, California  94105
    Telephone:  (415) 848-4900
8   Facsimile:  (415) 848-4999

9   Attorneys for Plaintiff O2 Micro International Limited

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13  MONOLITHIC POWER SYSTEMS, INC., a        )   Case No. C 04-2000 CW (EDL)
    Delaware corporation,                    )
14                                           )
                   Plaintiff,                )   [consolidated with Case No. C 06-02929 CW
15                                           )   (EDL)]
             vs.                             )
16                                           )   ████████████] ORDER GRANTING
                                             )   ADMINISTRATIVE MOTION TO FILE
17  O2 MICRO INTERNATIONAL LIMITED, a        )   UNDER SEAL EXHBIT C TO THE
    Cayman Islands corporation,              )   DECLARATION OF RONALD S. WYNN IN
18                                           )   SUPPORT OF MOTION TO COMPEL
                   Defendant.                )   FURTHER DEPOSITION OF JOHN C.
19  _____      )   JAROSZ
    AND RELATED COUNTERCLAIMS.               )
20                                           )
    _____      )
21  O2 MICRO INTERNATIONAL LIMITED, a        )
    Cayman Islands corporation,              )
22                                           )
                   Plaintiff,                )
23                                           )
             vs.                             )
24                                           )
    MONOLITHIC POWER SYSTEMS, INC. a         )
25  California corporation, et al.,          )
                                             )
26                 Defendants.               )
    _____      )
27  AND RELATED COUNTERCLAIMS, CROSS-        )
    CLAIMS AND THIRD PARTY CLAIMS.           )
28                                           )

1    Having considered the Administrative Motion To File Under Seal of plaintiff O2 MICRO

2  INTERNATIONAL LIMITED and its supporting Declaration of Ronald S. Wynn, the Court finds that

3  good cause exists under Civil L.R. 79-5 for the requested relief and hereby orders that the Motion is

4  GRANTED.

5    The Clerk shall maintain under seal EXHIBIT C to the DECLARATION OF RONALD S.

6  WYNN IN SUPPORT MOTION TO COMPEL FURTHER DEPOSITION OF JOHN C. JAROSZ.

7

8    IT IS SO ORDERED.

9

10 Dated: _____    February 15, 2007

11    _____
      Honorable Elizabeth D. Laporte
      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO FILE     1
UNDER SEAL
Case No. C 06-02929 CW (EDL)
DM_US\8422780.v1