IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., <br><br>Plaintiff, <br><br>v. <br><br>02 MICRO INTERNATIONAL LIMITED, <br><br>Defendant. | No. C-04-02000 CW (EDL) <br><br>**ORDER RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF RICK CHANG IN SUPPORT OF O2 MICRO INTERNATIONAL'S MOTION TO ENFORCE AND COMPEL MONOLITHIC POWER SYSTEMS, INC. TO PRODUCE "CONTROL DOCUMENTS"** |

The Court, having considered O2 Micro's Administrative Motion to File Under Seal, (Doc. No. 676), the January 26, 2007 Declaration of Matthew J. Brigham in Response to O2's Administrative Request to File Under Seal (Doc. No. 699), and having reviewed the documents at issue, finds good cause to seal Exhibit 14 and page MPS '722 017577 of Exhibit 15 to the Declaration of Rick Chang in Support of Plaintiff O2 Micro International Limited's Motion to Enforce and Compel Monolithic Power System, Inc. to Produce "Control Documents." O2 Micro shall publicly re-file Exhibit 11 and the remainder of Exhibit 15.

**IT IS SO ORDERED.**

Dated: February 23, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge