**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>          Defendant.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a California corporation, <u>et al.</u>,<br><br>          Defendants.<br>_____/<br>AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS.<br>_____/ | No. C 04-2000 CW<br><br>(consolidated with No. C 06-2929 CW)<br><br><br><br><br><br><br>ORDER CONCERNING POTENTIAL COURT-APPOINTED EXPERTS |

On February 28, 2007, Defendants submitted a letter to the Court identifying two potential court-appointed expert witnesses, Professor Enrico Santi and Dr. Thomas Szepesi. The parties are ordered to interview each of the two potential witnesses regarding their qualifications, impartiality and availability, via a conference call, at each witness' first availability. One day after the conference calls are completed, O2 Micro shall submit to the Court its choice between the two for the court-appointed expert witness, or its grounds for objecting to both potential witnesses. If O2 Micro objects to both, Defendants shall submit their response the next day.

The parties shall attempt to reach agreement as to the instructions to the selected court-appointed expert witness, informing the witness of his duties, and, if they are unable to do so, shall each submit their proposed instructions on March 7, 2007.

IT IS SO ORDERED.

Dated: 3/2/07

CLAUDIA WILKEN
United States District Judge