United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>    Defendant.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a California corporation, <u>et al.</u>,<br><br>    Defendants.<br>_____/<br>AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS.<br>_____/ | No. C 04-2000 CW<br><br>(consolidated with No. C 06-2929 CW)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER ON CLAIM CONSTRUCTION |

Defendants Monolithic Power Systems, Inc., Advanced Semiconductor Manufacturing Corporation Limited, ASUSTeK Computer, Inc. and Compal Electronics, Inc. move for leave to file a motion for reconsideration of this Court's order on claim construction.

Civil Local Rule 7-9(a) states as follows: "No party may notice a motion for reconsideration without first obtaining leave of Court to file the motion." A request for leave to file a motion for reconsideration may only be granted if the moving party shows:

> (1) That at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought. The party also must show that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order; or (2) The emergence of new material facts or change of law occurring after the time of such order; or (3) A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order.

Civil L.R. 7-9(b).

Defendants contend that reconsideration is proper under Civil Local Rule 7-9(b)(2). They note that, following the parties' briefing and the Court's hearing on claim construction, the Patent and Trademark Office rejected as unpatentable all asserted claims of O2 Micro's U.S. Patent No. 6,396,722 containing the "only if" and "first state/second state" limitations. Based on these new facts, Defendants request that the Court reconsider its decision to construe those two terms as they were previously construed by this Court and Judge Ward. They ask the Court to adopt their claim construction instead.

2

New material facts have emerged and, therefore, the Court GRANTS Defendants' Motion for Leave to File a Motion for Reconsideration of the Order on Claim Construction and for Further Construction in View of the New Intrinsic Evidence Submitted in Pending Reexamination Proceedings (Docket No. 764).  Defendants may file their proposed motion for reconsideration.  O2 Micro is ordered to file its opposition to Defendants' motion for reconsideration, within one week from the date of this order. Defendants may file a reply three days later.  The matter will be decided on the papers.

IT IS SO ORDERED.

Dated:  3/15/07

CLAUDIA WILKEN
United States District Judge

3