1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

| | |
|---|---|
| 12  MONOLITHIC POWER SYSTEMS, INC.,<br>a Delaware corporation, | Case No. C 04-2000 CW (EDL) |
| 13 | [CONSOLIDATED WITH C 06-2929] |
| 14          Plaintiff, | **ORDER GRANTING IN PART**<br>**ADMINISTRATIVE MOTION TO FILE** |
|    v. | **UNDER SEAL MONOLITHIC POWER** |
| 15 | **SYSTEMS, INC.'S MOTION TO COMPEL** |
| 16  O2 MICRO INTERNATIONAL LIMITED,<br>a Cayman Islands corporation, | **ADDITIONAL 30(B)(6) DEPOSITION AND**<br>**EXHIBITS B, C AND D TO DECLARATION** |
| 17          Defendant. | **OF MATTHEW BRIGHAM IN SUPPORT**<br>**THEREOF** |
| 18 | |
| 19 | Date: April 17, 2007 |
| 20 | Time: 9:00 a.m.<br>Location: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |
| 21 | |
| 22  AND RELATED COUNTERCLAIMS AND<br>CROSS-CLAIMS. | |
| 23 | |

24
25
26
27
28

1

## <u>ORDER</u>

2

3     The Court, having considered Monolithic Power Systems, Inc.'s ("MPS")

4   Administrative Motion To File Under Seal, the Declaration of Matthew J. Brigham in support

5   thereof, and the Declaration of Henry Su in Partial Support of MPS's administrative motion to

6   file under seal, finds good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby

7   orders that the Motion is GRANTED in part.

8     The Clerk shall maintain under seal Exhibits B and C to the Declaration of Matthew J.

9   Brigham in Support of MPS's Motion to Compel Additional 30(b)(6) Deposition.

10

11     **IT IS SO ORDERED.**

12

13   Dated: April 2, 2007

14                                                              _____

15                                                              Magistrate Judge Elizabeth D. Laporte

16

17

18

19

20

21

22

23

24

25

26

27

28