1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**ORDER ALLOWING EQUIPMENT IN COURTROOM**<br><br>Trial Date: April 30, 2007 |

## [PROPOSED] ORDER

The Court hereby allows the following equipment to be brought into the Courtroom on April 18, 2006.

1- 7' screen

1 LCD projector

1 Pedestal stand

1 17" flat panel monitor

1 Laptop

1 Distribution amplifier

1 1x6 switcher

1 Cart

Various cables

**IT IS SO ORDERED.**

4/18/07

Dated: _____, 2007          _____

                                            Judge Claudia Wilken

1.

[PROPOSED] ORDER ALLOWING EQUIPMENT
INTO COURTROOM
CASE NO. C 04-02000 CW