1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11

12

MONOLITHIC POWER SYSTEMS, INC.,
a Delaware corporation,

Case No. C 04-2000 CW (EDL)

13

Plaintiff,

[CONSOLIDATED WITH C 06-2929]

14

v.

**ORDER ALLOWING EQUIPMENT IN COURTROOM FOR TRIAL**

15

O2 MICRO INTERNATIONAL LIMITED,
a Cayman Islands corporation,

Trial Date: April 30, 2007

16

17

Defendant.

18

AND RELATED COUNTERCLAIMS AND
CROSS-CLAIMS.

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2

The Court hereby allows the following equipment to be brought into the Courtroom on

3

April 25, 2006 to remain in the courtroom for the duration of the trial for Case No. C 04-2000;

4

C 06-2929.

5

3- Dell laptops

6

1- ELMO HV-5000

7

10- NEC 17' Flatpanel Displays

8

4- Flatpanel Pedestals

9

1- Sanyo 5000 lumens LCD Projector

10

1- Da-lite 8' Projection Screen

11

2- Extron ADA 6 Distribution Amps

12

1- Extron 6x1 Switcher

13

1- Shure Mixer

14

1- Anchor Powered Speakers

15

2- Easels

16

1- HP Laser Printer (to be stored in witness room)

17

1- Small Desk

18

Miscellaneous stands, carts, cables, skirts, etc.

19

**IT IS SO ORDERED.**

20

21

Dated: April 24, 2007                    _____

22

Judge Claudia Wilken

23

24

25

26

27

28

**[PROPOSED]** ORDER ALLOWING EQUIPMENT
INTO COURTROOM
CASE NO. C 04-02000 CW

1.