UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>[~~PROPOSED~~] ORDER GRANTING MONOLITHIC POWER SYSTEMS, INC.'S MOTION TO COMPEL ADDITIONAL 30(B)(6) DEPOSITION<br><br>Date: April 17, 2007<br>Time: 9:00 a.m.<br>Location: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

The Court, having considered Monolithic Power Systems, Inc.'s Motion to Compel Additional 30(b)(6) Deposition of O2 Micro, O2 Micro's opposition, and oral argument, hereby GRANTS MPS's motion.

Within five business days, O2 Micro shall provide a declaration from its Legal Department signed under penalty of perjury regarding the investigation that was done by the company in response to the Rule 30(b)(6) Notice. This declaration shall include, but not be limited to, an identification of each individual spoken to and the information known, if any, by that individual. The provision of this declaration of O2 Micro's Legal Department shall not effect a waiver of the company's attorney-client privilege with its counsel.

Additionally, O2 Micro shall have its Legal Department contact Steve Lee and C.C. Kuo and ask them what knowledge they have concerning the sale of (or offer to sell) O2 Micro pre-IPO stock to customers with whom they were supporting during the relevant timeframe or their employees. If Mr. Lee and Mr. Kuo have no knowledge or recollection concerning such matters, then O2 Micro may so state in the declaration from its Legal Department. If Mr. Lee and/or Mr. Kuo have knowledge concerning such matters, then the parties shall confer regarding the most efficient means of disclosing this knowledge in discoverable form, such as in an in-person deposition, telephonic deposition, or deposition by written questions.

**IT IS SO ORDERED.**

Dated: ___April 26_____, 2007       _____
                                             Elizabeth D. Laporte
                                             United States Magistrate Judge