COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | CASE NO. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING TO O2 MICRO'S COLLATERAL ESTOPPEL CLAIM** |

STIPULATION REGARDING O2 MICRO COLLATERAL ESTOPPEL CLAIM
Case No. C 04-2000 CW (EDL)

DM_US:20457242_1

1  O2 Micro International Ltd. ("O2 Micro") and Monolithic Power Systems, Inc. ("MPS")
2  hereby stipulate as follows:
3  On May 15, 2007, the jury in the above entitled consolidated actions returned a verdict,
4  finding that (a) none of the asserted claims was literally infringed; (b) two of the asserted claims
5  (12 and 14) were infringed under the doctrine of equivalents; (c) all of the asserted claims are
6  invalid in light of the on sale bar; and (d) all of the asserted claims are invalid as obvious.
7  Because of this verdict, and absent entry by the Court of judgment as a matter of law in
8  favor of O2 Micro on the invalidity findings, or reversal of judgment of invalidity by the appellate
9  courts, the parties agree that O2 Micro's claim regarding collateral estoppel is moot.
10  Accordingly, the parties HEREBY STIPULATE THAT O2 Micro's collateral estoppel
11  claim has become moot and that this claim will not be tried to the Court at this time, but O2
12  Micro reserves the right to raise that defense if this Court enters judgment as a matter of law in
13  favor of O2 Micro on the invalidity findings, or if the appellate courts reverse any judgment of
14  invalidity and remand the case for a new trial.
15  JOINTLY SUBMITTED:
16  Dated: May 23, 2007                                HOWREY LLP

By: _____*/s/ Duane H. Mathiowetz*_____
         Duane H. Mathiowetz

   Henry C. Bunsow (SBN 060707)
   bunsowh@howrey.com
   K.T. Cherian (SBN 133967)
   cheriank@howrey.com
   Duane H. Mathiowetz (SBN 111831)
   mathiowetzd@howrey.com
   Henry C. Su (SBN 211202)
   suh@howrey.com
   HOWREY LLP
   525 Market Street, Suite 3600
   San Francisco, California 94105
   Telephone: (415) 848-4900
   Facsimile: (415) 848-4999

   Attorneys for Plaintiff
   O2 Micro International Limited

STIPULATION REGARDING O2 MICRO COLLATERAL ESTOPPEL CLAIM
Case No. C 04-2000 CW (EDL)                                                      1.

| | | |
|---|---|---|
| 1 | Dated: May 23, 2007 | COOLEY GODWARD KRONISH LLP |
| 2 | | By: */s/ Matthew J. Brigham* |
| 3 | | Matthew J. Brigham |
| 4 | | THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com) |
| 5 | | MATTHEW J. BRIGHAM (191428) (mbrigham@cooley.com) |
| 6 | | COOLEY GODWARD KRONISH LLP 3000 El Camino Real |
| 7 | | Five Palo Alto Square Palo Alto, CA  94306 |
| 8 | | Telephone:      (650) 843-5000 Facsimile:        (650) 857-0663 |
| 9 | | JAMES P. BROGAN (155906) (jbrogan@cooley.com) |
| 10 | | COOLEY GODWARD KRONISH LLP 380 Interlocken Crescent, Suite 900 |
| 11 | | Broomfield, CO  80021-8023 Telephone:      (720) 566-4000 |
| 12 | | Facsimile:        (720) 566-4099 |
| 13 | | BRIAN E. MITCHELL (190095) (bmitchell@cooley.com) |
| 14 | | COOLEY GODWARD KRONISH LLP 101 California Street, 5th Floor |
| 15 | | San Francisco, CA   94111-5800 Telephone:      (415) 693-2000 |
| 16 | | Facsimile:        (415) 693-2222 |
| 17 | | LATHAM & WATKINS ROBERT STEINBERG (126407) |
| 18 | | (bob.steinberg@lw.com) MARK A. FLAGEL (110635) |
| 19 | | (mark.flagel@lw.com) LATHAM & WATKINS |
| 20 | | 633 West Fifth Street, Suite 4000 Los Angeles, California  90071-2007 |
| 21 | | Telephone:      (213) 485-1234 Facsimile:        (213) 891-8763 |
| 22 | | |
| 23 | | DEAN G. DUNLAVEY (115530) (dean.dunlavey@lw.com) |
| 24 | | LATHAM & WATKINS 650 Town Center Drive, 20th Floor |
| 25 | | Costa Mesa, California 92626-1925 Telephone:      (714) 540-1235 |
| 26 | | Facsimile:        (714) 755-8290 |
| 27 | | Attorneys for Monolithic Power Systems, Inc. |
| 28 | | |

STIPULATION REGARDING O2 MICRO COLLATERAL ESTOPPEL CLAIM
Case No. C 04-2000 CW (EDL)

2.

1      Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of
2  perjury that concurrence in the filing of the document has been obtained from its signatory.
3  Dated: May 23, 2007                    By /s/ *Matthew J. Brigham*

4
5                                   **ORDER**
6
7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  Dated: May 24, 2007                     _/s/ Claudia Wilken_
9                                   Hon. Claudia Wilken
                                 United States District Judge

753787 v1/PA