IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a California corporation, <u>et al.</u>,<br><br>    Defendants.<br>_____/<br>AND RELATED CASES, CROSS-CLAIMS AND COUNTERCLAIMS.<br>_____/ | No. C 04-2000 CW<br>No. C 06-2929 CW<br><br><br>ORDER CONCERNING<br>REMAINING ISSUES |

    On May 15, 2007, the jury in the above entitled consolidated actions returned a verdict. In light of the verdict, the parties filed a stipulation that O2 Micro's collateral estoppel claim has become moot and that this claim will not be tried to the Court at this time. Other issues, however, remain that must still be tried to the Court: the section 17200 claims, unenforceability and willfulness. The parties are ordered to meet and confer and

1  submit a proposed schedule for resolving these remaining issues
2  within ten days from the date of this order.
3      IT IS SO ORDERED.
4
5  Dated: 5/29/07
   　　　　　　　　　　　　　　　　　 _____
6                                   CLAUDIA WILKEN
                                    United States District Judge