UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT TO DEFENDANTS' MOTION TO STRIKE THE UNTIMELY SUPPLEMENTAL EXPERT REPORT OF V. THOMAS RHYNE**<br><br>Trial Date: April 30, 2007 |

## ORDER

The Court, having considered Monolithic Power Systems, Inc., Advanced Semiconductor Manufacturing Corporation, ASUSTeK Computer, Inc., Compal Electronics, Inc. and Michael Hsing's (collectively, "Defendants") Administrative Motion To File Under Seal Exhibit 1 to Declaration of Brian E. Mitchell in Support of Motion to Strike Untimely Supplemental Expert Report of Dr. V. Thomas Rhyne, and the Amended Declaration of Brian E. Mitchell in support thereof, finds good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The Clerk shall maintain under seal Exhibit 1 to the Declaration of Brian E. Mitchell in Support of Motion to Strike Untimely Supplemental Expert Report of Dr. V. Thomas Rhyne.

**IT IS SO ORDERED.**

7/13

Dated: _____, 2007   _____

Judge Claudia Wilken