UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO DEFENDANTS' MOTIONS *IN LIMINE*** <br><br>Trial Date: April 30, 2007 |

## ORDER

The Court, having considered Monolithic Power Systems, Inc., Advanced Semiconductor Manufacturing Corporation, ASUSTeK Computer, Inc., Compal Electronics, Inc. and Michael Hsing's (collectively, "Defendants") Administrative Motion To File Under Seal Exhibits To Defendants' Motions *In Limine*, and the Amended Declaration of Matthew J. Brigham in support thereof, finds good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The Clerk shall maintain under seal Exhibits 6, 14, 20, 21, 22 and 23 to the Declaration of Matthew J. Brigham In Support of Defendants' Motions *in Limine*.

**IT IS SO ORDERED.**

Dated: _____ 7/13, 2007    _____
                                              Judge Claudia Wilken