UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF THOMAS RHYNE ON INFRINGEMENT**<br><br>Trial Date: April 30, 2007 |

## ORDER

The Court, having considered Defendants' Administrative Motion To File Under Seal Exhibits To Defendants' *Daubert* Motion To Exclude The Testimony Of Thomas Rhyne On Infringement, and the Amended Declaration of Matthew J. Brigham in support thereof, finds good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

The Clerk shall maintain under seal Exhibits 2, 3 and 4 to the Declaration of Matthew J. Brigham in Support of Monolithic Power Systems, Inc., Advanced Semiconductor Manufacturing Corporation, ASUSTeK Computer, Inc., and Compal Electronics, Inc.'s *Daubert* Motion To Exclude The Testimony Of Thomas Rhyne On Infringement.

**IT IS SO ORDERED.**

7/13

Dated: _____, 2007   _____
                                             Judge Claudia Wilken