IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>    Defendant.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/<br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, <u>et al.</u>,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS.<br>_____/ | No. C 04-2000 CW<br><br>(consolidated with No. C 06-2929 CW)<br><br>ORDER CLARIFYING COURT'S JULY 16, 2007 SCHEDULING ORDER |

    In the Court's July 16, 2007 order denying Defendants' motion for partial judgment and setting schedule on remaining issues, the Court stated that O2 Micro would file an opposition to Defendants'

inequitable conduct motion as well as a cross-motion and a sur-reply.  Neither a cross-motion nor sur-reply, however, is necessary: the Court will either grant or deny Defendants' motion for a finding of inequitable conduct.  Therefore, Defendants' motion for a finding of inequitable conduct is due today, August 10, 2007.  O2 Micro's opposition will be due on August 17, 2007.  Defendants' reply will be due on August 24, 2007.

IT IS SO ORDERED.

Dated: 8/10/07

CLAUDIA WILKEN
United States District Judge

2