1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | CASE NO. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF MPS'S UNFAIR COMPETITION CLAIM AGAINST O2 MICRO AND O2 MICRO'S UNFAIR COMPETITION CLAIM AGAINST MPS AND MICHAEL HSING** |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY CLAIMS. | |

O2 Micro International Limited ("O2 Micro"), Monolithic Power Systems, Inc. ("MPS"), and Michael Hsing ("Hsing") jointly submit the following stipulation regarding the dismissal with prejudice as to the unfair competition claims pending between the parties.

WHEREAS MPS filed a Second Counterclaim of unfair competition against O2 Micro in the case captioned *O2 Micro International Ltd. v. Monolithic Power Systems, Inc., et al.*, Case No. 4:06-CV-02929-CW on or about July 28, 2006 (D.I. 44);

WHEREAS O2 Micro filed an answer disputing MPS's claim and cause of action;

WHEREAS O2 Micro filed a Fourth Count of unfair competition against MPS and Hsing

1  in the case captioned *O2 Micro International Ltd. v. Monolithic Power Systems, Inc., et al.*, Case
2  No. 4:06-CV-02929-CW on or about July 26, 2006 (D.I. 39);

3      WHEREAS MPS and Hsing filed an answer disputing O2 Micro's claim and cause of
4  action; and

5      WHEREAS O2 Micro, MPS, and Hsing have stipulated to the entry of this Order of
6  Dismissal;

7      IT IS THEREFORE STIPULATED THAT:

8      MPS's Second Counterclaim of unfair competition against O2 Micro and O2 Micro's
9  Fourth Count of unfair competition against MPS and Hsing are hereby dismissed with prejudice.

10 JOINTLY SUBMITTED:

11 Dated: August 1, 2007      HOWREY LLP

12      By:    */s/ Henry C. Su*
13             Henry C. Su

14 Henry C. Bunsow (SBN 060707) (bunsowh@howrey.com)
   K.T. Cherian (SBN 133967) (cheriank@howrey.com)
15 Duane H. Mathiowetz (SBN 111831) (mathiowetzd@howrey.com)
   Henry C. Su (SBN 211202) (suh@howrey.com)
16 HOWREY LLP
   525 Market Street, Suite 3600
17 San Francisco, California 94105
   Telephone: (415) 848-4900
18 Facsimile: (415) 848-4999

19 Attorneys for Plaintiff
   O2 Micro International Limited
20

21 Dated: August 1, 2007      COOLEY GODWARD KRONISH LLP

22 By: */s/ Matthew J. Brigham*
   Matthew J. Brigham
23
   THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
24 MATTHEW J. BRIGHAM (191428) (mbrigham@cooley.com)
   COOLEY GODWARD KRONISH LLP
25 3000 El Camino Real
   Five Palo Alto Square
26 Palo Alto, CA 94306
   Telephone: (650) 843-5000
27 Facsimile: (650) 857-0663

28

JAMES P. BROGAN (155906) (jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

BRIAN E. MITCHELL (190095) (bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

ROBERT STEINBERG (126407) (bob.steinberg@lw.com)
MARK A. FLAGEL (110635) (mark.flagel@lw.com)
LATHAM & WATKINS
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

DEAN G. DUNLAVEY (115530) (dean.dunlavey@lw.com)
LATHAM & WATKINS
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

DAN L. BAGATELL (218879) (dbagatell@perkinscoie.com)
PERKINS COIE BROWN & BAIN P.A.
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8250
Facsimile: (602) 648-7150

Attorneys for Plaintiff and Counter-Defendant Monolithic Power Systems, Inc. and Counter-Defendant Michael Hsing

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: August 1, 2007           By /s/ *Matthew J. Brigham*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~August~~ 9/5 _____, 2007

_____
Hon. Claudia Wilken
United States District Judge

757452 v1/PA