IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>    Defendant.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/<br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Island corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, <u>et al.</u>,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS.<br>_____/ | No. C 04-2000 CW<br><br>(consolidated with No. C 06-2929 CW)<br><br>ORDER GRANTING IN PART DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL (DOCKET NO. 1098) |

    Defendants MPS and ASUSTeK request to file under seal over a dozen exhibits to the Declaration of Orion Armon in support of their opening brief on inequitable conduct. These exhibits contain

1  information that O2 Micro has designated as highly confidential.
2      O2 Micro has submitted a supporting declaration establishing
3  that Exhibits A, D, F, G, H, K, O, Q, R, U, W, X, Y and Z contain
4  confidential information that is sealable under Local Rule 79-5.
5  However, Exhibits L, M, and AA were published to the jury in open
6  court during the trial of this action.  These exhibits are already
7  part of the public record, and filing them under seal would be
8  inconsistent with the policy underlying Local Rule 79-5.
9      For these reasons, Defendants' administrative request is
10 GRANTED IN PART and DENIED IN PART.  Exhibits A, D, F, G, H, K, O,
11 Q, R, U, W, X, Y and Z shall be filed under seal.  Defendants shall
12 resubmit these exhibits to the Court for filing in a form that does
13 not contain Exhibits L, M and AA.  Exhibits L, M and AA shall not
14 be filed under seal, and Defendants shall file these exhibits in
15 the public record.  Pursuant to Rule 79-5(e), the Clerk shall hold
16 the lodged documents for three days for Defendants to retrieve
17 them, and, thereafter, if they are not retrieved, dispose of them.
18      IT IS SO ORDERED.

20 Dated: 9/10/07

CLAUDIA WILKEN
United States District Judge