UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No. C 04-2000 CW (EDL)<br><br>[CONSOLIDATED WITH C 06-2929]<br><br>**ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXHIBIT B TO O2 MICRO'S OPPOSITION TO ASMC'S MOTION FOR JUDGMENT OF NO CONTRIBUTORY INFRINGEMENT AS A MATTER OF LAW (DI #986) (CIVIL L.R. 79-5)** |

**<u>ORDER</u>**

The Court, having considered O2 Micro's Motion To File Under Seal Exhibit B to O2 Micro's Opposition to ASMC's Motion for Judgment of No Contributory Infringement as a Matter of Law, finds that good cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that Plaintiff's Motion is GRANTED as follows:

The Clerk shall maintain under seal Exhibit B to O2 Micro's Opposition to ASMC's Motion for Judgment of No Contributory Infringement as a Matter of Law (DI #988).

1     **IT IS SO ORDERED.**

2           9/10

3   Dated: _____, 2007     _____
                                                         Honorable Judge Claudia Wilken

2.     **PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL**
**CASE NO. C 04-02000 CW**